**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Parlement Technologies, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | f/k/a Parler LLC<br>f/k/a Parler Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-2898146 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | c/o Verdolino & Lowey, P.C.<br>124 Washington Street, Suite 101<br>Foxboro, MA 02035 |
| 901 Woodland St., Ste. 104<br>Nashville, TN 37206<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Davidson<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.parler.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Parlement Technologies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5419

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor    Parlement Technologies, Inc.                                    Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

  ☒ No

  ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?** _____
                        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____

             Contact name _____

             Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

  ☒ Funds will be available for distribution to unsecured creditors.

  ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| | | |
|---|---|---|
| Debtor | Parlement Technologies, Inc. | Case number (*if known*) |
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 15 / 2024
MM / DD / YYYY

X _Craig Jalbert (signature)_____
Signature of authorized representative of debtor

Craig Jalbert
Printed name

Title   Chief Restructuring Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

David Klauder
Printed name

Bielli & Klauder
Firm name

1204 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone   (302) 803-4600     Email address   dklauder@bk-legal.com

5769 DE
Bar number and State

Debtor    Parlement Technologies, Inc.                                    Case number (*if known*)
          _____
          Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____
               MM / DD / YYYY

X    _____              Craig Jalbert
     Signature of authorized representative of debtor    Printed name

Title    Chief Restructuring Officer

**18. Signature of attorney**

X    _____              Date    4 / 15 / 24
     Signature of attorney for debtor                      MM / DD / YYYY

David Klauder
Printed name

Bielli & Klauder
Firm name

1204 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone    (302) 803-4600    Email address    dklauder@bk-legal.com

5769 DE
Bar number and State

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF

## PARLEMENT TECHNOLOGIES, INC.

APRIL 12, 2024

**WHEREAS**, the undersigned, representing all of the directors of Parlement Technologies, Inc. (the "Company");

**WHEREAS**, the Board of Directors (the "Board") of the Company, having considered the financial and operational conditions and strategic alternatives of the Company, and having reviewed, considered and received the recommendation of senior management to the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company under chapter 11, of title 11 of the United States Code (the "Bankruptcy Code"), have determined that it is desirable and in the best interests of the Company and its affiliated entities, creditors, shareholders, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to a file petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and to file all necessary papers and documents to effectuate and carry out the chapter 11 bankruptcy filing;

**RESOLVED,** that Stephen S. Gray, President, Chief Executive Officer, Treasurer and Secretary, and Craig R. Jalbert, Chief Restructuring Officer, for the Company (referred to herein as the "Authorized Persons") hereby are authorized and empowered to (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of the Company's chapter 11 petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (iii) appear as necessary at all bankruptcy proceedings on behalf of the Company; (iv) attend and conduct any meeting where necessary in order to carry out fully the intent and accomplish the purposes of this resolution adopted herein; and (v) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED,** that the law firm of Bielli & Klauder, LLC, be and hereby is employed as attorneys for the Company in the chapter 11 case and is authorized to perform all legal services necessary appropriate to effectuate the Company's chapter 11 case;

**RESOLVED,** that the Authorized Persons be, and hereby are, authorized and empowered to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, investment bankers, and other professionals, subject to approval by the Bankruptcy Court, and to perform any and all further acts and deeds the Authorized Persons deem necessary,

proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case;

**RESOLVED,** that any specific resolutions that may be required to have been adopted by the Board in connection with the foregoing resolution be, and the same hereby are adopted, and that each Authorized Person of the Company be, and hereby is, authorized in the name and on behalf of the Company to certify as to the adoption of any and all such resolutions;

**RESOLVED,** that the Authorized Persons be, and they are hereby are, authorized and empowered, with the power of delegation, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his discretion, may deem necessary or advisable to carry out the purpose and intent of the forgoing resolutions; and

**RESOLVED,** that all acts, actions, and transactions taken by the Board or any other Authorized Persons taken prior to the date of the foregoing resolutions adopted at this meeting and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of the Company.

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first above written.

**Board of Directors of Parlement Technologies, Inc.**

DocuSigned by:

*Rebekah Mercer*

B7593526A7BB475...

Rebekah Mercer

Stephen S. Gray

2

| Fill in this information to identify the case: |
|---|
| Debtor name **Parlement Technologies, Inc.** |
| United States Bankruptcy Court for the: **DISTRICT OF DELAWARE** |
| Case number (if known): |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ALPHASTAFF INC 1300 Sawgrass Corporate Parkway SUITE 220 SUNRISE, FL 33323** | | | | | | **Unknown** |
| **AWS 410 Terry Ave North Seattle, WA 98109** | | **Confidential Settlment Agreement and Release dated February 3, 2024 providing for the closure of AWS accounts xxxxxxxx3740, xxxxxxxx2380, xxxxxxxx3717** | | | | **Unknown** |
| **AWS 410 Terry Ave North Seattle, WA 98109** | | | | | | **Unknown** |
| **Bailey Blunt 7600 Cabot Dr Apt# 1115 Nashville, TN 37209** | | **Employee Wages 02/19/2024 through 03/03/2024** | **Contingent Unliquidated Disputed** | | | **$3,557.69** |
| **CARLSBERG DATA CENTER 1880 CENTURY PARK EAST STE 1410 Los Angeles, CA 90067** | | | | | | **Unknown** |
| **Cherry Bekaert LLP Attn: Accounts Receivable P.O. Box 25549 Richmond, VA 23260-5500** | | | | | | **$91,350.00** |

