# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Parlement Technologies, Inc. | Case No. 24-10755 (CTG) |
| Debtor. | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 15th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via first class mail on the service list attached hereto as Exhibit A:

| 04/15/2024 | 1 | Chapter 11 Voluntary Petition . Fee Amount $1738. Filed by Parlement Technologies, Inc.. (Klauder, David) (Entered: 04/15/2024) |
|---|---|---|

X _Larry Taylor_
Larry Taylor

Dated: April 25th, 2024
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 25th day of April 2024, by Larry Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _David Tyler Kitto_

DAVID TYLER KITTO
MY COMMISSION
EXPIRES
OCT. 10, 2025
NOTARY PUBLIC
STATE OF DELAWARE

# EXHIBIT A

Parlement Technologies, Inc.
901 Woodland St.
Suite 104
Nashville, TN 37206-3792

14 West LLC
1701 Pearl Street #4
Waukesha, WI 53186-5600

500 Designs LLC
25219 Spectrum
Irvine, CA 92618-3445

901 Woodland St Tenant LLC
901 Woodland St
Nashville, TN 37206-3721

ALPHASTAFF INC
1300 Sawgrass Corporate Parkway
SUITE 220
SUNRISE, FL 33323-2824

ANC Village View LLC
dba ANC Village View LLC
460 Bush Street
San Francisco, CA 94108-3739

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

AWS
410 Terry Ave North
Seattle, WA 98109-5210

Adam Taylor
100 Walnut Hill Ct.
Apex, NC 27502-3764

Ai Corporate Interiors Inc.
3017B 2nd Avenue South
Birmingham, AL 35233-3001

Alchemy Data Center LLC
5955 De Soto Avenue, Suite 220
Woodland HIlls, CA 91367-5138

Alexander Blair
10138 Fire Ridge Court
Las Vegas, NV 89148-5739

Alexander Rubin
512 Red Bud Road
Chapel Hill, NC 27514-1709

Alix Partners LLP
909 3rd Ave
New York, NY 10022-5002

Altrum Honors
15 Maiden Lane, Suite 200
New York, NY 10038-5125

American Conservation Union Foundation
1199 N Fairfax St, Suite 500
Alexandria, VA 22314-1445

American Defense International Inc.
1100 New York Avenue, NW
West Tower, Suite 630
Washington, DC 20005-3936

American Media Group
1419 E 4th Avenue
Tampa, FL 33605-5015

American Nevada Realty LLC
dba American Nevada Realty LLC
2360 Corporate Circle #330
Henderson, NV 89074-7718

American Registry for Internet Numbers L
PO Box 759477
Baltimore, MD 21275-9477

Amos Gwa
1340 Troy Street
Aurora, CO 80011-6450

Amy Peikoff
10900 Research Blvd. 160C, #172
Austin, TX 78759-5722

Anderson Kill LLP
1717 Pennsylvania Ave NW Suite 200
Washington, DC 20006-4615

Andrew Fleshman
9551 Calument Court
Brentwood, TN 37027-8906

Andy Ngo
6235 SE Grant Street
Portland, OR 97215-4058

Anna Paulina Luna
10601 Gandy Blvd N Apt 3204
St Petersburg, FL 33702-1493

Antonio Fernandes
75 Tremont Street
Braintree, MA 02184-6407

Arelion / Formerly Telia Carrier
2325 Dulles Corner Blvd # 550
Herndon, VA 20171-4908

Bailey Blunt
7600 Cabot Dr Apt# 1115
Nashville, TN 37209-4392

Barba CFO
200 Centerville Road, Unit 7
Warwick, RI 02886-0204

Benjamain Johnson
dba Benny LLC
1505 S Georgia Ave
Tampa, GA 33629-6105

Best Guest Media
PO Box 3034
Wayne, NJ 07474-3034

Blaze Media LLC fka CRTV LLC
8275 S Eastern Avenue, Ste 200-245
Las Vegas, NV 89123-2591

