# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 4/29/2024
Case: 24−10755−CTG     Form ID: 309F1     Total: 305

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Parlement Technologies, Inc. | c/o Verdolino & Lowey, P.C.   124 Washington Street, Suite 101   Foxboro, MA 02035 |
| aty | David M. Klauder | Bielli & Klauder, LLC   1204 N. King Street   Wilmington, DE 19801 |
| 19016568 | 14 West LLC | 1701 Pearl Street #4   Waukesha, WI 53186 |
| 19016569 | 500 Designs LLC | 25219 Spectrum   Irvine, CA 92618 |
| 19016570 | 901 Woodland St Tenant LLC | 901 Woodland St   Nashville, TN 37206 |
| 19016580 | ALPHASTAFF INC | 1300 Sawgrass Corporate Parkway   SUITE 220   SUNRISE, FL 33323 |
| 19016589 | ANC Village View LLC | dba ANC Village View LLC   460 Bush Street   San Francisco, CA 94108 |
| 19016598 | AT&T | PO Box 5014   Carol Stream, IL 60197−5014 |
| 19016600 | AWS | 410 Terry Ave North   Seattle, WA 98109 |
| 19016571 | Adam Taylor | 100 Walnut Hill Ct.   Apex, NC 27502 |
| 19016572 | Ai Corporate Interiors Inc. | 3017B 2nd Avenue South   Birmingham, AL 35233 |
| 19016573 | Albert Mukhutdinov | Kazan 20−115   420124   RUSSIAN FEDERATION |
| 19016574 | Alchemy Data Center LLC | 5955 De Soto Avenue, Suite 220   Woodland HIlls, CA 91367 |
| 19016575 | Aldo Velasco Covarrubias | Prolongacion Caviotas #231   Fraco Loma Bonita   Durango DGO CP 34197   MEXICO |
| 19016576 | Alexander Blair | 10138 Fire Ridge Court   Las Vegas, NV 89148 |
| 19016577 | Alexander Rubin | 512 Red Bud Road   Chapel Hill, NC 27514 |
| 19016578 | Alix Partners LLP | 909 3rd Ave   New York, NY 10022 |
| 19016579 | Alma Risk Management | 2 Eaton Gate   London   UNITED KINGDOM |
| 19016581 | Altrum Honors | 15 Maiden Lane, Suite 200   New York, NY 10038 |
| 19016582 | American Conservation Union Foundation | 1199 N Fairfax St, Suite 500   Alexandria, VA 22314 |
| 19016583 | American Defense International Inc. | 1100 New York Avenue, NW   West Tower, Suite 630   Washington, DC 20005 |
| 19016584 | American Media Group | 1419 E 4th Avenue   Tampa, FL 33605 |
| 19016585 | American Nevada Realty LLC | dba American Nevada Realty LLC   2360 Corporate Circle #330   Henderson, NV 89074 |
| 19016586 | American Registry for Internet Numbers L | PO Box 759477   Baltimore, MD 21275 |
| 19016587 | Amos Gwa | 1340 Troy Street   Aurora, CO 80011 |
| 19016588 | Amy Peikoff | 10900 Research Blvd. 160C, #172   Austin, TX 78759 |
| 19016590 | Anderson Kill LLP | 1717 Pennsylvania Ave NW Suite 200   Washington, DC 20006 |
| 19016591 | Andras Andrii Munkacsi | Marszalkowska 111   warszawa   POLAND |
| 19016592 | Andrew Fleshman | 9551 Calument Court   Brentwood, TN 37027 |
| 19016593 | Andrew Soulsby | Honeypots Solutions   6 Monaco Street   Parkdale VIC 3195   AUSTRALIA |
| 19016594 | Andy Ngo | 6235 SE Grant Street   Portland, OR 97215 |
| 19016595 | Anna Paulina Luna | 10601 Gandy Blvd N Apt 3204   St Petersburg, FL 33702 |
| 19016596 | Antonio Fernandes | 75 Tremont Street   Braintree, MA 02184 |
| 19016597 | Arelion / Formerly Telia Carrier | 2325 Dulles Corner Blvd # 550   Herndon, VA 20171 |
| 19016599 | Atlassian Pty LTD | Level 6, 341 George Street   Sydney   NSW 2000   AUSTRALIA |
