# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Parlement Technologies, Inc.,<br>(f/k/a Parler LLC, f/k/a Parler Inc.),<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10755 (CTG) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

The United States Bankruptcy Court for the District of Delaware has scheduled the following omnibus hearing date in the above-captioned case:

May 29, 2024 at 3:00 p.m. (Eastern Time)

**Dated: April 30th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**