**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Parlement Technologies, Inc., | : | Case No. 24-10755( CTG ) |
| | : | |
| Debtor. | : | **341 Meeting: May 21, 2024 at 2:30 P.M. ET** |

**NOTICE OF TELEPHONIC SECTION 341 MEETING**

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **May 21, 2024 at 2:30 P.M. (ET)** will be held telephonically. Parties wishing to participate in the section 341 meeting should call into the conference line in advance of the meeting.

If you are receiving this notice, you have been identified as a party who may be a creditor, i.e. someone who may be owed money by the Debtor. Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **YOUR TELEPHONIC PARTICIPATION IN THE SECTION 341 MEETING IS NOT REQUIRED, IS COMPLETELY OPTIONAL, AND FAILURE TO ATTEND WILL NOT AFFECT YOUR ELIGIBILITY TO FILE A CLAIM LATER.** The purpose of the Section 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtor's financial affairs. It is not the purpose of the Section 341 meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number, **1-866-621-1355,** and then enter the passcode, **7178157,** followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself, or indicates you may pose questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.
- The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.

                                                                       **ANDREW R. VARA**
                                                                      **UNITED STATES TRUSTEE, REGIONS 3 AND 9**

Dated: April 17, 2024

United States Bankruptcy Court
District of Delaware

In re:  
Parlement Technologies, Inc.  
    Debtor

Case No. 24-10755-CTG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 7  
Date Rcvd: Apr 29, 2024     Form ID: pdf341     Total Noticed: 279