| Debtor | **Parlement Technologies, Inc.** | | | Case number *(if known)* | |
|--------|------|--|--|--|--|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Clark County Assessor 500 S. Grand Central Pkwy. Las Vegas, NV 89155** | | **Taxes** | | | | **Unknown** |
| **E78 Partners, LLC 1301 W. 22nd St. Suite 410 Oak Brook, IL 60523** | | | | | | **$180,262.92** |
| **Ink Ventures LLC 2222 12th Ave S, Suite 300 Nashville, TN 37215** | | **Lease Termination Agreement regarding lease Agreement dated June 30, 2022 as assigned pursuant to that certain Consent to Assignmnet and Assumption o** | | | | **$15,875.15** |
| **John Matze C/O PISANELLI BICE PLLC 400 SOUTH 7TH ST STE 300 Las Vegas, NV 89101** | | | **Contingent Unliquidated Disputed** | | | **$10,000,000.00** |
| **LBMC Technology Solutions LLC PO Box 1869 Brentwood, TN 37024-1869** | | | | | | **$5,487.52** |
| **Lumen Level 3 Communications LLC PO Box 910182 Denver, CO 80291-0182** | | **Acct 5RNQGF5CC** | **Contingent Unliquidated Disputed** | | | **$200,000.00** |
| **Marbell AG Luzernerstrasse 1 Rotkreuz 6343 SWITZERLAND** | | | **Contingent Unliquidated Disputed** | | | **$400,000.00** |
| **Noah Balch Law P.C. 3101 Ocean Park Blvd Ste 100 PMB 166 Santa Monica, CA 90405** | | | | | | **$20,000.00** |

Debtor **Parlement Technologies, Inc.**
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Premier Productions LLC**<br>**707 Westchester Dr, Ste 202**<br>**High Point, NC 27262** | | | | | | **$32,846.34** |
| **Rachel Colburn**<br>**723 Pres Ronald Reagan Wy Apt 403**<br>**Nashville, TN 37210** | | **Employee Wages 02/19/2024 through 03/03/2024** | **Contingent Unliquidated Disputed** | | | **$3,000.00** |
| **Ramp Business Corporation**<br>**28 West 23rd Street Floor 2**<br>**New York, NY 10010** | | | | | | **$43.48** |
| **State of Delaware Division of Revenue**<br>**820 N. French Street**<br>**Wilmington, DE 19801** | | **Taxes** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Verrill Dana, LLP**<br>**One Portland Square, 10th Floor**<br>**Portland, ME 04101-5054** | | | | | | **$14,940.50** |
| **Whitley Penn**<br>**8343 Douglas Ave suite 400**<br>**Dallas, TX 75225** | | **CPA Firm** | | | | **$31,370.00** |

**United States Bankruptcy Court**
**District of Delaware**

In re    Parlement Technologies, Inc.                                            Case No. _____

_____
                        Debtor(s)                        Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    April 14, 2024                        /s/ Craig Jalbert
                                               **Craig Jalbert/Chief Restructuring Officer**
                                               Signer/Title

PARLEMENT TECHNOLOGIES, INC.
C/O VERDOLINO & LOWEY, P.C.
124 WASHINGTON STREET, SUITE 101
FOXBORO, MA 02035
.