Blood Sweat and Tees
900 Wigwam Pkwy Suite 155
Henderson, NV 89014-6814

Bongino Inc.
2239 SW Manele Place
Palm City, FL 34990-8817

Brigitte Szivos
209 Henderson Road
Pittsburgh, PA 15237-3301

Brown Rudnick LLP
PO Box 23079
New York, NY 10087-3079

Bruce Fein
300 New Jersey Avenue NW Ste 900
Washington, DC 20001-2271

Bruce Saltzman
1135 Deerfield Pt
Alpharetta, GA 30004-8944

CARLSBERG DATA CENTER
1880 CENTURY PARK EAST
STE 1410
Los Angeles, CA 90067-2350

CIB Studios - Cam Briones
11487 Fisher Ave.
Warren, MI 48089-3074

CRGO Global
950 Peninsula Corporate Circle Suite 300
Boca Raton, FL 33487-1378

CSC
P.O. Box 7410023
Chicago, IL 60674-5023

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Calfo Eakes
1301 2nd Ave #2800
Seattle, WA 98101-3808

Capital HQ LLC
320 East 58th Street, Apt 2B
New York, NY 10022-2231

Carlie Shea McMahon
1028 Cherrybrook Dr
Harrisonburg, VA 22802-9304

CenturyLink
PO Boc 910182
Denver, CO 80291-0182

Cerebral Partners LLC
688 Cardium Street
Sanibel, FL 33957-6702

Cesar Perez-Zaldivar
1705 Mt Hood St
Las Vegas, NV 89156-7049

Chalmers & Adam LLC
5805 State Bridge Rd G77
Johns Creek, GA 30097

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CHASE CARD SERVICES
201 N. WALNUT STREET
DE1-0153
WILMINGTON, DE 19801

Chase Haynes
230 W. Munroe, Suite 1920
Chicago, IL 60606-4911

Cherry Bekaert LLP
Attn: Accounts Receivable
P.O. Box 25549
Richmond, VA 23260-5500

Christina Miller
17170 Harbour Point Drive #632
Fort Meyers, FL 33908-2761

Cirtual LLC
2843 Bitting Road
Winston-Salem, NC 27104-3003

Cision US Inc
12051 Indian Creek Court
Beltsville, MD 20705-1261

Clark County Assessor
500 S. Grand Central Pkwy.
Las Vegas, NV 89155-4502

Clear Link Systems Inc
5211 Linbar Drive Suite 500
Nashville, TN 37211-1021

CohnReznick LLP
14 Sylvan Way 3rd Floor
Parsippany, NJ 07054-3835

Convergent Outsourcing Inc
PO Box 9004
Renton, WA 98057-9004

Cox Business
PO Box 53262
Phoenix, AZ 85072-3262

Datadog Inc
620 8th Ave 45 Th Floor
New York, NY 10018-1741

Datavail Corporation
11800 Ridge Parkway, Suite 125
Broomfield, CO 80021-6540

David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145-8872

Delanoye Strategies LLC
1407 Green Avenue #257
Orange, TX 77630-5538

Dell Marketing LP
500 First Avenue
Pittsburgh, PA 15219-3128

Design Bunnies Inc
4952 S Rainbow Blvd # 339
Las Vegas, NV 89118

Designers Management Agency
68 White Street 3rd Floor
New York, NY 10013-3537

Doug Fuller
50 Maynard St. Apt 135
Attleboro, MA 02703-3061

Drain the Swamp Media LLC
PO Box 13454
4520 W. Oakellar Ave
Tampa, FL 33611-3114

Duello Creative LLC
5844 Fairstone Ct. SE
Salem, OR 97306-3529

Dustin Mena
1093 Secretariat Drive
Mount Juliet, TN 37122-3568

Dynascale Inc
2640 Main Street
Irvine, CA 92614-6229

E78 Partners, LLC
1301 W. 22nd St.
Suite 410
Oak Brook, IL 60523-2080

Electrolift Creative LLC
75 West Street, PH B
New York, NY 10006-1756

Eric Gajnak
3123 Avalon Way
Shrewsbury, MA 01545-4182

Everything Promo
One Liberty Plaza
165 Broadway, Suite 2301
New York, NY 10006-1428

Evon Onusic
dba Onusic LLC
760 Homer Avenue
Palo Alto, CA 94301-2907

Figma Inc.
760 Market Street Floor 10
San Francisco, CA 94102-2300

For Such A Time As This LLC
4834 Sminole Avenue
Alexandria, VA 22312-1843

Fragomen, DelRey, Bersen & Loewy LLP
90 Matawan Road
PO Box 2001
Matawan, NJ 07747-2001