| 19016601 | Bailey Blunt | 7600 Cabot Dr Apt# 1115   Nashville, TN 37209 |
| 19016602 | Barba CFO | 200 Centerville Road, Unit 7   Warwick, RI 02886 |
| 19016603 | Benjamain Johnson | dba Benny LLC   1505 S Georgia Ave   Tampa, GA 33629 |
| 19016604 | Best Guest Media | PO Box 3034   Wayne, NJ 07474−3034 |
| 19016605 | Blaze Media LLC fka CRTV LLC | 8275 S Eastern Avenue, Ste 200−245   Las Vegas, NV 89123 |
| 19016606 | Blood Sweat and Tees | 900 Wigwam Pkwy Suite 155   Henderson, NV 89014 |
| 19016607 | Bongino Inc. | 2239 SW Manele Place   Palm City, FL 34990 |
| 19016608 | Brigitte Szivos | 209 Henderson Road   Pittsburgh, PA 15237 |
| 19016609 | Brown Rudnick LLP | PO Box 23079   New York, NY 10087−3079 |
| 19016610 | Bruce Fein | 300 New Jersey Avenue NW Ste 900   Washington, DC 20001 |
| 19016611 | Bruce Saltzman | 1135 Deerfield Pt   Alpharetta, GA 30004 |
| 19016615 | CARLSBERG DATA CENTER | 1880 CENTURY PARK EAST   STE 1410   Los Angeles, CA 90067 |
| 19016624 | CIB Studios − Cam Briones | 11487 Fisher Ave.   Warren, MI 48089 |
| 19016632 | CRGO Global | 950 Peninsula Corporate Circle Suite 300   Boca Raton, FL 33487 |
| 19016633 | CSC | P.O. Box 7410023   Chicago, IL 60674−5023 |
| 19016634 | CT Corporation | PO Box 4349   Carol Stream, IL 60197−4349 |
| 19016612 | Calfo Eakes | 1301 2nd Ave #2800   Seattle, WA 98101 |
| 19016613 | Capital HQ LLC | 320 East 58th Street, Apt 2B   New York, NY 10022 |
| 19016614 | Carlie Shea McMahon | 1028 Cherrybrook Dr   Harrisonburg, VA 22802 |
| 19016616 | CenturyLink | PO Boc 910182   Denver, CO 80291−0182 |
| 19016617 | Cerebral Partners LLC | 688 Cardium Street   Sanibel, FL 33957 |
| 19016618 | Cesar Perez−Zaldivar | 1705 Mt Hood St   Las Vegas, NV 89156 |
| 19016619 | Chalmers & Adam LLC | 5805 State Bridge Rd G77   Johns Creek, GA 30097 |
| 19016620 | Chase Card Services | 201 N. Walnut Street   De1−0153   Wilmington, DE 19801 |
| 19016621 | Chase Haynes | 230 W. Munroe, Suite 1920   Chicago, IL 60607 |
| 19016622 | Cherry Bekaert LLP | Attn: Accounts Receivable   P.O. Box 25549   Richmond, VA 23260−5500 |
| 19016623 | Christina Miller | 17170 Harbour Point Drive #632   Fort Meyers, FL 33908 |

| | | | | |
|---|---|---|---|---|
| 19016625 | Cirtual LLC | 2843 Bitting Road | Winston-Salen, NC 27104 | |
| 19016626 | Cision US Inc | 12051 Indian Creek Court | Beltsville, MD 20705 | |
| 19016627 | Clark County Assessor | 500 S. Grand Central Pkwy. | Las Vegas, NV 89155 | |
| 19016628 | Clear Link Systems Inc | 5211 Linbar Drive Suite 500 | Nashville, TN 37211 | |
| 19016629 | CohnReznick LLP | 14 Sylvan Way 3rd Floor | Parsippany, NJ 07054 | |
| 19016630 | Convergent Outsourcing Inc | PO Box 9004 | Renton, WA 98057 | |
| 19016631 | Cox Business | PO Box 53262 | Phoenix, AZ 85072-3262 | |
| 19016635 | Datadog Inc | 620 8th Ave 45 Th Floor | New York, NY 10018 | |
| 19016636 | Datavail Corporation | 11800 Ridge Parkway, Suite 125 | Broomfield, CO 80021 | |
| 19016637 | David J. Merrill, P.C. | 10161 Park Run Drive, Suite 150 | Las Vegas, NV 89145 | |
| 19016638 | Delanoye Strategies LLC | 1407 Green Avenue #257 | Orange, TX 77630 | |
| 19016639 | Dell Marketing LP | 500 First Avenue | Pittsburgh, PA 15222 | |