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Parlement Technologies, Inc., c/o Verdolino & Lowey, P.C., 124 Washington Street, Suite 101, Foxboro, MA 02035-1368 |
| 19016568 | + | 14 West LLC, 1701 Pearl Street #4, Waukesha, WI 53186-5600 |
| 19016570 | + | 901 Woodland St Tenant LLC, 901 Woodland St, Nashville, TN 37206-3721 |
| 19016580 | + | ALPHASTAFF INC, 1300 Sawgrass Corporate Parkway, SUITE 220, SUNRISE, FL 33323-2824 |
| 19016589 | + | ANC Village View LLC, dba ANC Village View LLC, 460 Bush Street, San Francisco, CA 94108-3739 |
| 19016600 | + | AWS, 410 Terry Ave North, Seattle, WA 98109-5210 |
| 19016571 | + | Adam Taylor, 100 Walnut Hill Ct., Apex, NC 27502-3764 |
| 19016572 | + | Ai Corporate Interiors Inc., 3017B 2nd Avenue South, Birmingham, AL 35233-3001 |
| 19016575 | | Aldo Velasco Covarrubias, Prolongacion Caviotas #231, Fraco Loma Bonita, Durango DGO CP 34197, MEXICO |
| 19016576 | + | Alexander Blair, 10138 Fire Ridge Court, Las Vegas, NV 89148-5739 |
| 19016577 | + | Alexander Rubin, 512 Red Bud Road, Chapel Hill, NC 27514-1709 |
| 19016578 | + | Alix Partners LLP, 909 3rd Ave, New York, NY 10022-5002 |
| 19016579 | | Alma Risk Management, 2 Eaton Gate, London, UNITED KINGDOM |
| 19016581 | + | Altrum Honors, 15 Maiden Lane, Suite 200, New York, NY 10038-5125 |
| 19016582 | + | American Conservation Union Foundation, 1199 N Fairfax St, Suite 500, Alexandria, VA 22314-1445 |
| 19016583 | + | American Defense International Inc., 1100 New York Avenue, NW, West Tower, Suite 630, Washington, DC 20005-3936 |
| 19016584 | + | American Media Group, 1419 E 4th Avenue, Tampa, FL 33605-5015 |
| 19016585 | + | American Nevada Realty LLC, dba American Nevada Realty LLC, 2360 Corporate Circle #330, Henderson, NV 89074-7718 |
| 19016586 | + | American Registry for Internet Numbers L, PO Box 759477, Baltimore, MD 21275-9477 |
| 19016587 | + | Amos Gwa, 1340 Troy Street, Aurora, CO 80011-6450 |
| 19016588 | + | Amy Peikoff, 10900 Research Blvd. 160C, #172, Austin, TX 78759-5722 |
| 19016590 | #+ | Anderson Kill LLP, 1717 Pennsylvania Ave NW Suite 200, Washington, DC 20006-4615 |
| 19016591 | | Andras Andrii Munkacsi, Marszalkowska 111, warszawa, POLAND |
| 19016592 | + | Andrew Fleshman, 9551 Calument Court, Brentwood, TN 37027-8906 |
| 19016593 | | Andrew Soulsby, Honeypots Solutions, 6 Monaco Street, Parkdale VIC 3195, AUSTRALIA |
| 19016594 | + | Andy Ngo, 6235 SE Grant Street, Portland, OR 97215-4058 |
| 19016596 | + | Antonio Fernandes, 75 Tremont Street, Braintree, MA 02184-6407 |
| 19016597 | + | Arelion / Formerly Telia Carrier, 2325 Dulles Corner Blvd # 550, Herndon, VA 20171-4908 |
| 19016599 | | Atlassian Pty LTD, Level 6, 341 George Street, Sydney, NSW 2000, AUSTRALIA |
| 19016601 | #+ | Bailey Blunt, 7600 Cabot Dr Apt# 1115, Nashville, TN 37209-4392 |
| 19016602 | + | Barba CFO, 200 Centerville Road, Unit 7, Warwick, RI 02886-0204 |
| 19016603 | + | Benjamain Johnson, dba Benny LLC, 1505 S Georgia Ave, Tampa, GA 33629-6105 |
| 19016604 | | Best Guest Media, PO Box 3034, Wayne, NJ 07474-3034 |
| 19016605 | + | Blaze Media LLC fka CRTV LLC, 8275 S Eastern Avenue, Ste 200-245, Las Vegas, NV 89123-2591 |
| 19016606 | + | Blood Sweat and Tees, 900 Wigwam Pkwy Suite 155, Henderson, NV 89014-6814 |
| 19016607 | + | Bongino Inc., 2239 SW Manele Place, Palm City, FL 34990-8817 |
| 19016608 | + | Brigitte Szivos, 209 Henderson Road, Pittsburgh, PA 15237-3301 |
| 19016609 | | Brown Rudnick LLP, PO Box 23079, New York, NY 10087-3079 |
| 19016610 | + | Bruce Fein, 300 New Jersey Avenue NW Ste 900, Washington, DC 20001-2271 |
| 19016611 | #+ | Bruce Saltzman, 1135 Deerfield Pt, Alpharetta, GA 30004-8944 |
| 19016615 | + | CARLSBERG DATA CENTER, 1880 CENTURY PARK EAST, STE 1410, Los Angeles, CA 90067-2350 |
| 19016624 | + | CIB Studios - Cam Briones, 11487 Fisher Ave., Warren, MI 48089-3074 |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 7 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf341 | Total Noticed: 279 |

```
19016632           +  CRGO Global, 950 Peninsula Corporate Circle Suite 300, Boca Raton, FL 33487-1378
19016633              CSC, P.O. Box 7410023, Chicago, IL 60674-5023
19016612           +  Calfo Eakes, 1301 2nd Ave #2800, Seattle, WA 98101-3808
19016613           +  Capital HQ LLC, 320 East 58th Street, Apt 2B, New York, NY 10022-2231
19016614           +  Carlie Shea McMahon, 1028 Cherrybrook Dr, Harrisonburg, VA 22802-9304
19016616              CenturyLink, PO Boc 910182, Denver, CO 80291-0182
19016617           +  Cerebral Partners LLC, 688 Cardium Street, Sanibel, FL 33957-6702
19016618           +  Cesar Perez-Zaldivar, 1705 Mt Hood St, Las Vegas, NV 89156-7049
19016619              Chalmers & Adam LLC, 5805 State Bridge Rd G77, Johns Creek, GA 30097
19016621           +  Chase Haynes, 230 W. Munroe, Suite 1920, Chicago, IL 60606-4911