ALEXANDER BLAIR
10138 FIRE RIDGE COURT
LAS VEGAS, NV 89148

AMERICAN REGISTRY FOR INTEN
PO BOX 759477
BALTIMORE, MD 21275

ATTORNEY NAME
BIELLI & KLAUDER
1204 N. KING STREET
WILMINGTON, DE 19801

ALEXANDER RUBIN
512 RED BUD ROAD
CHAPEL HILL, NC 27514

AMOS GWA
1340 TROY STREET
AURORA, CO 80011

14 WEST LLC
1701 PEARL STREET #4
WAUKESHA, WI 53186

ALIX PARTNERS LLP
909 3RD AVE
NEW YORK, NY 10022

AMY PEIKOFF
10900 RESEARCH BLVD. 160C, #1
AUSTIN, TX 78759

500 DESIGNS LLC
25219 SPECTRUM
IRVINE, CA 92618

ALMA RISK MANAGEMENT
2 EATON GATE
LONDON
UNITED KINGDOM

ANC VILLAGE VIEW LLC
DBA ANC VILLAGE VIEW LLC
460 BUSH STREET
SAN FRANCISCO, CA 94108

901 WOODLAND ST TENANT LLC
901 WOODLAND ST
NASHVILLE, TN 37206

ALPHASTAFF INC
1300 SAWGRASS CORPORATE PARKWAY
SUITE 220
SUNRISE, FL 33323

ANDERSON KILL LLP
1717 PENNSYLVANIA AVE NW SU 20
WASHINGTON, DC 20006

ADAM TAYLOR
100 WALNUT HILL CT.
APEX, NC 27502

ALTRUM HONORS
15 MAIDEN LANE, SUITE 200
NEW YORK, NY 10038

ANDRAS ANDRII MUNKACSI
MARSZALKOWSKA 111
WARSZAWA
POLAND

AI CORPORATE INTERIORS INC.
3017B 2ND AVENUE SOUTH
BIRMINGHAM, AL 35233

AMERICAN CONSERVATION UNION FOUNDATION
1199 N FAIRFAX ST, SUITE 500
ALEXANDRIA, VA 22314

ANDREW FLESHMAN
9551 CALUMENT COURT
BRENTWOOD, TN 37027

ALBERT MUKHUTDINOV
KAZAN 20-115
420124
RUSSIAN FEDERATION

AMERICAN DEFENSE INTERNATIONAL INC
1100 NEW YORK AVENUE, NW
WEST TOWER, SUITE 630
WASHINGTON, DC 20005

ANDREW SOULSBY
HONEYPOTS SOLUTIONS
6 MONACO STREET
PARKDALE VIC 3195
AUSTRALIA

ALCHEMY DATA CENTER LLC
5955 DE SOTO AVENUE, SUITE 220
WOODLAND HILLS, CA 91367

AMERICAN MEDIA GROUP
1419 E 4TH AVENUE
TAMPA, FL 33605

ANDY NGO
6235 SE GRANT STREET
PORTLAND, OR 97215

ALDO VELASCO COVARRUBIAS
PROLONGACION CAVIOTAS #231
FRACO LOMA BONITA
DURANGO DGO CP 34197
MEXICO

AMERICAN NEVADA REALTY LLC
DBA AMERICAN NEVADA REALTY LLC
2360 CORPORATE CIRCLE #330
HENDERSON, NV 89074

ANNA PAULINA LUNA
10601 GANDY BLVD N APT 3204
ST PETERSBURG, FL 33702

ANTONIO FERNANDES
75 TREMONT STREET
BRAINTREE, MA 02184

BLOOD SWEAT AND TEES
900 WIGWAM PKWY SUITE 155
HENDERSON, NV 89014

CENTURYLINK
PO BOC 910182
DENVER, CO 80291-0182

ARELION / FORMERLY TELIA CARRIER
2325 DULLES CORNER BLVD # 550
HERNDON, VA 20171

BONGINO INC.
2239 SW MANELE PLACE
PALM CITY, FL 34990

CEREBRAL PARTNERS LLC
688 CARDIUM STREET
SANIBEL, FL 33957

AT&T
PO BOX 5014
CAROL STREAM, IL 60197-5014

BRIGITTE SZIVOS
209 HENDERSON ROAD
PITTSBURGH, PA 15237

CESAR PEREZ-ZALDIVAR
1705 MT HOOD ST
LAS VEGAS, NV 89156

ATLASSIAN PTY LTD
LEVEL 6, 341 GEORGE STREET
SYDNEY
NSW 2000
AUSTRALIA

BROWN RUDNICK LLP
PO BOX 23079
NEW YORK, NY 10087-3079

CHALMERS & ADAM LLC
5805 STATE BRIDGE RD G77
JOHNS CREEK, GA 30097

AWS
410 TERRY AVE NORTH
SEATTLE, WA 98109

BRUCE FEIN
300 NEW JERSEY AVENUE NW STE 900
WASHINGTON, DC 20001

CHASE CARD SERVICES
201 N. WALNUT STREET
DE1-0153
WILMINGTON, DE 19801

BAILEY BLUNT
7600 CABOT DR APT# 1115
NASHVILLE, TN 37209

BRUCE SALTZMAN
1135 DEERFIELD PT
ALPHARETTA, GA 30004

CHASE HAYNES
230 W. MUNROE, SUITE 1920
CHICAGO, IL 60607

BARBA CFO
200 CENTERVILLE ROAD, UNIT 7
WARWICK, RI 02886

CALFO EAKES
1301 2ND AVE #2800
SEATTLE, WA 98101

CHERRY BEKAERT LLP
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 25549
RICHMOND, VA 23260-5500