Frank J. Kinney. III
3550 Royal Tern Circle
Boynton Beach, FL 33436-5428

GHN Consulting LLC
1010 Brickell Avenue Unit 4409
Miami, FL 33131-3793

GTT Americas LLC
7900 Tysons One Pl Suite 1450
Mclean, VA 22102-5973

Gentry Gevers
116718 235th Ave se
Issaquah, WA 98027

George Farmer
901 Woodland St., Suite 104
Nashville, TN 37206-3792

Gideon 300 LLC
PO Box 452418
Grove, OK 74345-2418

Goddard Consulting
125 Sage Way
Napa, CA 94559-3575

Golub, LaCapra, Wilson & DeTiberiis LLP
2 Roosevelt Avenue
Port Jefferson Station, NY 11776-3337

Grantley Godwin
6052 Elysian Avenue
Pensacola, FL 32507-4686

Graves Garrett LLC
1100 Main St
Kansas City, MO 64105-5195

Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166-1400

Harmon Research Group, LLC
1050 S Miles Court
Anaheim, CA 92808-1479

Headwater Media
Arlington, VA 22209

Hero Brands
100 E Pine Street Ste 110
Orlando, FL 32801-2759

Hive / Formerly Castle Global Inc
100 1st St
San Francisco, CA 94105-2634

Holland & Hart
555 17th Street, Suite 3200
Denvor, CO 80202-3921

IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3836

Igor M. Shalkevich
5230 Margarets Place
Brentwood, TN 37027-5198

Inculture Inc
dba Freeminds
2929 E 12th Street
Austin, TX 78702-2401

Ink Ventures LLC
2222 12th Ave S, Suite 300
Nashville, TN 37204-2419

Insperity
19001 Crescent Springs Drive
Center IV
Kingwood, TX 77339-3802

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JLK Political Strategies
PO Box 14662
Richmont, VA 23221-0662

Jackson Lewis PC
10701 Parkridge Blvd STE 300
Reston, VA 20191-4359

James Cody Dumay
4916 Tradewinds Terrace
Ft Lauderdale, FL 33312-5232

James Fafreniere
2391 Granny Wright Lane
Hermitage, TN 37076-3920

James Karlinski Jr
3135 S Mojave Road #209
Las Vegas, NV 89121-8313

Jamie McFarling
14897 Parker Ranch Rd
Bismarck, ND 58503-8588

Jeanetta Stone
223 Killian Loop
Hutto, TX 78634-5538

Jed Rubenfeld
1031 Forest Rd
New Haven, CT 06515-2416

Jeffrey Wernick
354 Westbourne Drive
West Hollywood, CA 90048-1910

Jesse R. Benton
4003 Woodstone Way
Louisville, KY 40241-5837

Jobot LLC
18575 Jamboree Rd, Suite 600
Irvine, CA 92612-2554

John M. Posobiec III
7711 Mount Blanc Road
Hanover, MD 21076-1633

John Matze
C/O PISANELLI BICE PLLC
400 SOUTH 7TH ST
STE 300
Las Vegas, NV 89101-6941

Jon Wierzbowski
3003 W Ballast Point Blvd
Tampa, FL 33611-4007

Jonathan Cosby
505 Hampton Ridge Road
Norcross, GA 30093-1860

Joseph P Monks
4121 NE 8th Pl
Cape Coral, FL 33909-6109

Joshua Levine
88 Urban Club Rd
Wayne, NJ 07470-2022

Julianne Shinto dba Imprimatur
269 S. Beverly Drive #145
Beverly Hills, CA 90212-3851