| 19016640 | Design Bunnies Inc | 4952 S Rainbow Blvd # 339 | Las Vegas, NV 89118 | |
| 19016641 | Designers Management Agency | 68 White Street 3rd Floor | New York, NY 10013 | |
| 19016642 | Doug Fuller | 50 Maynard St. Apt 135 | Attleboro, MA 02703 | |
| 19016643 | Drain the Swamp Media LLC | PO Box 13454 | 4520 W. Oakellar Ave | Tampa, FL 33611 |
| 19016644 | Duello Creative LLC | 5844 Fairstone Ct. SE | Salem, OR 97306 | |
| 19016645 | Dustin Mena | 1093 Secretariat Drive | Mount Juliet, TN 37122 | |
| 19016646 | Dynascale Inc | 2640 Main Street | Irvine, CA 92614 | |
| 19016647 | E78 Partners, LLC | 1301 W. 22nd St. | Suite 410 | Oak Brook, IL 60523 |
| 19016648 | Electrolift Creative LLC | 75 West Street, PH B | New York, NY 10006 | |
| 19016649 | Eric Gajnak | 3123 Avalon Way | Shrewsbury, MA 01545 | |
| 19016650 | Everything Promo | One Liberty Plaza | 165 Broadway, Suite 2301 | New York, NY 10006 |
| 19016651 | Evon Onusic | dba Onusic LLC | 760 Homer Avenue | Palo Alto, CA 94607 |
| 19016652 | Figma Inc. | 760 Market Street Floor 10 | San Francisco, CA 94102 | |
| 19016653 | For Such A Time As This LLC | 4834 Sminole Avenue | Alexandria, VA 22312 | |
| 19016654 | Fragomen, DelRey, Bersen & Loewy LLP | 90 Matawan Road | PO Box 2001 | Matawan, NJ 07747 |
| 19016655 | Frank J. Kinney. III | 3550 Royal Tern Circle | Boynton Beach, FL 33436 | |
| 19016658 | GHN Consulting LLC | 1010 Brickell Avenue Unit 4409 | Miami, FL 33131 | |
| 19016665 | GTT Americas LLC | 7900 Tysons One Pl Suite 1450 | Mclean, VA 22102 | |
| 19016656 | Gentry Gevers | 116718 235th Ave se | Issaquah, WA 98027 | |
| 19016657 | George Farmer | 901 Woodland St., Suite 104 | Nashville, TN 37206 | |
| 19016659 | Gideon 300 LLC | PO Box 452418 | Grove, OK 74344 | |
| 19016660 | Goddard Consulting | 125 Sage Way | Napa, CA 94559 | |
| 19016661 | Golub, LaCapra, Wilson & DeTiberiis LLP | 2 Roosevelt Avenue | Port Jefferson Station, NY 11776 | |
| 19016662 | Grantley Godwin | 6052 Elysian Avenue | Pensacola, FL 32507 | |
| 19016663 | Graves Garrett LLC | 1100 Main St | Kansas City, MO 64105 | |
| 19016664 | Greenberg Traurig LLP | 200 Park Avenue | New York, NY 10166 | |
| 19016666 | Harmon Research Group, LLC | 1050 S Miles Court | Anaheim, CA 92808 | |
| 19016667 | Headwater Media | Arlington, VA 22209 | | |
| 19016668 | Hero Brands | 100 E Pine Street Ste 110 | Orlando, FL 32801 | |
| 19016669 | Hive / Formerly Castle Global Inc | 100 1st St | San Francisco, CA 94105 | |
| 19016670 | Holland & Hart | 555 17th Street, Suite 3200 | Denvor, CO 80202 | |
| 19016677 | IPFS Corporation | PO Box 100391 | Pasadena, CA 91189-0391 | |
| 19016671 | Igor M. Shalkevich | 5230 Margarets Place | Brentwood, TN 37027 | |
| 19016673 | Inculture Inc | dba Freeminds | 2929 E 12th Street | Austin, TX 78702 |
| 19016674 | Ink Ventures LLC | 2222 12th Ave S, Suite 300 | Nashville, TN 37215 | |
| 19016675 | Insperity | 19001 Crescent Springs Drive | Center IV | Kingwood, TX 77339 |
| 19016676 | Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | Philadelphia, PA 19101-7346 |
| 19016687 | JLK Political Strategies | PO Box 14662 | Richmont, VA 23221 | |
| 19016678 | Jackson Lewis PC | 10701 Parkridge Blvd STE 300 | Reston, VA 20191 | |