19016622              Cherry Bekaert LLP, Attn: Accounts Receivable, P.O. Box 25549, Richmond, VA 23260-5500
19016623           +  Christina Miller, 17170 Harbour Point Drive #632, Fort Meyers, FL 33908-2761
19016625           +  Cirtual LLC, 2843 Bitting Road, Winston-Salen, NC 27104-3003
19016626           +  Cision US Inc, 12051 Indian Creek Court, Beltsville, MD 20705-1261
19016628           +  Clear Link Systems Inc, 5211 Linbar Drive Suite 500, Nashville, TN 37211-1021
19016629           +  CohnReznick LLP, 14 Sylvan Way 3rd Floor, Parsippany, NJ 07054-3835
19016631              Cox Business, PO Box 53262, Phoenix, AZ 85072-3262
19016636           +  Datavail Corporation, 11800 Ridge Parkway, Suite 125, Broomfield, CO 80021-6540
19016637           +  David J. Merrill, P.C., 10161 Park Run Drive, Suite 150, Las Vegas, NV 89145-8872
19016638           +  Delanoye Strategies LLC, 1407 Green Avenue #257, Orange, TX 77630-5538
19016639           +  Dell Marketing LP, 500 First Avenue, Pittsburgh, PA 15219-3128
19016640              Design Bunnies Inc, 4952 S Rainbow Blvd # 339, Las Vegas, NV 89118
19016641           +  Designers Management Agency, 68 White Street 3rd Floor, New York, NY 10013-3537
19016642           +  Doug Fuller, 50 Maynard St. Apt 135, Attleboro, MA 02703-3061
19016643           +  Drain the Swamp Media LLC, PO Box 13454, 4520 W. Oakellar Ave, Tampa, FL 33611-3114
19016644           +  Duello Creative LLC, 5844 Fairstone Ct. SE, Salem, OR 97306-3529
19016645           +  Dustin Mena, 1093 Secretariat Drive, Mount Juliet, TN 37122-3568
19016646           +  Dynascale Inc, 2640 Main Street, Irvine, CA 92614-6229
19016647           +  E78 Partners, LLC, 1301 W. 22nd St., Suite 410, Oak Brook, IL 60523-2080
19016649           +  Eric Gajnak, 3123 Avalon Way, Shrewsbury, MA 01545-4182
19016650           +  Everything Promo, One Liberty Plaza, 165 Broadway, Suite 2301, New York, NY 10006-1428
19016651           +  Evon Onusic, dba Onusic LLC, 760 Homer Avenue, Palo Alto, CA 94301-2907
19016652           +  Figma Inc., 760 Market Street Floor 10, San Francisco, CA 94102-2300
19016653           +  For Such A Time As This LLC, 4834 Sminole Avenue, Alexandria, VA 22312-1843
19016654           +  Fragomen, DelRey, Bersen & Loewy LLP, 90 Matawan Road, PO Box 2001, Matawan, NJ 07747-2001
19016655           +  Frank J. Kinney. III, 3550 Royal Tern Circle, Boynton Beach, FL 33436-5428
19016658           +  GHN Consulting LLC, 1010 Brickell Avenue Unit 4409, Miami, FL 33131-3793
19016665          #+  GTT Americas LLC, 7900 Tysons One Pl Suite 1450, Mclean, VA 22102-5973
19016656              Gentry Gevers, 116718 235th Ave se, Issaquah, WA 98027
19016657           +  George Farmer, 901 Woodland St., Suite 104, Nashville, TN 37206-3792
19016659           +  Gideon 300 LLC, PO Box 452418, Grove, OK 74345-2418
19016660           +  Goddard Consulting, 125 Sage Way, Napa, CA 94559-3575
19016661           +  Golub, LaCapra, Wilson & DeTiberiis LLP, 2 Roosevelt Avenue, Port Jefferson Station, NY 11776-3337
19016662           +  Grantley Godwin, 6052 Elysian Avenue, Pensacola, FL 32507-4686
19016663           +  Graves Garrett LLC, 1100 Main St, Kansas City, MO 64105-5195
19016664           +  Greenberg Traurig LLP, 200 Park Avenue, New York, NY 10166-1400
19016666           +  Harmon Research Group, LLC, 1050 S Miles Court, Anaheim, CA 92808-1479
19016667              Headwater Media, Arlington, VA 22209
19016668           +  Hero Brands, 100 E Pine Street Ste 110, Orlando, FL 32801-2759
19016669           +  Hive / Formerly Castle Global Inc, 100 1st St, San Francisco, CA 94105-2634
19016670           +  Holland & Hart, 555 17th Street, Suite 3200, Denvor, CO 80202-3921
19016671           +  Igor M. Shalkevich, 5230 Margarets Place, Brentwood, TN 37027-5198
19016673           +  Inculture Inc, dba Freeminds, 2929 E 12th Street, Austin, TX 78702-2401
19016675           +  Insperity, 19001 Crescent Springs Drive, Center IV, Kingwood, TX 77339-3802
19016687           +  JLK Political Strategies, PO Box 14662, Richmont, VA 23221-0662
19016678           +  Jackson Lewis PC, 10701 Parkridge Blvd STE 300, Reston, VA 20191-4359
19016679           +  James Cody Dumay, 4916 Tradewinds Terrace, Ft Lauderdale, FL 33312-5232
19016680           +  James Fafreniere, 2391 Granny Wright Lane, Hermitage, TN 37076-3920
19016681           +  James Karlinski Jr, 3135 S Mojave Road #209, Las Vegas, NV 89121-8313
19016682           +  Jamie McFarling, 14897 Parker Ranch Rd, Bismarck, ND 58503-8588
19016683           +  Jeanetta Stone, 223 Killian Loop, Hutto, TX 78634-5538
19016684           +  Jed Rubenfeld, 1031 Forest Rd, New Haven, CT 06515-2416
19016685           +  Jeffrey Wernick, 354 Westbourne Drive, West Hollywood, CA 90048-1910
```