BENJAMAIN JOHNSON
DBA BENNY LLC
1505 S GEORGIA AVE
TAMPA, GA 33629

CAPITAL HQ LLC
320 EAST 58TH STREET, APT 2B
NEW YORK, NY 10022

CHRISTINA MILLER
17170 HARBOUR POINT DRIVE #6
FORT MEYERS, FL 33908

BEST GUEST MEDIA
PO BOX 3034
WAYNE, NJ 07474-3034

CARLIE SHEA MCMAHON
1028 CHERRYBROOK DR
HARRISONBURG, VA 22802

CIB STUDIOS - CAM BRIONES
11487 FISHER AVE.
WARREN, MI 48089

BLAZE MEDIA LLC FKA CRTV LLC
8275 S EASTERN AVENUE, STE 200-245
LAS VEGAS, NV 89123

CARLSBERG DATA CENTER
1880 CENTURY PARK EAST
STE 1410
LOS ANGELES, CA 90067

CIRTUAL LLC
2843 BITTING ROAD
WINSTON-SALEN, NC 27104

CISION US INC
12051 INDIAN CREEK COURT
BELTSVILLE, MD 20705

DATAVAIL CORPORATION
11800 RIDGE PARKWAY, SUITE 125
BROOMFIELD, CO 80021

DYNASCALE INC
2640 MAIN STREET
IRVINE, CA 92614

CLARK COUNTY ASSESSOR
500 S. GRAND CENTRAL PKWY.
LAS VEGAS, NV 89155

DAVID J. MERRILL, P.C.
10161 PARK RUN DRIVE, SUITE 150
LAS VEGAS, NV 89145

E78 PARTNERS, LLC
1301 W. 22ND ST.
SUITE 410
OAK BROOK, IL 60523

CLEAR LINK SYSTEMS INC
5211 LINBAR DRIVE SUITE 500
NASHVILLE, TN 37211

DELANOYE STRATEGIES LLC
1407 GREEN AVENUE #257
ORANGE, TX 77630

ELECTROLIFT CREATIVE LLC
75 WEST STREET, PH B
NEW YORK, NY 10006

COHNREZNICK LLP
14 SYLVAN WAY 3RD FLOOR
PARSIPPANY, NJ 07054

DELL MARKETING LP
500 FIRST AVENUE
PITTSBURGH, PA 15222

ERIC GAJNAK
3123 AVALON WAY
SHREWSBURY, MA 01545

CONVERGENT OUTSOURCING INC
PO BOX 9004
RENTON, WA 98057

DESIGN BUNNIES INC
4952 S RAINBOW BLVD # 339
LAS VEGAS, NV 89118

EVERYTHING PROMO
ONE LIBERTY PLAZA
165 BROADWAY, SUITE 2301
NEW YORK, NY 10006

COX BUSINESS
PO BOX 53262
PHOENIX, AZ 85072-3262

DESIGNERS MANAGEMENT AGENCY
68 WHITE STREET 3RD FLOOR
NEW YORK, NY 10013

EVON ONUSIC
DBA ONUSIC LLC
760 HOMER AVENUE
PALO ALTO, CA 94607

CRGO GLOBAL
950 PENINSULA CORPORATE CIRCLE SUITE 1090
BOCA RATON, FL 33487

DOUG FULLER
50 MAYNARD ST. APT 135
ATTLEBORO, MA 02703

FIGMA INC.
760 MARKET STREET FLOOR 10
SAN FRANCISCO, CA 94102

CSC
P.O. BOX 7410023
CHICAGO, IL 60674-5023

DRAIN THE SWAMP MEDIA LLC
PO BOX 13454
4520 W. OAKELLAR AVE
TAMPA, FL 33611

FOR SUCH A TIME AS THIS LLC
4834 SMINOLE AVENUE
ALEXANDRIA, VA 22312

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

DUELLO CREATIVE LLC
5844 FAIRSTONE CT. SE
SALEM, OR 97306

FRAGOMEN, DELREY, BERSEN & LO
90 MATAWAN ROAD
PO BOX 2001
MATAWAN, NJ 07747

DATADOG INC
620 8TH AVE 45 TH FLOOR
NEW YORK, NY 10018

DUSTIN MENA
1093 SECRETARIAT DRIVE
MOUNT JULIET, TN 37122

FRANK J. KINNEY. III
3550 ROYAL TERN CIRCLE
BOYNTON BEACH, FL 33436

GENTRY GEVERS
116718 235TH AVE SE
ISSAQUAH, WA 98027

HARMON RESEARCH GROUP, LLC
1050 S MILES COURT
ANAHEIM, CA 92808

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPER
PO BOX 7346
PHILADELPHIA, PA 19101-7346