KLDiscovery Ontrack LLC
PO Box 845823
Dallas, TX 75284-5823

Karli Karandos
501 NE 31st Apt 3207
Miami, FL 33137-4494

Karolis Jurgelevicius
5321 Old Stage Road
Angier, NC 27501-7459

Katherine N. Brown
200 North Fairfax Street, Ste 3
Alexandria, VA 22314-2641

Kathy Wereb
134 Wahie Ln. Apt 305
Lahaina, HI 96761-1662

Katie McKernan
2913 Lockridge Rd SW
Roanoke, VA 24014-4208

Katten Muchin Rosenman LLP
525 W Monroe Street
Chicago, IL 60661-3693

Kemet Electric LLC
556 No Eastern - Ste D-167
Las Vegas, NV 89101-3477

Kenneth W Mayo
98 Troon Way
Aiken, SC 29803-5618

Kory Harvey
459 Beechwood Circle
Burns, TN 37029-9059

LBMC Staffing Solutions LLC
PO Box 1869
Brentwood, TN 37024-1869

LBMC Technology Solutions LLC
PO Box 1869
Brentwood, TN 37024-1869

Las Vegas Expo Inc
4075 East Post Road
Las Vegas, NV 89120-3992

Laura Virginia Ferry
10218 N 3900 W
Cedar Hills, UT 84062-8640

Law Office of Alex Kozinski
33 Marguerite Dr
Rancho Palos Verdes, CA 90275-4476

Layer Cake Social Kitchen
127 3rd Ave S.
Nashville, TN 37201-2001

Leichtman Law PLLC
228 East 45th Street, Suite 605
New York, NY 10017-3336

Los Angeles PartyWorks Inc
9712 Alpaca Street
South El Monte, CA 91733-3029

Lovitt & Touche - Mesh & McLennan Agency
PO Box 741259
Los Angeles, CA 90074-1259

Lumen
1025 Eldorado Blvd
Broomfield, CO 80021-8249

Lumen
Level 3 Communications LLC
PO Box 910182
Denver, CO 80291-0182

MNDTRST Inc
470 James Street, Ste 11
New Haven, CT 06513-3175

Mail Montior Inc
215 S Broadway
Salem, NH 03079-3374

Marc A McInnis
49910 Rosenlund Rd
Hancock, MI 49930-9301

Marcum LLP
730 Third Avenue
New York, NY 10017-3216

Marcus Monroe
303 E. 94th Street Apt L
New York, NY 10128-5673

Mariana Galvao Duarte Dutra
2714 County Road A14
Decorah, IA 52101-6911

Mario Grillo
4966 Broadway, Apt 35
New York, NY 10034-2341

Mark C Baker
901 SE Algonquian Ct
Prineville, OR 97754-2701

Mark Williams
19805 Bethpage Ct
Ashburn, VA 20147-5213

Marsh & McLennan Agency LLC
PO Box 741259
Los Angeles, CA 90074-1259

Matt Fradd LLC
Catholic Booking C/O Matt Fradd
1112 West Laredo
Avenue Gilbert, AZ 85233-5291

Matthew Miller
10138 Fire Ridge Ct
Henderson, NV 89014

Maureen Smith
109 Moss Creek Drive
Jacksonville, NC 28540-3231

Maureen Steele
PO Box 1097
Condon, MT 59826-1097

MindTrust Labs
470 James Street Ste 11
New Haven, CT 06513-3175

Morvillo Abramowitz Grand Iason & Anello
565 Fifth Avenue
New York, NY 10017-2479

NV Energy
P.O. Box 30073
Reno, NV 89520-3073

NV Energy Acct # 556
P.O. Box 30073
Reno, NV 89520-3073

NV Energy Acct # 932
P.O. Box 30073
Reno, NV 89520-3073

NearShore Technology Company LLC
1353 Riverstone Parkway, Suite 120-335
Canton, GA 30114-5634

Nevada Dept of Taxation
1550 College Parkway, Suite #115
Carson City, NV 89706-7939

Nevada Employment Security Division
2800 E St Louis Ave
Las Vegas, NV 89104-4267

Nkaujnaas Kue
11632 Galapago Court
Northglenn, CO 80234-2966

Noah Balch Law P.C.
3101 Ocean Park Blvd Ste 100 PMB 166
Santa Monica, CA 90405-3029