| 19016679 | James Cody Dumay | 4916 Tradewinds Terrace | Ft Lauderdale, FL 33312 | |
| 19016680 | James Fafreniere | 2391 Granny Wright Lane | Hermitage, TN 37076 | |
| 19016681 | James Karlinski Jr | 3135 S Mojave Road #209 | Las Vegas, NV 89121 | |
| 19016682 | Jamie McFarling | 14897 Parker Ranch Rd | Bismarck, ND 58503 | |
| 19016683 | Jeanetta Stone | 223 Killian Loop | Hutto, TX 78634 | |
| 19016684 | Jed Rubenfeld | 1031 Forest Rd | New Haven, CT 06515 | |
| 19016685 | Jeffrey Wernick | 354 Westbourne Drive | West Hollywood, CA 90048 | |
| 19016686 | Jesse R. Benton | 4003 Woodstone Way | Louisville, KY 40241 | |
| 19016688 | Jobot LLC | 18575 Jamboree Rd, Suite 600 | Irvine, CA 92612 | |
| 19016689 | John M. Posobiec III | 7711 Mount Blanc Road | Hanover, MD 21076 | |
| 19016690 | John Matze | C/O PISANELLI BICE PLLC | 400 SOUTH 7TH ST | STE 300 | Las Vegas, NV 89101 |
| 19016691 | Jon Wierzbowski | 3003 W Ballast Point Blvd | Tampa, FL 33611 | |
| 19016692 | Jonathan Cosby | 505 Hampton Ridge Road | Norcross, GA 30093 | |
| 19016693 | Joseph P Monks | 4121 NE 8th Pl | Cape Coral, FL 33909 | |
| 19016694 | Joshua Levine | 88 Urban Club Rd | Wayne, NJ 07470 | |
| 19016695 | Julianne Shinto dba Imprimatur | 269 S. Beverly Drive #145 | Beverly Hills, CA 90212 | |
| 19016706 | KLDiscovery Ontrack LLC | PO Box 845823 | Dallas, TX 75284 | |
| 19016696 | Karina Lysenko | UA 64703 Kharkivs'ks Oblast | Kharkiv Pozdovzhnya St 1   92 | UKRAINE |
| 19016697 | Karli Karandos | 501 NE 31st Apt 3207 | Miami, FL 33137 | |
| 19016698 | Karol Pysniak | Rogowskiego 9, apt 78 | Lublin   POLAND | |
| 19016699 | Karolis Jurgelevicius | 5321 Old Stage Road | Angier, NC 27501 | |
| 19016700 | Katherine N. Brown | 200 North Fairfax Street, Ste 3 | Alexandria, VA 22314 | |
| 19016701 | Kathy Wereb | 134 Wahie Ln. Apt 305 | Lahaina, HI 96761 | |

| | | | |
|---|---|---|---|
| 19016702 | Katie McKernan | 2913 Lockridge Rd SW | Roanoke, VA 24014 |
| 19016703 | Katten Muchin Rosenman LLP | 525 W Monroe Street | Chicago, IL 60661 |
| 19016704 | Kemet Electric LLC | 556 No Eastern – Ste D–167 | Las Vegas, NV 89101 |
| 19016705 | Kenneth W Mayo | 98 Troon Way | Aiken, SC 29803 |
| 19016707 | Kory Harvey | 459 Beechwood Circle | Burns, TN 37029 |
| 19016712 | LBMC Staffing Solutions LLC | PO Box 1869 | Brentwood, TN 37024 |
| 19016713 | LBMC Technology Solutions LLC | PO Box 1869 | Brentwood, TN 37024–1869 |
| 19016708 | Las Vegas Expo Inc | 4075 East Post Road | Las Vegas, NV 89120 |
| 19016709 | Laura Virginia Ferry | 10218 N 3900 W | Cedar Hills, UT 84062 |
| 19016710 | Law Office of Alex Kozinski | 33 Marguerite Dr | Rancho Palos Verdes, CA 90275 |
| 19016711 | Layer Cake Social Kitchen | 127 3rd Ave S. | Nashville, TN 37201 |
| 19016714 | Leichtman Law PLLC | 228 East 45th Street, Suite 605 | New York, NY 10017 |
| 19019798 | Level 3 Communications, LLC a Centurylink Company | 931 14th Street, 9th Floor   220 N 5th St | Denver, CO 80202 |
| 19016715 | Los Angeles PartyWorks Inc | 9712 Alpaca Street | South El Monte, CA 91733 |
| 19016716 | Lovitt & Touche – Mesh & McLennan Agency | PO Box 741259 | Los Angeles, CA 90074–1259 |
| 19016717 | Lukas Madon | Cysterzow 20E/50 | Krakow 31–553   POLAND |