District/off: 0311-1        User: admin        Page 3 of 7
Date Rcvd: Apr 29, 2024     Form ID: pdf341    Total Noticed: 279

| | | |
|---|---|---|
| 19016688 | + | Jobot LLC, 18575 Jamboree Rd, Suite 600, Irvine, CA 92612-2554 |
| 19016689 | + | John M. Posobiec III, 7711 Mount Blanc Road, Hanover, MD 21076-1633 |
| 19016690 | + | John Matze, C/O PISANELLI BICE PLLC, 400 SOUTH 7TH ST, STE 300, Las Vegas, NV 89101-6941 |
| 19016691 | + | Jon Wierzbowski, 3003 W Ballast Point Blvd, Tampa, FL 33611-4007 |
| 19016692 | #+ | Jonathan Cosby, 505 Hampton Ridge Road, Norcross, GA 30093-1860 |
| 19016693 | + | Joseph P Monks, 4121 NE 8th Pl, Cape Coral, FL 33909-6109 |
| 19016694 | + | Joshua Levine, 88 Urban Club Rd, Wayne, NJ 07470-2022 |
| 19016695 | + | Julianne Shinto dba Imprimatur, 269 S. Beverly Drive #145, Beverly Hills, CA 90212-3851 |
| 19016706 | + | KLDiscovery Ontrack LLC, PO Box 845823, Dallas, TX 75284-5823 |
| 19016696 | | Karina Lysenko, UA 64703 Kharkivs'ks Oblast, Kharkiv Pozdovzhnya St 1, 92, UKRAINE |
| 19016698 | | Karol Pysniak, Rogowskiego 9, apt 78, Lublin, POLAND |
| 19016699 | + | Karolis Jurgelevicius, 5321 Old Stage Road, Angier, NC 27501-7459 |
| 19016700 | + | Katherine N. Brown, 200 North Fairfax Street, Ste 3, Alexandria, VA 22314-2641 |
| 19016701 | + | Kathy Wereb, 134 Wahie Ln. Apt 305, Lahaina, HI 96761-1662 |
| 19016702 | + | Katie McKernan, 2913 Lockridge Rd SW, Roanoke, VA 24014-4208 |
| 19016703 | + | Katten Muchin Rosenman LLP, 525 W Monroe Street, Chicago, IL 60661-3693 |
| 19016704 | + | Kemet Electric LLC, 556 No Eastern - Ste D-167, Las Vegas, NV 89101-3477 |
| 19016705 | + | Kenneth W Mayo, 98 Troon Way, Aiken, SC 29803-5618 |
| 19016707 | + | Kory Harvey, 459 Beechwood Circle, Burns, TN 37029-9059 |
| 19016712 | + | LBMC Staffing Solutions LLC, PO Box 1869, Brentwood, TN 37024-1869 |
| 19016713 | | LBMC Technology Solutions LLC, PO Box 1869, Brentwood, TN 37024-1869 |
| 19016709 | + | Laura Virginia Ferry, 10218 N 3900 W, Cedar Hills, UT 84062-8640 |
| 19016710 | + | Law Office of Alex Kozinski, 33 Marguerite Dr, Rancho Palos Verdes, CA 90275-4476 |
| 19016711 | + | Layer Cake Social Kitchen, 127 3rd Ave S., Nashville, TN 37201-2001 |
| 19019798 | | Level 3 Communications, LLC a Centurylink Company, 931 14th Street, 9th Floor, 220 N 5th St, Denver, CO 80202 |
| 19016715 | + | Los Angeles PartyWorks Inc, 9712 Alpaca Street, South El Monte, CA 91733-3029 |
| 19016716 | | Lovitt & Touche - Mesh & McLennan Agency, PO Box 741259, Los Angeles, CA 90074-1259 |
| 19016717 | | Lukas Madon, Cystersow 20E/50, Krakow 31-553, POLAND |
| 19016718 | + | Lumen, 1025 Eldorado Blvd, Broomfield, CO 80021-8249 |
| 19016719 | | Lumen, Level 3 Communications LLC, PO Box 910182, Denver, CO 80291-0182 |
| 19016720 | | Luminate Media Inc., 68 Olive Avenue, Toronto, ON M6G1V1, CANADA |