GEORGE FARMER
901 WOODLAND ST., SUITE 104
NASHVILLE, TN 37206

HEADWATER MEDIA
ARLINGTON, VA 22209

IPFS CORPORATION
PO BOX 100391
PASADENA, CA 91189-0391

GHN CONSULTING LLC
1010 BRICKELL AVENUE UNIT 4409
MIAMI, FL 33131

HERO BRANDS
100 E PINE STREET STE 110
ORLANDO, FL 32801

JACKSON LEWIS PC
10701 PARKRIDGE BLVD STE 300
RESTON, VA 20191

GIDEON 300 LLC
PO BOX 452418
GROVE, OK 74344

HIVE / FORMERLY CASTLE GLOBAL INC
100 1ST ST
SAN FRANCISCO, CA 94105

JAMES CODY DUMAY
4916 TRADEWINDS TERRACE
FT LAUDERDALE, FL 33312

GODDARD CONSULTING
125 SAGE WAY
NAPA, CA 94559

HOLLAND & HART
555 17TH STREET, SUITE 3200
DENVOR, CO 80202

JAMES FAFRENIERE
2391 GRANNY WRIGHT LANE
HERMITAGE, TN 37076

GOLUB, LACAPRA, WILSON & DETIBERIIS LLP
2 ROOSEVELT AVENUE
PORT JEFFERSON STATION, NY 11776

IGOR M. SHALKEVICH
5230 MARGARETS PLACE
BRENTWOOD, TN 37027

JAMES KARLINSKI JR
3135 S MOJAVE ROAD #209
LAS VEGAS, NV 89121

GRANTLEY GODWIN
6052 ELYSIAN AVENUE
PENSACOLA, FL 32507

IMG.LY GMBH
KORTUMSTR. 68
44787 BOCHUM
GERMANY

JAMIE MCFARLING
14897 PARKER RANCH RD
BISMARCK, ND 58503

GRAVES GARRETT LLC
1100 MAIN ST
KANSAS CITY, MO 64105

INCULTURE INC
DBA FREEMINDS
2929 E 12TH STREET
AUSTIN, TX 78702

JEANETTA STONE
223 KILLIAN LOOP
HUTTO, TX 78634

GREENBERG TRAURIG LLP
200 PARK AVENUE
NEW YORK, NY 10166

INK VENTURES LLC
2222 12TH AVE S, SUITE 300
NASHVILLE, TN 37215

JED RUBENFELD
1031 FOREST RD
NEW HAVEN, CT 06515

GTT AMERICAS LLC
7900 TYSONS ONE PL SUITE 1450
MCLEAN, VA 22102

INSPERITY
19001 CRESCENT SPRINGS DRIVE
CENTER IV
KINGWOOD, TX 77339

JEFFREY WERNICK
354 WESTBOURNE DRIVE
WEST HOLLYWOOD, CA 90048

JESSE R. BENTON
4003 WOODSTONE WAY
LOUISVILLE, KY 40241

KARINA OSENKO
UA 64703 KHARKIVS'KS OBLAST
KHARKIV POZDOVZHNYA ST 1
92
UKRAINE

KLDISCOVERY ONTRACK LLC
PO BOX 845823
DALLAS, TX 75284

JLK POLITICAL STRATEGIES
PO BOX 14662
RICHMONT, VA 23221

KARLI KARANDOS
501 NE 31ST APT 3207
MIAMI, FL 33137

KORY HARVEY
459 BEECHWOOD CIRCLE
BURNS, TN 37029

JOBOT LLC
18575 JAMBOREE RD, SUITE 600
IRVINE, CA 92612

KAROL PYSNIAK
ROGOWSKIEGO 9, APT 78
LUBLIN
POLAND

LAS VEGAS EXPO INC
4075 EAST POST ROAD
LAS VEGAS, NV 89120

JOHN M. POSOBIEC III
7711 MOUNT BLANC ROAD
HANOVER, MD 21076

KAROLIS JURGELEVICIUS
5321 OLD STAGE ROAD
ANGIER, NC 27501

LAURA VIRGINIA FERRY
10218 N 3900 W
CEDAR HILLS, UT 84062

JOHN MATZE
C/O PISANELLI BICE PLLC
400 SOUTH 7TH ST
STE 300
LAS VEGAS, NV 89101

KATHERINE N. BROWN
200 NORTH FAIRFAX STREET, STE 3
ALEXANDRIA, VA 22314

LAW OFFICE OF ALEX KOZINSKI
33 MARGUERITE DR
RANCHO PALOS VERDES, CA 9027

JON WIERZBOWSKI
3003 W BALLAST POINT BLVD
TAMPA, FL 33611

KATHY WEREB
134 WAHIE LN. APT 305
LAHAINA, HI 96761

LAYER CAKE SOCIAL KITCHEN
127 3RD AVE S.
NASHVILLE, TN 37201

JONATHAN COSBY
505 HAMPTON RIDGE ROAD
NORCROSS, GA 30093

KATIE MCKERNAN
2913 LOCKRIDGE RD SW
ROANOKE, VA 24014

LBMC STAFFING SOLUTIONS LLC
PO BOX 1869
BRENTWOOD, TN 37024

JOSEPH P MONKS
4121 NE 8TH PL
CAPE CORAL, FL 33909

KATTEN MUCHIN ROSENMAN LLP
525 W MONROE STREET
CHICAGO, IL 60661

LBMC TECHNOLOGY SOLUTIONS LL
PO BOX 1869
BRENTWOOD, TN 37024-1869

JOSHUA LEVINE
88 URBAN CLUB RD
WAYNE, NJ 07470

KEMET ELECTRIC LLC
556 NO EASTERN - STE D-167
LAS VEGAS, NV 89101

LEICHTMAN LAW PLLC
228 EAST 45TH STREET, SUITE 6
NEW YORK, NY 10017

JULIANNE SHINTO DBA IMPRIMATUR
269 S. BEVERLY DRIVE #145
BEVERLY HILLS, CA 90212