Noah Mosher
101 W 5th Ave
Coal Valley, IL 61240-9174

Nuera Consulting LLC
14134 Oakham Street
Tampa, FL 33626-5004

ODP Business Solutions LLC
6600 North Military Trail
Boca Raton, FL 33496-2434

Oaks Technology LLC
2701 Landing Way
Raleigh, NC 27615

Offprem Technology LLC
12175 Visionary Way, Suite 1020
Fishers, IN 46038-3069

Olympic Industries LLC
103 Ave De Diego Apt 702
San Juan, PR 00911-3504

Olympic Media LLC.
1881 N Nash Street # 2301
Arlington, VA 22209-1573

On Message LLC
1025 1st Street, SE
Washington, DC 20003-5318

One Trust LLC
1200 Abernathy Rd NE
Building 600 Suite 300
Atlanta, GA 30328-5691

Outfront Media LLC
185 Highway 46
Fairfield, NJ 07004-2321

PM Tech LLC
5331 Northland Drive
Sandy Springs, GA 30342-2009

Pager Duty
600 Townsend St Suite 200
San Franscisco, CA 94103-4959

Pamela Calapai
504 Creekstone Ct
Dickson, TN 37055-9506

Pamela Hazelton
PO Box 153134
Cape Coral, FL 33915-3134

Parler 2022, Inc.
613 Ewing Avenue
Suite 100D
Nashville, TN 37203-4655

Patricia Mendez
207 Church St.
PO Box 125
St. Nazianz, WI 54232-0125

Patrick J. Haynes III
230 W. Munroe, Suite 1920
Chicago, IL 60606-4911

Patrick Williams
3710 Exchange Glenwood Place
Raleigh, NC 27612-5542

Planview Delaware LLC
12301 Research Blvd
Building 5m Suite 101
Austin, TX 78759-2483

Political Media Inc
1750 Tysons Blvd, Suite 1500
McLean, VA 22102-4200

Premier PGR USA Inc
7310 Manchaca Road
PO Box # 152950
Austin, TX 78715-2950

Premier Productions LLC
707 Westchester Dr, Ste 202
High Point, NC 27262-2418

Prey Inc
548 Market St #30152
San Francisco, CA 94104-5401

QA Mentor Inc.
17112 Wandering Wave Ave
Attn: Ruslan Desyatnikov
Boca Raton, FL 33496-5624

RB Staffing LLC
2460 Highland Springs Rd
Blaine, TN 37709-5233

Rachel Colburn
723 Pres Ronald Reagan Wy
Apt 403
Nashville, TN 37210

Ramp Business Corporation
28 West 23rd Street
Floor 2
New York, NY 10010-5260

Raymond Wong
5145 Golf Rd.
Merced, CA 95340-8790

Rebekah Mercer
901 Woodland St., Suite 104
Nashville, TN 37206-3792

Red Spark Stategy
1922 S Pollard Street
Arlington, VA 22204-5110

RedIron PR
dba RedIron PR
43561 Michigan Square
Leesburg, VA 20176-6597

Registered Agent Solutions Inc / RASi
Registered Agent Solutions, Inc.
PO Box 7410517, Dept. 5021
Chicago, IL 60674-0517

Remote Dev Force
dba Remote Dev Force
4952 S Rainbow Blvd Ste 339
Las Vegas, NV 89118

Reza Pourmohammadi PC
299 Broadway, Suite 607
New York, NY 10007-1995

Rick Spargur
3131 Trinity Drive
Costa Mesa, CA 92626-3025

Robert R Sterba
603 Hilltop Court
Kennedale, TX 76060-2630

Robins Kaplan LLP
800 LaSalle Avenue Ste 2800
Minneapolis, MN 55402-2015

Rock Creek Advisors LLC
888 17th Street NW Suite 810
Washington, DC 20006-3303

Rogan O'Handley
3306 W. Wyoming Circle
Tampa, FL 33611-4339

Ronald Gilmore (Doug Gilmore)
4529 Holstein Hill Dr
Peachtree Corners, GA 30092-1381