| 19016718 | Lumen | 1025 Eldorado Blvd | Broomfield, CO 80021 |
| 19016719 | Lumen    Level 3 Communications LLC | PO Box 910182 | Denver, CO 80291–0182 |
| 19016720 | Luminate Media Inc. | 68 Olive Avenue | Toronto   ON M6G1V1   CANADA |
| 19016736 | MNDTRST Inc | 470 James Street, Ste 11 | New Haven, CT 06513 |
| 19016721 | Mail Montior Inc | 215 S Broadway | Salem, NH 03079 |
| 19016722 | Marbell AG | Luzernerstrasse 1 | Rotkreuz 6343   SWITZERLAND |
| 19016723 | Marc A McInnis | 49910 Rosenlund Rd | Hancock, MI 49930 |
| 19016724 | Marcum LLP | 730 Third Avenue | New York, NY 10017 |
| 19016725 | Marcus Monroe | 303 E. 94th Street Apt L | New York, NY 10128 |
| 19016726 | Mariana Galvao Duarte Dutra | 2714 County Road A14 | Decorah, IA 52101 |
| 19016727 | Mario Grillo | 4966 Broadway, Apt 35 | New York, NY 10034 |
| 19016728 | Mark C Baker | 901 SE Algonquian Ct | Prineville, OR 97754 |
| 19016729 | Mark Williams | 19805 Bethpage Ct | Ashburn, VA 20147 |
| 19016730 | Marsh & McLennan Agency LLC | PO Box 741259 | Los Angeles, CA 90074–1259 |
| 19016731 | Matt Fradd LLC | Catholic Booking C/O Matt Fradd   1112 West Laredo   Avenue | Gilbert, AZ 85233 |
| 19016732 | Matthew Miller | 10138 Fire Ridge Ct | Henderson, NV 89014 |
| 19016733 | Maureen Smith | 109 Moss Creek Drive | Jacksonville, NC 28540 |
| 19016734 | Maureen Steele | PO Box 1097 | Condon, MT 59826 |
| 19016735 | MindTrust Labs | 470 James Street Ste 11 | New Haven, CT 06513 |
| 19016737 | Morvillo Abramowitz Grand Iason & Anello | 565 Fifth Avenue | New York, NY 10017 |
| 19016747 | NV Energy | P.O. Box 30073 | Reno, NV 89520 |
| 19016748 | NV Energy Acct # 556 | P.O. Box 30073 | Reno, NV 89520 |
| 19016749 | NV Energy Acct # 932 | P.O. Box 30073 | Reno, NV 89520 |
| 19016738 | Ncube Limited | 86–90 Paul Street | London, EC2A4NE   UNITED KINGDOM |
| 19016739 | NearShore Technology Company LLC | 1353 Riverstone Parkway, Suite 120–335 | Canton, GA 30114 |
| 19016740 | Nevada Dept of Taxation | 1550 College Parkway, Suite #115 | Carson City, NV 89706 |
| 19016741 | Nevada Employment Security Division | 2800 E St Louis Ave | Las Vegas, NV 89104 |
| 19016742 | Nkaujnaas Kue | 11632 Galapago Court | Northglenn, CO 80234 |
| 19016743 | Noah Balch Law P.C. | 3101 Ocean Park Blvd Ste 100 PMB 166 | Santa Monica, CA 90405 |
| 19016744 | Noah Mosher | 101 W 5th Ave | Coal Valley, IL 61240 |
| 19016745 | Noor Al–Enaney | 19 Western Battery Rd, Unit 2906 | Toronto   ON M6K 0E3   CANADA |
| 19016746 | Nuera Consulting LLC | 14134 Oakham Street | Tampa, FL 33626 |
| 19016751 | ODP Business Solutions LLC | 6600 North Military Trail | Boca Raton, FL 33496 |
| 19016750 | Oaks Technology LLC | 2701 Landing Way | Raleigh, NC 27615 |
| 19016752 | Offprem Technology LLC | 12175 Visionary Way, Suite 1020 | Fishers, IN 46038 |
| 19016753 | Oleksii Zaiakin | Mayakouskogo St 29 | Kostiantynivka Village 72364   UKRAINE |
| 19016754 | Olympic Industries LLC | 103 Ave De Diego Apt 702 | San Juan, PR 00901 |
| 19016755 | Olympic Media LLC. | 1881 N Nash Street # 2301 | Arlington, VA 22209 |
| 19016756 | On Message LLC | 1025 1st Street, SE | Washington, DC 20003 |
| 19016757 | One Trust LLC | 1200 Abernathy Rd NE   Building 600 Suite 300 | Atlanta, GA 30328 |