| 19016736 | + | MNDTRST Inc, 470 James Street, Ste 11, New Haven, CT 06513-3175 |
| 19016721 | + | Mail Montior Inc, 215 S Broadway, Salem, NH 03079-3374 |
| 19016722 | | Marbell AG, Luzernerstrasse 1, Rotkreuz 6343, SWITZERLAND |
| 19016723 | + | Marc A McInnis, 49910 Rosenlund Rd, Hancock, MI 49930-9301 |
| 19016724 | + | Marcum LLP, 730 Third Avenue, New York, NY 10017-3216 |
| 19016725 | + | Marcus Monroe, 303 E. 94th Street Apt L, New York, NY 10128-5673 |
| 19016726 | + | Mariana Galvao Duarte Dutra, 2714 County Road A14, Decorah, IA 52101-6911 |
| 19016727 | + | Mario Grillo, 4966 Broadway, Apt 35, New York, NY 10034-2341 |
| 19016729 | + | Mark Williams, 19805 Bethpage Ct, Ashburn, VA 20147-5213 |
| 19016730 | | Marsh & McLennan Agency LLC, PO Box 741259, Los Angeles, CA 90074-1259 |
| 19016731 | + | Matt Fradd LLC, Catholic Booking C/O Matt Fradd, 1112 West Laredo, Avenue Gilbert, AZ 85233-5291 |
| 19016732 | | Matthew Miller, 10138 Fire Ridge Ct, Henderson, NV 89014 |
| 19016733 | + | Maureen Smith, 109 Moss Creek Drive, Jacksonville, NC 28540-3231 |
| 19016735 | + | MindTrust Labs, 470 James Street Ste 11, New Haven, CT 06513-3175 |
| 19016737 | + | Morvillo Abramowitz Grand Iason & Anello, 565 Fifth Avenue, New York, NY 10017-2479 |
| 19016748 | + | NV Energy Acct # 556, P.O. Box 30073, Reno, NV 89520-3073 |
| 19016749 | + | NV Energy Acct # 932, P.O. Box 30073, Reno, NV 89520-3073 |
| 19016738 | | Ncube Limited, 86-90 Paul Street, London, EC2A4NE, UNITED KINGDOM |
| 19016739 | + | NearShore Technology Company LLC, 1353 Riverstone Parkway, Suite 120-335, Canton, GA 30114-5634 |
| 19016741 | + | Nevada Employment Security Division, 2800 E St Louis Ave, Las Vegas, NV 89104-4267 |
| 19016742 | + | Nkaujnaas Kue, 11632 Galapago Court, Northglenn, CO 80234-2966 |
| 19016743 | + | Noah Balch Law P.C., 3101 Ocean Park Blvd Ste 100 PMB 166, Santa Monica, CA 90405-3029 |
| 19016744 | + | Noah Mosher, 101 W 5th Ave, Coal Valley, IL 61240-9174 |
| 19016745 | | Noor Al-Enaney, 19 Western Battery Rd, Unit 2906, Toronto, ON M6K 0E3, CANADA |
| 19016746 | + | Nuera Consulting LLC, 14134 Oakham Street, Tampa, FL 33626-5004 |
| 19016751 | + | ODP Business Solutions LLC, 6600 North Military Trail, Boca Raton, FL 33496-2434 |
| 19016750 | | Oaks Technology LLC, 2701 Landing Way, Raleigh, NC 27615 |
| 19016752 | + | Offprem Technology LLC, 12175 Visionary Way, Suite 1020, Fishers, IN 46038-3069 |
| 19016753 | | Oleksii Zaiakin, Mayakouskogo St 29, Kostiantynivka Village 72364, UKRAINE |
| 19016754 | + | Olympic Industries LLC, 103 Ave De Diego Apt 702, San Juan, PR 00911-3504 |
| 19016755 | + | Olympic Media LLC., 1881 N Nash Street # 2301, Arlington, VA 22209-1573 |
| 19016756 | | On Message LLC, 1025 1st Street, SE, Washington, DC 20003-5318 |