KENNETH W MAYO
98 TROON WAY
AIKEN, SC 29803

LOS ANGELES PARTYWORKS IN
9712 ALPACA STREET
SOUTH EL MONTE, CA 91733

LOVITT & TOUCHE - MESH & MCLENN
PO BOX 741259
LOS ANGELES, CA 90074-1259

MARSH & MCLENNAN AGENCY
2714 COUNTY ROAD A14
DECORAH, IA 52101

MINDTRST INC
470 JAMES STREET, STE 11
NEW HAVEN, CT 06513

LUKAS MADON
CYSTERSOW 20E/50
KRAKOW 31-553
POLAND

MARIO GRILLO
4966 BROADWAY, APT 35
NEW YORK, NY 10034

MORVILLO ABRAMOWITZ GRANDIA
565 FIFTH AVENUE
NEW YORK, NY 10017

LUMEN
1025 ELDORADO BLVD
BROOMFIELD, CO 80021

MARK C BAKER
901 SE ALGONQUIAN CT
PRINEVILLE, OR 97754

NCUBE LIMITED
86-90 PAUL STREET
LONDON,  EC2A4NE
UNITED KINGDOM

LUMEN
LEVEL 3 COMMUNICATIONS LLC
PO BOX 910182
DENVER, CO 80291-0182

MARK WILLIAMS
19805 BETHPAGE CT
ASHBURN, VA 20147

NEARSHORE TECHNOLOGY COML
1353 RIVERSTONE PARKWAY, SU2
CANTON, GA 30114

LUMINATE MEDIA INC.
68 OLIVE AVENUE
TORONTO
ON M6G1V1
CANADA

MARSH & MCLENNAN AGENCY LLC
PO BOX 741259
LOS ANGELES, CA 90074-1259

NEVADA DEPT OF TAXATION
1550 COLLEGE PARKWAY, SUITE#1
CARSON CITY, NV 89706

MAIL MONTIOR INC
215 S BROADWAY
SALEM, NH 03079

MATT FRADD LLC
CATHOLIC BOOKING C/O MATT FRADD
1112 WEST LAREDO
AVENUE GILBERT, AZ 85233

NEVADA EMPLOYMENT SECURITD
2800 E ST LOUIS AVE
LAS VEGAS, NV 89104

MARBELL AG
LUZERNERSTRASSE 1
ROTKREUZ 6343
SWITZERLAND

MATTHEW MILLER
10138 FIRE RIDGE CT
HENDERSON, NV 89014

NKAUJNAAS KUE
11632 GALAPAGO COURT
NORTHGLENN, CO 80234

MARC A MCINNIS
49910 ROSENLUND RD
HANCOCK, MI 49930

MAUREEN SMITH
109 MOSS CREEK DRIVE
JACKSONVILLE, NC 28540

NOAH BALCH LAW P.C.
3101 OCEAN PARK BLVD STE 10P6
SANTA MONICA, CA 90405

MARCUM LLP
730 THIRD AVENUE
NEW YORK, NY 10017

MAUREEN STEELE
PO BOX 1097
CONDON, MT 59826

NOAH MOSHER
101 W 5TH AVE
COAL VALLEY, IL 61240

MARCUS MONROE
303 E. 94TH STREET APT L
NEW YORK, NY 10128

MINDTRUST LABS
470 JAMES STREET STE 11
NEW HAVEN, CT 06513

NOOR AL-ENANEY
19 WESTERN BATTERY RD, UNIT29
TORONTO
ON M6K 0E3
CANADA

NUERA CONSULTING LLC
14134 OAKHAM STREET
TAMPA, FL 33626

ON MESSAGE LLC
1025 1ST STREET, SE
WASHINGTON, DC 20003

PATRYK CIESZKOWSKI
30A HIGH STREET
STEVENAGE SG1 3EJ
UNITED KINGDOM

NV ENERGY
P.O. BOX 30073
RENO, NV 89520

ONE TRUST LLC
1200 ABERNATHY RD NE
BUILDING 600 SUITE 300
ATLANTA, GA 30328

PLANVIEW DELAWARE LLC
12301 RESEARCH BLVD
BUILDING 5M SUITE 101
AUSTIN, TX 78759

NV ENERGY ACCT # 556
P.O. BOX 30073
RENO, NV 89520

OUTFRONT MEDIA LLC
185 HIGHWAY 46
FAIRFIELD, NJ 07004

PM TECH LLC
5331 NORTHLAND DRIVE
SANDY SPRINGS, GA 30342

NV ENERGY ACCT # 932
P.O. BOX 30073
RENO, NV 89520

PAGER DUTY
600 TOWNSEND ST SUITE 200
SAN FRANSCISCO, CA 94103

POLITICAL MEDIA INC
1750 TYSONS BLVD, SUITE 1500
MCLEAN, VA 22102

OAKS TECHNOLOGY LLC
2701 LANDING WAY
RALEIGH, NC 27615

PAMELA CALAPAI
504 CREEKSTONE CT
DICKSON, TN 37055

PREMIER PGR USA INC
7310 MANCHACA ROAD
PO BOX # 152950
AUSTIN, TX 78715

ODP BUSINESS SOLUTIONS LLC
6600 NORTH MILITARY TRAIL
BOCA RATON, FL 33496

PAMELA HAZELTON
PO BOX 153134
CAPE CORAL, FL 33915

PREMIER PRODUCTIONS LLC
707 WESTCHESTER DR, STE 202
HIGH POINT, NC 27262

OFFPREM TECHNOLOGY LLC
12175 VISIONARY WAY, SUITE 1020
FISHERS, IN 46038

PARLER 2022, INC.
613 EWING AVENUE
SUITE 100D
NASHVILLE, TN 37203

PREY INC
548 MARKET ST #30152
SAN FRANCISCO, CA 94104

OLEKSII ZAIAKIN
MAYAKOUSKOGO ST 29
KOSTIANTYNIVKA VILLAGE 72364
UKRAINE

PATRICIA MENDEZ