Ronald Pousson
104 Locust Dr
Lincoln University, PA 19352-8929

Russell Perkins
675 Princeton Way
Rockwall, TX 75087-6012

Ryan J Matze
10583 Joplin Street
Commerce City, CO 80022-0621

Sagemont Real Estate
2222 12th Ave S, Suite 300
Nashville, TN 37204-2419

SalesLoft
1180 W Peachtree St NW Suite 600
Atlanta, GA 30309-3483

Salesforce.com Inc
PO Box 203141
Dallas, TX 75320-3141

Samuel Lipoff (Sam)
2877 Paradise Road, Apt 205
Las Vegas, NV 89109-5238

Sandra Mayes
6006 Splitrock Trail
Apex, NC 27539-9760

Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006-5349

ScyllaDB Inc
2445 Faber Place, Suite 200
Palo Alto, CA 94303-3347

Seaboden Software
209 S Stephanie St, B135
Henderson, NV 89012-5501

Sean O'Dea
7835 Via Mazarron St.
Las Vegas, NV 89123-1826

SecureDocs Inc
6500 Hollister Avenue Suite 110
Goleta, CA 93117-5561

Seth Dillon
901 Woodland St., Suite 104
Nashville, TN 37206-3792

Shamis & Gentile, P.A.
14 NE 1st Ave Suite 705
Miami, FL 33132-2411

Sharika Sawer
73917 Buena Vista Dr
Twentynine Plams, CA 92277-2701

Shawnee Digital LLC
15 Knoll Ridge Ct
Brewster, NY 10509-2684

Sheldon Gabriel
814 E 160th Place
South Holland, IL 60473-1665

Shirley and McVicker
dba Shirley and McVicker
1225 King Street Suite 300
Alexandria, VA 22314-2975

Shoobx Inc.
292 Newbury Street #322
Boston, MA 02115-2863

Sierra Health & LIfe Inc Co
2720 N Tenaya Wy
Las Vegas, NV 89128-0424

Signs First
2461 Bransford Ave.
Nashville, TN 37204-2809

Sikyung Chung
9634 Emeraude Ave
LasVegas, NY 89147-8402

Skysilk
21601 Devonshire Street Unite 116
Chatsworth, CA 91311-8404

Snell & Wilmer
1 East Washington St Suite 2700
Phoenix, AZ 85004-0908

Snowdozer LLC
10138 Fire Ridge Ct
Las Vegas, NV 89148-5739

Sonitrol of Southern Nevada
3520 E Charleston Blvd
PO Box 43052
Las Vegas, NV 89116-1052

Sorokac Law Office PLLC
8965 South Eastern Avenue, Suite 382
Las Vegas, NV 89123-4849

Sparkletts & Sierra Springs
PO Box 660579
Dallas, TX 75266-0579

State of Delaware
Division of Revenue
820 N. French Street
Wilmington, DE 19801-3530

Stephanie Nash
3983 hwy 41a N
Chapel Hill, TN 37034-7100

Stephen Gerber
3945 Sendero Dr.
Austin, TX 78735-6390

Stimulus Technologies
dba Stimulus Technologies
PO Box 50563
Henderson, NV 89016-0563

Stites & Harbison PLLC
401 Commerce Street Suite 800
Nashville, TN 37219-2490

Strategic Rush LLC
4428 Taney Avue #402
Alexandria, VA 22304-6938

Switch LTD
PO Box 400850
Las Vegas, NV 89140-0850

Tenant Building Group LLC / TBG
2414 Cruzen St.
Nashville, TN 37211-2109

Tennessee Department of Labor and Workfo
220 French Landing Dr
Nashville, TN 37243-1002

Tennessee Secretary of State
312 Rosa L. Parks Avenue
7th Floor
Nashville, TN 37243-1102

Tennessee State Revenue
Tennessee Department of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville, TN 37242-0001

Teya Tietje
542 Truffles Street
Henderson, NV 89015-7548

The Babylon Bee LLC
311 W Indiantown Road Suite 200
Jupiter, FL 33458-3536

The Black Vault
27305 W Live Oak Blvd. Suite 1203
Castaic, CA 91384-4520

The Capital Club
The Capital Club
300 First Street DE
Washington, DC 20003-1891

The Ewing School
3916 N Potsdam Ave #2614
Sioux Falls, SD 57104-7048

The Last American Vagabond
1113 Murfreesboro Rd ste106-146
Franklin, TN 37064-1306

The Lincoln National Life Insurance Co
PO Box 0821
Carol Stream, IL 60132-0821

The Pink Conservative
315 West Poplar Street
Stockton, CA 95203-2516

Theo Milo Photography
28 K St SE #324
Washington, DC 20003-3266

Thurston Fund III, LP
230 W. Munroe, Suite 1920
att. Patrick J. Haynes III, Manager
Chicago, IL 60606-4911