| 19016758 | Outfront Media LLC | 185 Highway 46 | Fairfield, NJ 07004 |
| 19016768 | PM Tech LLC | 5331 Northland Drive | Sandy Springs, GA 30342 |
| 19016759 | Pager Duty | 600 Townsend St Suite 200 | San Francisco, CA 94103 |
| 19016760 | Pamela Calapai | 504 Creekstone Ct | Dickson, TN 37055 |
| 19016761 | Pamela Hazelton | PO Box 153134 | Cape Coral, FL 33915 |
| 19016762 | Parler 2022, Inc. | 613 Ewing Avenue   Suite 100D | Nashville, TN 37203 |
| 19016763 | Patricia Mendez | 207 Church St.   PO Box 125 | St. Nazianz, WI 54232 |
| 19016764 | Patrick J. Haynes III | 230 W. Munroe, Suite 1920 | Chicago, IL 60607 |
| 19016765 | Patrick Williams | 3710 Exchange Glenwood Place | Raleigh, NC 27012 |
| 19016766 | Patryk Cieszkowski | 30a High Street | Stevenage SG1 3EJ   UNITED KINGDOM |
| 19016767 | Planview Delaware LLC | 12301 Research Blvd   Building 5m Suite 101 | Austin, TX 78759 |
| 19016769 | Political Media Inc | 1750 Tysons Blvd, Suite 1500 | McLean, VA 22102 |
| 19016770 | Premier PGR USA Inc | 7310 Manchaca Road   PO Box # 152950 | Austin, TX 78715 |
| 19016771 | Premier Productions LLC | 707 Westchester Dr, Ste 202 | High Point, NC 27262 |
| 19016772 | Prey Inc | 548 Market St #30152 | San Francisco, CA 94104 |
| 19016773 | QA Mentor Inc. | 17112 Wandering Wave Ave   Attn: Ruslan Desyatnikov | Boca Raton, FL 33496–5624 |
| 19016777 | RB Staffing LLC | 2460 Highland Springs Rd | Blaine, TN 37709 |
| 19016774 | Rachel Colburn | 723 Pres Ronald Reagan Wy   Apt 403 | Nashville, TN 37210 |

| ID | Name | Address |
|---|---|---|
| 19016775 | Ramp Business Corporation | 28 West 23rd Street, Floor 2, New York, NY 10010 |
| 19016776 | Raymond Wong | 5145 Golf Rd., Merced, CA 95340 |
| 19016778 | Rebekah Mercer | 901 Woodland St., Suite 104, Nashville, TN 37206 |
| 19016779 | Red Spark Stategy | 1922 S Pollard Street, Arlington, VA 22204 |
| 19016780 | RedIron PR | dba RedIron PR, 43561 Michigan Square, Leesburg, VA 20176 |
| 19016781 | Registered Agent Solutions Inc / RASi | Registered Agent Solutions, Inc., PO Box 7410517, Dept. 5021, Chicago, IL 60674–0517 |
| 19016782 | Remote Dev Force | dba Remote Dev Force, 4952 S Rainbow Blvd Ste 339, Las Vegas, NV 89118 |
| 19016783 | Reza Pourmohammadi PC | 299 Broadway, Suite 607, New York, NY 10007 |
| 19016784 | Rick Spargur | 3131 Trinity Drive, Costa Mesa, CA 92626 |
| 19016785 | Robert R Sterba | 603 Hilltop Court, Kennedale, TX 76060 |
| 19016786 | Robins Kaplan LLP | 800 LaSalle Avenue Ste 2800, Minneapolis, MN 55402 |
| 19016787 | Rock Creek Advisors LLC | 888 17th Street NW Suite 810, Washington, DC 20006 |
| 19016788 | Rogan O'Handley | 3306 W. Wyoming Circle, Tampa, FL 33611 |
| 19016789 | Ronald Gilmore (Doug Gilmore) | 4529 Holstein Hill Dr, Peachtree Corners, GA 30092 |
| 19016790 | Ronald Pousson | 104 Locust Dr, Lincoln University, PA 19352 |
| 19016791 | Russell Perkins | 675 Princeton Way, Rockwall, TX 75087 |
| 19016792 | Ryan J Matze | 10583 Joplin Street, Commerce City, CO 80022 |
| 19019938 | STATE OF NEVADA DEPARTMENT OF TAXATION | 700 E WARM SPRINGS RD STE 200, LAS VEGAS, NV 89119 |
| 19016793 | Sagemont Real Estate | 2222 12th Ave S, Suite 300, Nashville, TN 37204 |
| 19016795 | SalesLoft | 1180 W Peachtree St NW Suite 600, Atlanta, GA 30309 |