| District/off: 0311-1 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Apr 29, 2024 | Form ID: pdf341 | Total Noticed: 279 |

```
19016757         +  One Trust LLC, 1200 Abernathy Rd NE, Building 600 Suite 300, Atlanta, GA 30328-5691
19016758         +  Outfront Media LLC, 185 Highway 46, Fairfield, NJ 07004-2321
19016768         +  PM Tech LLC, 5331 Northland Drive, Sandy Springs, GA 30342-2009
19016759         +  Pager Duty, 600 Townsend St Suite 200, San Franscisco, CA 94103-4959
19016760         +  Pamela Calapai, 504 Creekstone Ct, Dickson, TN 37055-9506
19016761         +  Pamela Hazelton, PO Box 153134, Cape Coral, FL 33915-3134
19016762         +  Parler 2022, Inc., 613 Ewing Avenue, Suite 100D, Nashville, TN 37203-4655
19016763        #+  Patricia Mendez, 207 Church St., PO Box 125, St. Nazianz, WI 54232-0125
19016764         +  Patrick J. Haynes III, 230 W. Munroe, Suite 1920, Chicago, IL 60606-4911
19016765         +  Patrick Williams, 3710 Exchange Glenwood Place, Raleigh, NC 27612-5542
19016766            Patryk Cieszkowski, 30a High Street, Stevenage SG1 3EJ, UNITED KINGDOM
19016767         +  Planview Delaware LLC, 12301 Research Blvd, Building 5m Suite 101, Austin, TX 78759-2483
19016769         +  Political Media Inc, 1750 Tysons Blvd, Suite 1500, McLean, VA 22102-4200
19016770         +  Premier PGR USA Inc, 7310 Manchaca Road, PO Box # 152950, Austin, TX 78715-2950
19016771         +  Premier Productions LLC, 707 Westchester Dr, Ste 202, High Point, NC 27262-2418
19016772         +  Prey Inc, 548 Market St #30152, San Francisco, CA 94104-5401
19016773            QA Mentor Inc., 17112 Wandering Wave Ave, Attn: Ruslan Desyatnikov, Boca Raton, FL 33496-5624
19016777         +  RB Staffing LLC, 2460 Highland Springs Rd, Blaine, TN 37709-5233
19016774            Rachel Colburn, 723 Pres Ronald Reagan Wy, Apt 403, Nashville, TN 37210
19016775         +  Ramp Business Corporation, 28 West 23rd Street, Floor 2, New York, NY 10010-5260
19016776         +  Raymond Wong, 5145 Golf Rd., Merced, CA 95340-8790
19016778         +  Rebekah Mercer, 901 Woodland St., Suite 104, Nashville, TN 37206-3792
19016779         +  Red Spark Stategy, 1922 S Pollard Street, Arlington, VA 22204-5110
19016780         +  RedIron PR, dba RedIron PR, 43561 Michigan Square, Leesburg, VA 20176-6597
19016781            Registered Agent Solutions Inc / RASi, Registered Agent Solutions, Inc., PO Box 7410517, Dept. 5021, Chicago, IL 60674-0517
19016782            Remote Dev Force, dba Remote Dev Force, 4952 S Rainbow Blvd Ste 339, Las Vegas, NV 89118
19016783        #+  Reza Pourmohammadi PC, 299 Broadway, Suite 607, New York, NY 10007-1995
19016784         +  Rick Spargur, 3131 Trinity Drive, Costa Mesa, CA 92626-3025
19016785         +  Robert R Sterba, 603 Hilltop Court, Kennedale, TX 76060-2630
19016786         +  Robins Kaplan LLP, 800 LaSalle Avenue Ste 2800, Minneapolis, MN 55402-2015
19016787         +  Rock Creek Advisors LLC, 888 17th Street NW Suite 810, Washington, DC 20006-3303
19016789         +  Ronald Gilmore (Doug Gilmore), 4529 Holstein Hill Dr, Peachtree Corners, GA 30092-1381
19016790         +  Ronald Pousson, 104 Locust Dr, Lincoln University, PA 19352-8929
19016791         +  Russell Perkins, 675 Princeton Way, Rockwall, TX 75087-6012
19016792         +  Ryan J Matze, 10583 Joplin Street, Commerce City, CO 80022-0621
19019938         +  STATE OF NEVADA DEPARTMENT OF TAXATION, 700 E WARM SPRINGS RD STE 200, LAS VEGAS, NV 89119-4311
19016793         +  Sagemont Real Estate, 2222 12th Ave S, Suite 300, Nashville, TN 37204-2419
19016794         +  Salesforce.com Inc, PO Box 203141, Dallas, TX 75320-3141
19016796         +  Samuel Lipoff (Sam), 2877 Paradise Road, Apt 205, Las Vegas, NV 89109-5238
19016797         +  Sandra Mayes, 6006 Splitrock Trail, Apex, NC 27539-9760
19016798         +  Schaerr Jaffe LLP, 1717 K Street NW, Suite 900, Washington, DC 20006-5349
19016800         +  Seaboden Software, 209 S Stephanie St, B135, Henderson, NV 89012-5501
19016801         +  Sean O'Dea, 7835 Via Mazarron St., Las Vegas, NV 89123-1826
19016803         +  Seth Dillon, 901 Woodland St., Suite 104, Nashville, TN 37206-3792
19016804         +  Shamis & Gentile, P.A., 14 NE 1st Ave Suite 705, Miami, FL 33132-2411
19016805         +  Sharika Sawer, 73917 Buena Vista Dr, Twentynine Plams, CA 92277-2701
19016806         +  Shawnee Digital LLC, 15 Knoll Ridge Ct, Brewster, NY 10509-2684
19016807         +  Sheldon Gabriel, 814 E 160th Place, South Holland, IL 60473-1665
19016809         +  Shoobx Inc., 292 Newbury Street #322, Boston, MA 02115-2863
19016810         +  Sierra Health & LIfe Inc Co, 2720 N Tenaya Wy, Las Vegas, NV 89128-0424
19016811         +  Signs First, 2461 Bransford Ave., Nashville, TN 37204-2809
19016814         +  Snell & Wilmer, 1 East Washington St Suite 2700, Phoenix, AZ 85004-0908
19016815         +  Snowdozer LLC, 10138 Fire Ridge Ct, Las Vegas, NV 89148-5739
19016816         +  Sonitrol of Southern Nevada, 3520 E Charleston Blvd, PO Box 43052, Las Vegas, NV 89116-1052
19016817         +  Sorokac Law Office PLLC, 8965 South Eastern Avenue, Suite 382, Las Vegas, NV 89123-4849
19016820         +  Stephanie Nash, 3983 hwy 41a N, Chapel Hill, TN 37034-7100
19016821         +  Stephen Gerber, 3945 Sendero Dr., Austin, TX 78735-6390
19016822         +  Stimulus Technologies, dba Stimulus Technologies, PO Box 50563, Henderson, NV 89016-0563
19016823         +  Stites & Harbison PLLC, 401 Commerce Street Suite 800, Nashville, TN 37219-2490
19016824         +  Strategic Rush LLC, 4428 Taney Avue #402, Alexandria, VA 22304-6938
19016825         +  Switch LTD, PO Box 400850, Las Vegas, NV 89140-0850
19016826         +  Tenant Building Group LLC / TBG, 2414 Cruzen St., Nashville, TN 37211-2109
19016827         +  Tennessee Department of Labor and Workfo, 220 French Landing Dr, Nashville, TN 37243-1002
```