207 CHURCH ST.
PO BOX 125
ST. NAZIANZ, WI 54232

QA MENTOR INC.
17112 WANDERING WAVE AVE
ATTN: RUSLAN DESYATNIKOV
BOCA RATON, FL 33496-5624

OLYMPIC INDUSTRIES LLC
103 AVE DE DIEGO APT 702
SAN JUAN, PR 00901

PATRICK J. HAYNES III
230 W. MUNROE, SUITE 1920
CHICAGO, IL 60607

RACHEL COLBURN
723 PRES RONALD REAGAN WY
APT 403
NASHVILLE, TN 37210

OLYMPIC MEDIA LLC.
1881 N NASH STREET # 2301
ARLINGTON, VA 22209

PATRICK WILLIAMS
3710 EXCHANGE GLENWOOD PLACE
RALEIGH, NC 27012

RAMP BUSINESS CORPORATION
28 WEST 23RD STREET
FLOOR 2
NEW YORK, NY 10010

RAYMOND WONG
5145 GOLF RD.
MERCED, CA 95340

ROBINS KAPLAN LLP
800 LASALLE AVENUE STE 2800
MINNEAPOLIS, MN 55402

SAMUEL LIPOFF (SAM)
2877 PARADISE ROAD, APT 205
LAS VEGAS, NV 89109

RB STAFFING LLC
2460 HIGHLAND SPRINGS RD
BLAINE, TN 37709

ROCK CREEK ADVISORS LLC
888 17TH STREET NW SUITE 810
WASHINGTON, DC 20006

SANDRA MAYES
6006 SPLITROCK TRAIL
APEX, NC 27539

REBEKAH MERCER
901 WOODLAND ST., SUITE 104
NASHVILLE, TN 37206

ROGAN O'HANDLEY
3306 W. WYOMING CIRCLE
TAMPA, FL 33611

SCHAERR JAFFE LLP
1717 K STREET NW, SUITE 900
WASHINGTON, DC 20006

RED SPARK STATEGY
1922 S POLLARD STREET
ARLINGTON, VA 22204

RONALD GILMORE (DOUG GILMORE)
4529 HOLSTEIN HILL DR
PEACHTREE CORNERS, GA 30092

SCYLLADB INC
2445 FABER PLACE, SUITE 200
PALO ALTO, CA 94303

REDIRON PR
DBA REDIRON PR
43561 MICHIGAN SQUARE
LEESBURG, VA 20176

RONALD POUSSON
104 LOCUST DR
LINCOLN UNIVERSITY, PA 19352

SEABODEN SOFTWARE
209 S STEPHANIE ST, B135
HENDERSON, NV 89012

REGISTERED AGENT SOLUTIONS INC / RASI
REGISTERED AGENT SOLUTIONS, INC.
PO BOX 7410517, DEPT. 5021
CHICAGO, IL 60674-0517

RUSSELL PERKINS
675 PRINCETON WAY
ROCKWALL, TX 75087

SEAN O'DEA
7835 VIA MAZARRON ST.
LAS VEGAS, NV 89123

REMOTE DEV FORCE
DBA REMOTE DEV FORCE
4952 S RAINBOW BLVD STE 339
LAS VEGAS, NV 89118

RYAN J MATZE
10583 JOPLIN STREET
COMMERCE CITY, CO 80022

SECUREDOCS INC
6500 HOLLISTER AVENUE SUITE 11
GOLETA, CA 93117

REZA POURMOHAMMADI PC
299 BROADWAY, SUITE 607
NEW YORK, NY 10007

SAGEMONT REAL ESTATE
2222 12TH AVE S, SUITE 300
NASHVILLE, TN 37204

SETH DILLON
901 WOODLAND ST., SUITE 104
NASHVILLE, TN 37206

RICK SPARGUR
3131 TRINITY DRIVE
COSTA MESA, CA 92626

SALESFORCE.COM INC
PO BOX 203141
DALLAS, TX 75320

SHAMIS & GENTILE, P.A.
14 NE 1ST AVE SUITE 705
MIAMI, FL 33132

ROBERT R STERBA
603 HILLTOP COURT
KENNEDALE, TX 76060

SALESLOFT
1180 W PEACHTREE ST NW SUITE 600
ATLANTA, GA 30309

SHARIKA SAWER
73917 BUENA VISTA DR
TWENTYNINE PLAMS, CA 92277

SHAWNEE DIGITAL LLC
15 KNOLL RIDGE CT
BREWSTER, NY 10509

SONTROL OF SOUTHERN NEVADA
3520 E CHARLESTON BLVD
PO BOX 43052
LAS VEGAS, NV 89104

TENANT BUILDING GROUP LLC TB
2414 CRUZEN ST.
NASHVILLE, TN 37211

SHELDON GABRIEL
814 E 160TH PLACE
SOUTH HOLLAND, IL 60473

SOROKAC LAW OFFICE PLLC
8965 SOUTH EASTERN AVENUE, SUITE 280
LAS VEGAS, NV 89123

TENNESSEE DEPARTMENT OF LA
312 FRENCH LANDING DR
NASHVILLE, TN 37243

SHIRLEY AND MCVICKER
DBA SHIRLEY AND MCVICKER
1225 KING STREET SUITE 300
ALEXANDRIA, VA 22314

SPARKLETTS & SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266

TENNESSEE SECRETARY OF ST
312 ROSA L. PARKS AVENUE
7TH FLOOR
NASHVILLE, TN 37243-1102

SHOOBX INC.
292 NEWBURY STREET #322
BOSTON, MA 02115

STATE OF DELAWARE
DIVISION OF REVENUE
820 N. FRENCH STREET
WILMINGTON, DE 19801

TENNESSEE STATE REVENUE
TENNESSEE DEPARTMENT OF RE