Timothy Edward Young
210 M Street SW
Washington, DC 20024-3602

Tower59 LLC
8342 Bridlewood Ct
Clarkston, MI 48348-4373

Tribe Global
1809 Desoto Drive
McKinney, TX 75072-5529

Trump International Hotel
Trump International Hotel Washington DC
1100 Pennsylvania Avenue NW
Washington, DC 20004-2501

Twilio Inc
375 Beale Street, Suite 300
San Franscisco, CA 94105-2177

UPS
PO Box 650116
Dallas, TX 75265-0116

Upchurch Watson White & Max Mediation -
1400 Hand Avenue, Suite D
Ormond Beach, FL 32174-8195

Venable LLP
750 E. Pratt Street, Suite 900
Attn: Cash Operations
Baltimore, MD 21202-3157

Verrill Dana, LLP
One Portland Square, 10th Floor
Portland, ME 04101-4054

Vinh Vuong
4200 Paradise Road
Apt 2110
Las Vegas, NV 89169-6559

Vinson & Elkins LLP
1001 Fannin Suite 2300
Houston, TX 77002-6736

Vladslav Vcherashnii
7724 N Houston Peak St
Las Vegas, NV 89166-5104

Vladyslav Kulchytskyy
20A NW Blvd #118
Hashua, NH 03063-4066

Westwood One
dba Westwood One
3544 Momentum Place
Chicago, IL 60689-5335

Whitley Penn
8343 Douglas Ave
suite 400
Dallas, TX 75225-5851

WillDom USA LLC
6303 Blue Lagoon Dr
Miami, FL 33126-6002

William Doyle
501 Swight St #2
Coudersport, PA 16915-1636

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

WordPress Plugin
dba WordPress Plugin
5321 Old Stage Road
Angier, NC 27501-7459

Workable Inc
99 High Street 26th Floor
Boston, MA 02110-2377

X Strategies, LLC
Derek Edward Utley
250 E Wisconsin Avenue, 18 FL
Milwaukee, WI 53202-4232

Xaviaer DuRousseau
4750 Tassajara Road APT5220
Dublin, CA 94568-4523

ZJ Events LLC
591 Steward Ave Ste 520
Garden City, NY 11530-4779

Zachary RT Boyd
PO Box 1516
Hoboken, NJ 07030-1516

ZoomInfo Technologies LLC
805 Broadway St Ste 900
Vancouver, WA 98660-3506

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801-3218

Albert Mukhutdinov
Kazan 20-115
420124
RUSSIAN FEDERATION

Aldo Velasco Covarrubias
Prolongacion Caviotas #231
Fraco Loma Bonita
Durango DGO CP 34197
MEXICO

Alma Risk Management
2 Eaton Gate
London
UNITED KINGDOM

Andras Andrii Munkacsi
Marszalkowska 111
warszawa
POLAND

Andrew Soulsby
Honeypots Solutions
6 Monaco Street
Parkdale VIC 3195
AUSTRALIA

Atlassian Pty LTD
Level 6, 341 George Street
Sydney
NSW 2000
AUSTRALIA

Karina Lysenko
UA 64703 Kharkivs'ks Oblast
Kharkiv Pozdovzhnya St 1
92
UKRAINE

Karol Pysniak
Rogowskiego 9, apt 78
Lublin
POLAND

Lukas Madon
Cystersow 20E/50
Krakow 31-553
POLAND

Luminate Media Inc.
68 Olive Avenue
Toronto
ON M6G1V1
CANADA

Marbell AG
Luzernerstrasse 1
Rotkreuz 6343
SWITZERLAND

Ncube Limited
86-90 Paul Street
London,  EC2A4NE
UNITED KINGDOM

Noor Al-Enaney
19 Western Battery Rd, Unit 2906
Toronto
ON M6K 0E3
CANADA

Oleksii Zaiakin
Mayakouskogo St 29
Kostiantynivka Village 72364
UKRAINE

Patryk Cieszkowski
30a High Street
Stevenage SG1 3EJ
UNITED KINGDOM

Tiago Henriques
299 Ashby Road
Sydney
Nova Scotia B1P 2T5
CANADA

Yair Netanyahu
35 Aza
Jerusalem 92383
ISRAEL

Yan Zubrytskyi
Yuvileina St 4, 70411
Volodymyivs'ke
Zaporizka obl
UKRAINE

img.ly Gmbh
Kortumstr. 68
44787 Bochum
GERMANY