| 19016794 | Salesforce.com Inc | PO Box 203141, Dallas, TX 75320 |
| 19016796 | Samuel Lipoff (Sam) | 2877 Paradise Road, Apt 205, Las Vegas, NV 89109 |
| 19016797 | Sandra Mayes | 6006 Splitrock Trail, Apex, NC 27539 |
| 19016798 | Schaerr Jaffe LLP | 1717 K Street NW, Suite 900, Washington, DC 20006 |
| 19016799 | ScyllaDB Inc | 2445 Faber Place, Suite 200, Palo Alto, CA 94303 |
| 19016800 | Seaboden Software | 209 S Stephanie St, B135, Henderson, NV 89012 |
| 19016801 | Sean O'Dea | 7835 Via Mazarron St., Las Vegas, NV 89123 |
| 19016802 | SecureDocs Inc | 6500 Hollister Avenue Suite 110, Goleta, CA 93117 |
| 19016803 | Seth Dillon | 901 Woodland St., Suite 104, Nashville, TN 37206 |
| 19016804 | Shamis & Gentile, P.A. | 14 NE 1st Ave Suite 705, Miami, FL 33132 |
| 19016805 | Sharika Sawer | 73917 Buena Vista Dr, Twentynine Plams, CA 92277 |
| 19016806 | Shawnee Digital LLC | 15 Knoll Ridge Ct, Brewster, NY 10509 |
| 19016807 | Sheldon Gabriel | 814 E 160th Place, South Holland, IL 60473 |
| 19016808 | Shirley and McVicker | dba Shirley and McVicker, 1225 King Street Suite 300, Alexandria, VA 22314 |
| 19016809 | Shoobx Inc. | 292 Newbury Street #322, Boston, MA 02115 |
| 19016810 | Sierra Health & LIfe Inc Co | 2720 N Tenaya Wy, Las Vegas, NV 89128 |
| 19016811 | Signs First | 2461 Bransford Ave., Nashville, TN 37204 |
| 19016812 | Sikyung Chung | 9634 Emeraude Ave, LasVegas, NY 89147 |
| 19016813 | Skysilk | 21601 Devonshire Street Unite 116, Chatsworth, CA 91311 |
| 19016814 | Snell & Wilmer | 1 East Washington St Suite 2700, Phoenix, AZ 85004 |
| 19016815 | Snowdozer LLC | 10138 Fire Ridge Ct, Las Vegas, NV 89148 |
| 19016816 | Sonitrol of Southern Nevada | 3520 E Charleston Blvd, PO Box 43052, Las Vegas, NV 89104 |
| 19016817 | Sorokac Law Office PLLC | 8965 South Eastern Avenue, Suite 382, Las Vegas, NV 89123 |
| 19016818 | Sparkletts & Sierra Springs | PO Box 660579, Dallas, TX 75266 |
| 19016819 | State of Delaware | Division of Revenue, 820 N. French Street, Wilmington, DE 19801 |
| 19016820 | Stephanie Nash | 3983 hwy 41a N, Chapel Hill, TN 37034 |
| 19016821 | Stephen Gerber | 3945 Sendero Dr., Austin, TX 78735 |
| 19016822 | Stimulus Technologies | dba Stimulus Technologies, PO Box 50563, Henderson, NV 89016 |
| 19016823 | Stites & Harbison PLLC | 401 Commerce Street Suite 800, Nashville, TN 37219 |
| 19016824 | Strategic Rush LLC | 4428 Taney Avue #402, Alexandria, VA 22304 |
| 19016825 | Switch LTD | PO Box 400850, Las Vegas, NV 89140 |
| 19016826 | Tenant Building Group LLC / TBG | 2414 Cruzen St., Nashville, TN 37211 |
| 19016827 | Tennessee Department of Labor and Workfo | 220 French Landing Dr, Nashville, TN 37243 |
| 19016828 | Tennessee Secretary of State | 312 Rosa L. Parks Avenue, 7th Floor, Nashville, TN 37243–1102 |
| 19016829 | Tennessee State Revenue | Tennessee Department of Revenue, Andrew Jackson Building, 500 Deaderick Street, Nashville, TN 37242 |
| 19016830 | Teya Tietje | 542 Truffles Street, Henderson, NV 89015 |
| 19016831 | The Babylon Bee LLC | 311 W Indiantown Road Suite 200, Jupiter, FL 33458 |
| 19016832 | The Black Vault | 27305 W Live Oak Blvd. Suite 1203, Castaic, CA 91384 |