| District/off: 0311-1 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Apr 29, 2024 | Form ID: pdf341 | Total Noticed: 279 |

| | | |
|---|---|---|
| 19016828 | | Tennessee Secretary of State, 312 Rosa L. Parks Avenue, 7th Floor, Nashville, TN 37243-1102 |
| 19016829 | + | Tennessee State Revenue, Tennessee Department of Revenue, Andrew Jackson Building, 500 Deaderick Street, Nashville, TN 37242-0001 |
| 19016830 | + | Teya Tietje, 542 Truffles Street, Henderson, NV 89015-7548 |
| 19016831 | + | The Babylon Bee LLC, 311 W Indiantown Road Suite 200, Jupiter, FL 33458-3536 |
| 19016832 | + | The Black Vault, 27305 W Live Oak Blvd. Suite 1203, Castaic, CA 91384-4520 |
| 19016833 | + | The Capital Club, The Capital Club, 300 First Street DE, Washington, DC 20003-1891 |
| 19016834 | + | The Ewing School, 3916 N Potsdam Ave #2614, Sioux Falls, SD 57104-7048 |
| 19016835 | + | The Last American Vagabond, 1113 Murfreesboro Rd ste106-146, Franklin, TN 37064-1306 |
| 19016836 | + | The Lincoln National Life Insurance Co, PO Box 0821, Carol Stream, IL 60132-0821 |
| 19016837 | | The Pink Conservative, 315 West Poplar Street, Stockton, CA 95203-2516 |
| 19016838 | + | Theo Milo Photography, 28 K St SE #324, Washington, DC 20003-3266 |
| 19016839 | + | Thurston Fund III, LP, 230 W. Munroe, Suite 1920, att. Patrick J. Haynes III, Manager, Chicago, IL 60606-4911 |
| 19016840 | | Tiago Henriques, 299 Ashby Road, Sydney, Nova Scotia B1P 2T5, CANADA |
| 19016842 | + | Tower59 LLC, 8342 Bridlewood Ct, Clarkston, MI 48348-4373 |
| 19016843 | + | Tribe Global, 1809 Desoto Drive, McKinney, TX 75072-5529 |
| 19016844 | + | Trump International Hotel, Trump International Hotel Washington DC, 1100 Pennsylvania Avenue NW, Washington, DC 20004-2501 |
| 19016847 | | UPS, PO Box 650116, Dallas, TX 75265-0116 |
| 19016846 | + | Upchurch Watson White & Max Mediation -, 1400 Hand Avenue, Suite D, Ormond Beach, FL 32174-8195 |
| 19016848 | + | Venable LLP, 750 E. Pratt Street, Suite 900, Attn: Cash Operations, Baltimore, MD 21202-3157 |
| 19016850 | + | Vinh Vuong, 4200 Paradise Road, Apt 2110, Las Vegas, NV 89169-6559 |
| 19016852 | #+ | Vladslav Vcherashnii, 7724 N Houston Peak St, Las Vegas, NV 89166-5104 |
| 19016853 | + | Vladyslav Kulchytskyy, 20A NW Blvd #118, Hashua, NH 03063-4066 |
| 19016854 | | Westwood One, dba Westwood One, 3544 Momentum Place, Chicago, IL 60689-5335 |
| 19016855 | + | Whitley Penn, 8343 Douglas Ave, suite 400, Dallas, TX 75225-5851 |
| 19016856 | + | WillDom USA LLC, 6303 Blue Lagoon Dr, Miami, FL 33126-6002 |
| 19016857 | + | William Doyle, 501 Swight St #2, Coudersport, PA 16915-1636 |
| 19016859 | + | WordPress Plugin, dba WordPress Plugin, 5321 Old Stage Road, Angier, NC 27501-7459 |
| 19016861 | + | X Strategies, LLC, Derek Edward Utley, 250 E Wisconsin Avenue, 18 FL, Milwaukee, WI 53202-4232 |
| 19016863 | | Yair Netanyahu, 35 Aza, Jerusalem 92383, ISRAEL |
| 19016864 | | Yan Zubrytskyi, Yuvileina St 4, 70411, Volodymyivs'ke, Zaporizka obl, UKRAINE |
| 19016866 | + | ZJ Events LLC, 591 Steward Ave Ste 520, Garden City, NY 11530-4779 |
| 19016867 | + | ZoomInfo Technologies LLC, 805 Broadway St Ste 900, Vancouver, WA 98660-3506 |
| 19016672 | | img.ly Gmbh, Kortumstr. 68, 44787 Bochum, GERMANY |

TOTAL: 264

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 19016598 | Email/Text: g17768@att.com | Apr 29 2024 19:56:00 | AT&T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 19016634 | Email/Text: cls-bankruptcy@wolterskluwer.com | Apr 29 2024 19:56:00 | CT Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 19016627 | + Email/Text: AOBusOfc@clarkcountynv.gov | Apr 29 2024 19:56:00 | Clark County Assessor, 500 S. Grand Central Pkwy., Las Vegas, NV 89155-4502 |
| 19016630 | + Email/Text: convergent@ebn.phinsolutions.com | Apr 29 2024 19:56:00 | Convergent Outsourcing Inc, PO Box 9004, Renton, WA 98057-9004 |
| 19016635 | + Email/Text: taly.matiteyahu@datadoghq.com | Apr 29 2024 19:56:00 | Datadog Inc, 620 8th Ave 45 Th Floor, New York, NY 10018-1741 |
| 19016677 | Email/Text: ipfscollectionsreferrals@ipfs.com | Apr 29 2024 19:56:00 | IPFS Corporation, PO Box 100391, Pasadena, CA 91189-0391 |
| 19016676 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2024 19:56:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19016620 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2024 20:08:08 | Chase Card Services, 201 N. Walnut Street, De1-0153, Wilmington, DE 19801 |
| 19016747 | + Email/Text: _DLBankruptcyDept@nvenergy.com | Apr 29 2024 19:56:00 | NV Energy, P.O. Box 30073, Reno, NV 89520-3073 |