ANDREW JACKSON BUILDING
500 DEADERICK STREET
NASHVILLE, TN 37242

SIERRA HEALTH & LIFE INC CO
2720 N TENAYA WY
LAS VEGAS, NV 89128

STEPHANIE NASH
3983 HWY 41A N
CHAPEL HILL, TN 37034

TEYA TIETJE
542 TRUFFLES STREET
HENDERSON, NV 89015

SIGNS FIRST
2461 BRANSFORD AVE.
NASHVILLE, TN 37204

STEPHEN GERBER
3945 SENDERO DR.
AUSTIN, TX 78735

THE BABYLON BEE LLC
311 W INDIANTOWN ROAD SUITE 20
JUPITER, FL 33458

SIKYUNG CHUNG
9634 EMERAUDE AVE
LASVEGAS, NY 89147

STIMULUS TECHNOLOGIES
DBA STIMULUS TECHNOLOGIES
PO BOX 50563
HENDERSON, NV 89016

THE BLACK VAULT
27305 W LIVE OAK BLVD. SUITE 12
CASTAIC, CA 91384

SKYSILK
21601 DEVONSHIRE STREET UNITE 116
CHATSWORTH, CA 91311

STITES & HARBISON PLLC
401 COMMERCE STREET SUITE 800
NASHVILLE, TN 37219

THE CAPITAL CLUB
THE CAPITAL CLUB
300 FIRST STREET DE
WASHINGTON, DC 20003

SNELL & WILMER
1 EAST WASHINGTON ST SUITE 2700
PHOENIX, AZ 85004

STRATEGIC RUSH LLC
4428 TANEY AVUE #402
ALEXANDRIA, VA 22304

THE EWING SCHOOL
3916 N POTSDAM AVE #2614
SIOUX FALLS, SD 57104

SNOWDOZER LLC
10138 FIRE RIDGE CT
LAS VEGAS, NV 89148

SWITCH LTD
PO BOX 400850
LAS VEGAS, NV 89140

THE LAST AMERICAN VAGABOND
1113 MURFREESBORO RD STE10
FRANKLIN, TN 37064

THE LINCOLN NATIONAL LIFE INSURANCE
PO BOX 0821
CAROL STREAM, IL 60132

DESBORDE WATSON WHITE & MAX
1400 HAND AVENUE, SUITE D
ORMOND BEACH, FL 32174

MEDIACOM USA LLC
6303 BLUE LAGOON DR
MIAMI, FL 33126

THE PINK CONSERVATIVE
315 WEST POPLAR STREET
STOCKTON, CA 95203-2516

UPS
PO BOX 650116
DALLAS, TX 75265-0116

WILLIAM DOYLE
501 SWIGHT ST #2
COUDERSPORT, PA 16915

THEO MILO PHOTOGRAPHY
28 K ST SE #324
WASHINGTON, DC 20003

VENABLE LLP
750 E. PRATT STREET, SUITE 900
ATTN: CASH OPERATIONS
BALTIMORE, MD 21202

WILSON SONSINI GOODRICH & R
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

THURSTON FUND III, LP
230 W. MUNROE, SUITE 1920
ATT. PATRICK J. HAYNES III, MANAGER
CHICAGO, IL 60607

VERRILL DANA, LLP
ONE PORTLAND SQUARE, 10TH FLOOR
PORTLAND, ME 04101-5054

WORDPRESS PLUGIN
DBA WORDPRESS PLUGIN
5321 OLD STAGE ROAD
ANGIER, NC 27501

TIAGO HENRIQUES
299 ASHBY ROAD
SYDNEY
NOVA SCOTIA B1P 2T5
CANADA

VINH VUONG
4200 PARADISE ROAD
APT 2110
LAS VEGAS, NV 89169

WORKABLE INC
99 HIGH STREET 26TH FLOOR
BOSTON, MA 02110

TIMOTHY EDWARD YOUNG
210 M STREET SW
WASHINGTON, DC 20024

VINSON & ELKINS LLP
1001 FANNIN SUITE 2300
HOUSTON, TX 77002-6760

X STRATEGIES, LLC
DEREK EDWARD UTLEY
250 E WISCONSIN AVENUE, 18 F
MILWAUKEE, WI 53202

TOWER59 LLC
8342 BRIDLEWOOD CT
CLARKSTON, MI 48348

VLADSLAV VCHERASHNII
7724 N HOUSTON PEAK ST
LAS VEGAS, NV 89166

XAVIAER DUROUSSEAU
4750 TASSAJARA ROAD APT5220
DUBLIN, CA 94568

TRIBE GLOBAL
1809 DESOTO DRIVE
MCKINNEY, TX 75072

VLADYSLAV KULCHYTSKYY
20A NW BLVD #118
HASHUA, NH 03063

YAIR NETANYAHU
35 AZA
JERUSALEM 92383
ISRAEL

TRUMP INTERNATIONAL HOTEL
TRUMP INTERNATIONAL HOTEL WASHINGTON DC
1100 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

WESTWOOD ONE
DBA WESTWOOD ONE
3544 MOMENTUM PLACE
CHICAGO, IL 60689-5335

YAN ZUBRYTSKYI
YUVILEINA ST 4, 70411
VOLODYMYIVS'KE
ZAPORIZKA OBL
UKRAINE

TWILIO INC
375 BEALE STREET, SUITE 300
SAN FRANSCISCO, CA 94105

WHITLEY PENN
8343 DOUGLAS AVE
SUITE 400
DALLAS, TX 75225

ZACHARY RT BOYD
PO BOX 1516
HOBOKEN, NJ 07030

ZJ EVENTS LLC
591 STEWARD AVE STE 520
GARDEN CITY, NY 11530


ZOOMINFO TECHNOLOGIES LLC
805 BROADWAY ST STE 900
VANCOUVER, WA 98660