| 19016833 | The Capital Club | The Capital Club, 300 First Street DE, Washington, DC 20003 |
| 19016834 | The Ewing School | 3916 N Potsdam Ave #2614, Sioux Falls, SD 57104 |
| 19016835 | The Last American Vagabond | 1113 Murfreesboro Rd ste106–146, Franklin, TN 37064 |
| 19016836 | The Lincoln National Life Insurance Co | PO Box 0821, Carol Stream, IL 60132 |
| 19016837 | The Pink Conservative | 315 West Poplar Street, Stockton, CA 95203–2516 |
| 19016838 | Theo Milo Photography | 28 K St SE #324, Washington, DC 20003 |
| 19016839 | Thurston Fund III, LP | 230 W. Munroe, Suite 1920, att. Patrick J. Haynes III, Manager, Chicago, IL 60607 |
| 19016840 | Tiago Henriques | 299 Ashby Road, Sydney, Nova Scotia B1P 2T5, CANADA |
| 19016841 | Timothy Edward Young | 210 M Street SW, Washington, DC 20024 |
| 19016842 | Tower59 LLC | 8342 Bridlewood Ct, Clarkston, MI 48348 |
| 19016843 | Tribe Global | 1809 Desoto Drive, McKinney, TX 75072 |
| 19016844 | Trump International Hotel | Trump International Hotel Washington DC, 1100 Pennsylvania Avenue NW, Washington, DC 20004 |
| 19016845 | Twilio Inc | 375 Beale Street, Suite 300, San Fransisco, CA 94105 |

| | | | | |
|---|---|---|---|---|
| 19016847 | UPS | PO Box 650116 | Dallas, TX 75265–0116 | |
| 19016846 | Upchurch Watson White & Max Mediation – | 1400 Hand Avenue, Suite D | Ormond Beach, FL 32174 | |
| 19016848 | Venable LLP | 750 E. Pratt Street, Suite 900 | Attn: Cash Operations | Baltimore, MD 21202 |
| 19016849 | Verrill Dana, LLP | One Portland Square, 10th Floor | Portland, ME 04101–5054 | |
| 19016850 | Vinh Vuong | 4200 Paradise Road | Apt 2110 | Las Vegas, NV 89169 |
| 19016851 | Vinson & Elkins LLP | 1001 Fannin Suite 2300 | Houston, TX 77002–6760 | |
| 19016852 | Vladslav Vcherashnii | 7724 N Houston Peak St | Las Vegas, NV 89166 | |
| 19016853 | Vladyslav Kulchytskyy | 20A NW Blvd #118 | Hashua, NH 03063 | |
| 19016854 | Westwood One | dba Westwood One | 3544 Momentum Place | Chicago, IL 60689–5335 |
| 19016855 | Whitley Penn | 8343 Douglas Ave | suite 400 | Dallas, TX 75225 |
| 19019386 | Whitley Penn LLP | 640 Taylor St, Ste 2200 | Fort Worth, TX 76102 | , |
| 19016856 | WillDom USA LLC | 6303 Blue Lagoon Dr | Miami, FL 33126 | |
| 19016857 | William Doyle | 501 Swight St #2 | Coudersport, PA 16915 | |
| 19016858 | Wilson Sonsini Goodrich & Rosati | 650 Page Mill Road | Palo Alto, CA 94304–1050 | |
| 19016859 | WordPress Plugin | dba WordPress Plugin | 5321 Old Stage Road | Angier, NC 27501 |
| 19016860 | Workable Inc | 99 High Street 26th Floor | Boston, MA 02110 | |
| 19016861 | X Strategies, LLC | Derek Edward Utley | 250 E Wisconsin Avenue, 18 FL | Milwaukee, WI 53202 |
| 19016862 | Xaviaer DuRousseau | 4750 Tassajara Road APT5220 | Dublin, CA 94568 | |
| 19016863 | Yair Netanyahu | 35 Aza | Jerusalem 92383 | ISRAEL |
| 19016864 | Yan Zubrytskyi | Yuvileina St 4, 70411 | Volodymyivs'ke | Zaporizka obl    UKRAINE |
| 19016866 | ZJ Events LLC | 591 Steward Ave Ste 520 | Garden City, NY 11530 | |
| 19016865 | Zachary RT Boyd | PO Box 1516 | Hoboken, NJ 07030 | |
| 19016867 | ZoomInfo Technologies LLC | 805 Broadway St Ste 900 | Vancouver, WA 98660 | |
| 19016672 | img.ly Gmbh | Kortumstr. 68 | 44787 Bochum | GERMANY |

TOTAL: 305