Case 24-10755-CTG   Doc 15   Filed 05/01/24   Page 7 of 8

| District/off: 0311-1 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Apr 29, 2024 | Form ID: pdf341 | Total Noticed: 279 |

| Recip ID | | | | |
|---|---|---|---|---|
| 19016740 | + Email/Text: tax-bankruptcy@tax.state.nv.us | | Apr 29 2024 19:56:00 | Nevada Dept of Taxation, 1550 College Parkway, Suite #115, Carson City, NV 89706-7939 |
| 19016818 | + Email/Text: bankruptcy@dsservices.com | | Apr 29 2024 19:56:00 | Sparkletts & Sierra Springs, PO Box 660579, Dallas, TX 75266-0579 |
| 19016819 | + Email/Text: REV_Bankruptcy_General@state.de.us | | Apr 29 2024 19:56:00 | State of Delaware, Division of Revenue, 820 N. French Street, Wilmington, DE 19801-3530 |
| 19016849 | + Email/Text: mhenderson@verrilldana.com | | Apr 29 2024 19:56:00 | Verrill Dana, LLP, One Portland Square, 10th Floor, Portland, ME 04101-4054 |
| 19019386 | Email/Text: WPBilling@whitleypenn.com | | Apr 29 2024 19:56:00 | Whitley Penn LLP, 640 Taylor St, Ste 2200, Fort Worth, TX 76102, , |
| 19016858 | Email/Text: jdoyle@wsgr.com | | Apr 29 2024 19:56:00 | Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304-1050 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19016573 | | Albert Mukhutdinov, Kazan 20-115, 420124, RUSSIAN FEDERATION |
| 19016569 | ##+ | 500 Designs LLC, 25219 Spectrum, Irvine, CA 92618-3445 |
| 19016574 | ##+ | Alchemy Data Center LLC, 5955 De Soto Avenue, Suite 220, Woodland HIlls, CA 91367-5138 |
| 19016595 | ##+ | Anna Paulina Luna, 10601 Gandy Blvd N Apt 3204, St Petersburg, FL 33702-1493 |
| 19016648 | ##+ | Electrolift Creative LLC, 75 West Street, PH B, New York, NY 10006-1756 |
| 19016674 | ##+ | Ink Ventures LLC, 2222 12th Ave S, Suite 300, Nashville, TN 37204-2419 |
| 19016686 | ##+ | Jesse R. Benton, 4003 Woodstone Way, Louisville, KY 40241-5837 |
| 19016697 | ##+ | Karli Karandos, 501 NE 31st Apt 3207, Miami, FL 33137-4494 |
| 19016708 | ##+ | Las Vegas Expo Inc, 4075 East Post Road, Las Vegas, NV 89120-3992 |
| 19016714 | ##+ | Leichtman Law PLLC, 228 East 45th Street, Suite 605, New York, NY 10017-3336 |
| 19016728 | ##+ | Mark C Baker, 901 SE Algonquian Ct, Prineville, OR 97754-2701 |
| 19016734 | ##+ | Maureen Steele, PO Box 1097, Condon, MT 59826-1097 |
| 19016788 | ##+ | Rogan O'Handley, 3306 W. Wyoming Circle, Tampa, FL 33611-4339 |
| 19016795 | ##+ | SalesLoft, 1180 W Peachtree St NW Suite 600, Atlanta, GA 30309-3483 |
| 19016799 | ##+ | ScyllaDB Inc, 2445 Faber Place, Suite 200, Palo Alto, CA 94303-3347 |
| 19016802 | ##+ | SecureDocs Inc, 6500 Hollister Avenue Suite 110, Goleta, CA 93117-5561 |
| 19016808 | ##+ | Shirley and McVicker, dba Shirley and McVicker, 1225 King Street Suite 300, Alexandria, VA 22314-2975 |
| 19016812 | ##+ | Sikyung Chung, 9634 Emeraude Ave, LasVegas, NY 89147-8402 |
| 19016813 | ##+ | Skysilk, 21601 Devonshire Street Unite 116, Chatsworth, CA 91311-8404 |
| 19016841 | ##+ | Timothy Edward Young, 210 M Street SW, Washington, DC 20024-3602 |
| 19016845 | ##+ | Twilio Inc, 375 Beale Street, Suite 300, San Franscisco, CA 94105-2177 |
| 19016851 | ##+ | Vinson & Elkins LLP, 1001 Fannin Suite 2300, Houston, TX 77002-6736 |
| 19016860 | ##+ | Workable Inc, 99 High Street 26th Floor, Boston, MA 02110-2377 |
| 19016862 | ##+ | Xaviaer DuRousseau, 4750 Tassajara Road APT5220, Dublin, CA 94568-4523 |
| 19016865 | ##+ | Zachary RT Boyd, PO Box 1516, Hoboken, NJ 07030-1516 |

TOTAL: 1 Undeliverable, 0 Duplicate, 24 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 7 of 7 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf341 | Total Noticed: 279 |

Date: May 01, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David M. Klauder | on behalf of Debtor Parlement Technologies Inc. dklauder@bk-legal.com, DE17@ecfcbis.com |
| Timothy Jay Fox, Jr. | on behalf of U.S. Trustee U.S. Trustee timothy.fox@usdoj.gov |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3