# Exhibit A

| | | |
|---|---|---|
| PARLEMENT TECHNOLOGIES, INC.<br>C/O VERDOLINO & LOWEY, P.C.<br>124 WASHINGTON STREET, SUITE 101<br>FOXBORO, MA 02035 | ALDO VELASCO COVARRUBIAS<br>PROLONGACION CAVIOTAS #231<br>FRACO LOMA BONITA<br>DURANGO DGO CP 34197<br>MEXICO | AMERICAN NEVADA REALTY LLC<br>DBA AMERICAN NEVADA REALTY LL<br>2360 CORPORATE CIRCLE #330<br>HENDERSON, NV 89074 |
| ATTORNEY NAME<br>BIELLI & KLAUDER<br>1204 N. KING STREET<br>WILMINGTON, DE 19801 | ALEXANDER BLAIR<br>10138 FIRE RIDGE COURT<br>LAS VEGAS, NV 89148 | AMERICAN REGISTRY FOR INTEN<br>PO BOX 759477<br>BALTIMORE, MD 21275 |
| 14 WEST LLC<br>1701 PEARL STREET #4<br>WAUKESHA, WI 53186 | ALEXANDER RUBIN<br>512 RED BUD ROAD<br>CHAPEL HILL, NC 27514 | AMOS GWA<br>1340 TROY STREET<br>AURORA, CO 80011 |
| 500 DESIGNS LLC<br>25219 SPECTRUM<br>IRVINE, CA 92618 | ALIX PARTNERS LLP<br>909 3RD AVE<br>NEW YORK, NY 10022 | AMY PEIKOFF<br>10900 RESEARCH BLVD. 160C, #1<br>AUSTIN, TX 78759 |
| 901 WOODLAND ST TENANT LLC<br>901 WOODLAND ST<br>NASHVILLE, TN 37206 | ALMA RISK MANAGEMENT<br>2 EATON GATE<br>LONDON<br>UNITED KINGDOM | ANC VILLAGE VIEW LLC<br>DBA ANC VILLAGE VIEW LLC<br>460 BUSH STREET<br>SAN FRANCISCO, CA 94108 |
| AARONS WARD, APC<br>23801 CALABASAS ROAD<br>ATTENTION MARTIN I. AARONS, ESQ.<br>AGOURA HILLS, CA 91301-2000 | ALPHASTAFF INC<br>1300 SAWGRASS CORPORATE PARKWAY<br>SUITE 220<br>SUNRISE, FL 33323 | ANDERSON KILL LLP<br>1717 PENNSYLVANIA AVE NW SU 20<br>WASHINGTON, DC 20006 |
| ADAM TAYLOR<br>100 WALNUT HILL CT.<br>APEX, NC 27502 | ALTRUM HONORS<br>15 MAIDEN LANE, SUITE 200<br>NEW YORK, NY 10038 | ANDRAS ANDRII MUNKACSI<br>MARSZALKOWSKA 111<br>WARSZAWA<br>POLAND |
| AI CORPORATE INTERIORS INC.<br>3017B 2ND AVENUE SOUTH<br>BIRMINGHAM, AL 35233 | AMERICAN CONSERVATION UNION FOUNDATION<br>1199 N FAIRFAX ST, SUITE 500<br>ALEXANDRIA, VA 22314 | ANDREW FLESHMAN<br>9551 CALUMENT COURT<br>BRENTWOOD, TN 37027 |
| ALBERT MUKHUTDINOV<br>KAZAN 20-115<br>420124<br>RUSSIAN FEDERATION | AMERICAN DEFENSE INTERNATIONAL IN<br>1100 NEW YORK AVENUE, NW<br>WEST TOWER, SUITE 630<br>WASHINGTON, DC 20005 | ANDREW SOULSBY<br>HONEYPOTS SOLUTIONS<br>6 MONACO STREET<br>PARKDALE VIC 3195<br>AUSTRALIA |
| ALCHEMY DATA CENTER LLC<br>5955 DE SOTO AVENUE, SUITE 220<br>WOODLAND HILLS, CA 91367 | AMERICAN MEDIA GROUP<br>1419 E 4TH AVENUE<br>TAMPA, FL 33605 | ANDY NGO<br>6235 SE GRANT STREET<br>PORTLAND, OR 97215 |

| | | |
|---|---|---|
| ANNA PAULINA LUNA<br>10601 GANDY BLVD N APT 3204<br>ST PETERSBURG, FL 33702 | BLAZE MEDIA LLC FKA CRTV LLC<br>8275 S EASTERN AVENUE, STE 200-245<br>LAS VEGAS, NV 89123 | CARLSBERG DATA CENTER<br>1880 CENTURY PARK EAST<br>STE 1410<br>LOS ANGELES, CA 90067 |
| ANTONIO FERNANDES<br>75 TREMONT STREET<br>BRAINTREE, MA 02184 | BLOOD SWEAT AND TEES<br>900 WIGWAM PKWY SUITE 155<br>HENDERSON, NV 89014 | CENTURYLINK<br>PO BOC 910182<br>DENVER, CO 80291-0182 |
| ARELION / FORMERLY TELIA CARRIER<br>2325 DULLES CORNER BLVD # 550<br>HERNDON, VA 20171 | BONGINO INC.<br>2239 SW MANELE PLACE<br>PALM CITY, FL 34990 | CEREBRAL PARTNERS LLC<br>688 CARDIUM STREET<br>SANIBEL, FL 33957 |
| AT&T<br>PO BOX 5014<br>CAROL STREAM, IL 60197-5014 | BRIGITTE SZIVOS<br>209 HENDERSON ROAD<br>PITTSBURGH, PA 15237 | CESAR PEREZ-ZALDIVAR<br>1705 MT HOOD ST<br>LAS VEGAS, NV 89156 |
| ATLASSIAN PTY LTD<br>LEVEL 6, 341 GEORGE STREET<br>SYDNEY<br>NSW 2000<br>AUSTRALIA | BROWN RUDNICK LLP<br>PO BOX 23079<br>NEW YORK, NY 10087-3079 | CHALMERS & ADAM LLC<br>5805 STATE BRIDGE RD G77<br>JOHNS CREEK, GA 30097 |
| AWS<br>410 TERRY AVE NORTH<br>SEATTLE, WA 98109 | BRUCE FEIN<br>300 NEW JERSEY AVENUE NW STE 900<br>WASHINGTON, DC 20001 | CHASE CARD SERVICES<br>201 N. WALNUT STREET<br>DE1-0153<br>WILMINGTON, DE 19801 |
| BAILEY BLUNT<br>7600 CABOT DR APT# 1115<br>NASHVILLE, TN 37209 | BRUCE SALTZMAN<br>1135 DEERFIELD PT<br>ALPHARETTA, GA 30004 | CHASE HAYNES<br>230 W. MUNROE, SUITE 1920<br>CHICAGO, IL 60607 |
| BARBA CFO<br>200 CENTERVILLE ROAD, UNIT 7<br>WARWICK, RI 02886 | CALFO EAKES<br>1301 2ND AVE #2800<br>SEATTLE, WA 98101 | CHERRY BEKAERT LLP<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 25549<br>RICHMOND, VA 23260-5500 |
| BENJAMAIN JOHNSON<br>DBA BENNY LLC<br>1505 S GEORGIA AVE<br>TAMPA, GA 33629 | CAPITAL HQ LLC<br>320 EAST 58TH STREET, APT 2B<br>NEW YORK, NY 10022 | CHRISTINA MILLER<br>17170 HARBOUR POINT DRIVE #6<br>FORT MEYERS, FL 33908 |
| BEST GUEST MEDIA<br>PO BOX 3034<br>WAYNE, NJ 07474-3034 | CARLIE SHEA MCMAHON<br>1028 CHERRYBROOK DR<br>HARRISONBURG, VA 22802 | CIB STUDIOS - CAM BRIONES<br>11487 FISHER AVE.<br>WARREN, MI 48089 |

| | | |
|---|---|---|
| CIRTUAL LLC<br>2843 BITTING ROAD<br>WINSTON-SALEN, NC 27104 | DATADOG INC<br>620 8TH AVE 45 TH FLOOR<br>NEW YORK, NY 10018 | DUSTIN MENA<br>1093 SECRETARIAT DRIVE<br>MOUNT JULIET, TN 37122 |
| CISION US INC<br>12051 INDIAN CREEK COURT<br>BELTSVILLE, MD 20705 | DATAVAIL CORPORATION<br>11800 RIDGE PARKWAY, SUITE 125<br>BROOMFIELD, CO 80021 | DYNASCALE INC<br>2640 MAIN STREET<br>IRVINE, CA 92614 |
| CLARK COUNTY ASSESSOR<br>500 S. GRAND CENTRAL PKWY.<br>LAS VEGAS, NV 89155 | DAVID J. MERRILL, P.C.<br>10161 PARK RUN DRIVE, SUITE 150<br>LAS VEGAS, NV 89145 | E78 PARTNERS, LLC<br>1301 W. 22ND ST.<br>SUITE 410<br>OAK BROOK, IL 60523 |
| CLEAR LINK SYSTEMS INC<br>5211 LINBAR DRIVE SUITE 500<br>NASHVILLE, TN 37211 | DELANOYE STRATEGIES LLC<br>1407 GREEN AVENUE #257<br>ORANGE, TX 77630 | ELECTROLIFT CREATIVE LLC<br>75 WEST STREET, PH B<br>NEW YORK, NY 10006 |
| COHNREZNICK LLP<br>14 SYLVAN WAY 3RD FLOOR<br>PARSIPPANY, NJ 07054 | DELL MARKETING LP<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15222 | ERIC GAJNAK<br>3123 AVALON WAY<br>SHREWSBURY, MA 01545 |
| CONVERGENT OUTSOURCING INC<br>PO BOX 9004<br>RENTON, WA 98057 | DESIGN BUNNIES INC<br>4952 S RAINBOW BLVD # 339<br>LAS VEGAS, NV 89118 | ERVIN COHEN & JESSUP, LLP<br>9401 WILSHIRE BLVD., 12TH FLOO<br>ATTN: MICHAEL D. MURPHY, ESQ<br>BEVERLY HILLS, CA 90212-2974 |
| COX BUSINESS<br>PO BOX 53262<br>PHOENIX, AZ 85072-3262 | DESIGNERS MANAGEMENT AGENCY<br>68 WHITE STREET 3RD FLOOR<br>NEW YORK, NY 10013 | EVERYTHING PROMO<br>ONE LIBERTY PLAZA<br>165 BROADWAY, SUITE 2301<br>NEW YORK, NY 10006 |
| CRGO GLOBAL<br>950 PENINSULA CORPORATE CIRCLE SUITE 3000<br>BOCA RATON, FL 33487 | DOUG FULLER<br>50 MAYNARD ST. APT 135<br>ATTLEBORO, MA 02703 | EVON ONUSIC<br>DBA ONUSIC LLC<br>760 HOMER AVENUE<br>PALO ALTO, CA 94607 |
| CSC<br>P.O. BOX 7410023<br>CHICAGO, IL 60674-5023 | DRAIN THE SWAMP MEDIA LLC<br>PO BOX 13454<br>4520 W. OAKELLAR AVE<br>TAMPA, FL 33611 | FIGMA INC.<br>760 MARKET STREET FLOOR 10<br>SAN FRANCISCO, CA 94102 |
| CT CORPORATION<br>PO BOX 4349<br>CAROL STREAM, IL 60197-4349 | DUELLO CREATIVE LLC<br>5844 FAIRSTONE CT. SE<br>SALEM, OR 97306 | FOR SUCH A TIME AS THIS LLC<br>4834 SMINOLE AVENUE<br>ALEXANDRIA, VA 22312 |

| | | |
|---|---|---|
| FRAGOMEN, DELREY, BERSEN & LOEW<br>90 MATAWAN ROAD<br>PO BOX 2001<br>MATAWAN, NJ 07747 | GREENBERG TRAURIG LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | 9IMG.LY GMBH<br>KORTUMSTR. 68<br>44787 BOCHUM<br>GERMANY |
| FRANK J. KINNEY. III<br>3550 ROYAL TERN CIRCLE<br>BOYNTON BEACH, FL 33436 | GTT AMERICAS LLC<br>7900 TYSONS ONE PL SUITE 1450<br>MCLEAN, VA 22102 | INCULTURE INC<br>DBA FREEMINDS<br>2929 E 12TH STREET<br>AUSTIN, TX 78702 |
| GENTRY GEVERS<br>116718 235TH AVE SE<br>ISSAQUAH, WA 98027 | HARMON RESEARCH GROUP, LLC<br>1050 S MILES COURT<br>ANAHEIM, CA 92808 | INK VENTURES LLC<br>2222 12TH AVE S, SUITE 300<br>NASHVILLE, TN 37215 |
| GEORGE FARMER<br>901 WOODLAND ST., SUITE 104<br>NASHVILLE, TN 37206 | HEADWATER MEDIA<br>ARLINGTON, VA 22209 | INSPERITY<br>19001 CRESCENT SPRINGS DRIV<br>CENTER IV<br>KINGWOOD, TX 77339 |
| GHN CONSULTING LLC<br>1010 BRICKELL AVENUE UNIT 4409<br>MIAMI, FL 33131 | HEDIN HALL LLP<br>1395 BRICKELL AVE., SUITE 1140<br>ATTENTION FRANK S. HEDIN, ESQ.<br>MIAMI, FL 33131 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| GIDEON 300 LLC<br>PO BOX 452418<br>GROVE, OK 74344 | HERO BRANDS<br>100 E PINE STREET STE 110<br>ORLANDO, FL 32801 | IPFS CORPORATION<br>PO BOX 100391<br>PASADENA, CA 91189-0391 |
| GODDARD CONSULTING<br>125 SAGE WAY<br>NAPA, CA 94559 | HIVE / FORMERLY CASTLE GLOBAL INC<br>100 1ST ST<br>SAN FRANCISCO, CA 94105 | JACKSON LEWIS PC<br>10701 PARKRIDGE BLVD STE 300<br>RESTON, VA 20191 |
| GOLUB, LACAPRA, WILSON & DETIBERIIS LLP<br>2 ROOSEVELT AVENUE<br>PORT JEFFERSON STATION, NY 11776 | HOLLAND & HART<br>555 17TH STREET, SUITE 3200<br>DENVOR, CO 80202 | JAMES CODY DUMAY<br>4916 TRADEWINDS TERRACE<br>FT LAUDERDALE, FL 33312 |
| GRANTLEY GODWIN<br>6052 ELYSIAN AVENUE<br>PENSACOLA, FL 32507 | IGOR M. SHALKEVICH<br>5230 MARGARETS PLACE<br>BRENTWOOD, TN 37027 | JAMES FAFRENIERE<br>2391 GRANNY WRIGHT LANE<br>HERMITAGE, TN 37076 |
| GRAVES GARRETT LLC<br>1100 MAIN ST<br>KANSAS CITY, MO 64105 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 S. STATE STREET, 10TH FLOOR<br>CHICAGO, IL 60603-2802 | JAMES KARLINSKI JR<br>3135 S MOJAVE ROAD #209<br>LAS VEGAS, NV 89121 |

| | | |
|---|---|---|
| JAMIE MCFARLING<br>14897 PARKER RANCH RD<br>BISMARCK, ND 58503 | JONATHAN COSBY<br>505 HAMPTON RIDGE ROAD<br>NORCROSS, GA 30093 | KATIE MCKERNAN<br>2913 LOCKRIDGE RD SW<br>ROANOKE, VA 24014 |
| JEANETTA STONE<br>223 KILLIAN LOOP<br>HUTTO, TX 78634 | JOSEPH P MONKS<br>4121 NE 8TH PL<br>CAPE CORAL, FL 33909 | KATTEN MUCHIN ROSENMAN LL<br>525 W MONROE STREET<br>CHICAGO, IL 60661 |
| JED RUBENFELD<br>1031 FOREST RD<br>NEW HAVEN, CT 06515 | JOSHUA LEVINE<br>88 URBAN CLUB RD<br>WAYNE, NJ 07470 | KEMET ELECTRIC LLC<br>556 NO EASTERN - STE D-167<br>LAS VEGAS, NV 89101 |
| JEFFREY WERNICK<br>354 WESTBOURNE DRIVE<br>WEST HOLLYWOOD, CA 90048 | JULIANNE SHINTO DBA IMPRIMATUR<br>269 S. BEVERLY DRIVE #145<br>BEVERLY HILLS, CA 90212 | KENNETH W MAYO<br>98 TROON WAY<br>AIKEN, SC 29803 |
| JESSE R. BENTON<br>4003 WOODSTONE WAY<br>LOUISVILLE, KY 40241 | KARINA LYSENKO<br>UA 64703 KHARKIVS'KS OBLAST<br>KHARKIV POZDOVZHNYA ST 1<br>92<br>UKRAINE | KLDISCOVERY ONTRACK LLC<br>PO BOX 845823<br>DALLAS, TX 75284 |
| JLK POLITICAL STRATEGIES<br>PO BOX 14662<br>RICHMOND, VA 23221 | KARLI KARANDOS<br>501 NE 31ST APT 3207<br>MIAMI, FL 33137 | KORY HARVEY<br>459 BEECHWOOD CIRCLE<br>BURNS, TN 37029 |
| JOBOT LLC<br>18575 JAMBOREE RD, SUITE 600<br>IRVINE, CA 92612 | KAROL PYSNIAK<br>ROGOWSKIEGO 9, APT 78<br>LUBLIN<br>POLAND | LAS VEGAS EXPO INC<br>4075 EAST POST ROAD<br>LAS VEGAS, NV 89120 |
| JOHN M. POSOBIEC III<br>7711 MOUNT BLANC ROAD<br>HANOVER, MD 21076 | KAROLIS JURGELEVICIUS<br>5321 OLD STAGE ROAD<br>ANGIER, NC 27501 | LAURA VIRGINIA FERRY<br>10218 N 3900 W<br>CEDAR HILLS, UT 84062 |
| JOHN MATZE<br>C/O PISANELLI BICE PLLC<br>400 SOUTH 7TH ST<br>STE 300<br>LAS VEGAS, NV 89101 | KATHERINE N. BROWN<br>200 NORTH FAIRFAX STREET, STE 3<br>ALEXANDRIA, VA 22314 | LAW OFFICE OF ALEX KOZINSKI<br>33 MARGUERITE DR<br>RANCHO PALOS VERDES, CA 9027 |
| JON WIERZBOWSKI<br>3003 W BALLAST POINT BLVD<br>TAMPA, FL 33611 | KATHY WEREB<br>134 WAHIE LN. APT 305<br>LAHAINA, HI 96761 | LAYER CAKE SOCIAL KITCHEN<br>127 3RD AVE S.<br>NASHVILLE, TN 37201 |

| | | |
|---|---|---|
| LBMC STAFFING SOLUTIONS LLC<br>PO BOX 1869<br>BRENTWOOD, TN 37024 | MAIL MONITOR INC<br>215 S BROADWAY<br>SALEM, NH 03079 | MATT FRADD LLC<br>CATHOLIC BOOKING C/O MATT F<br>1112 WEST LAREDO<br>AVENUE GILBERT, AZ 85233 |
| LBMC TECHNOLOGY SOLUTIONS LLC<br>PO BOX 1869<br>BRENTWOOD, TN 37024-1869 | MARBELL AG<br>LUZERNERSTRASSE 1<br>ROTKREUZ 6343<br>SWITZERLAND | MATTHEW MILLER<br>10138 FIRE RIDGE CT<br>HENDERSON, NV 89014 |
| LEICHTMAN LAW PLLC<br>228 EAST 45TH STREET, SUITE 605<br>NEW YORK, NY 10017 | MARC A MCINNIS<br>49910 ROSENLUND RD<br>HANCOCK, MI 49930 | MAUREEN SMITH<br>109 MOSS CREEK DRIVE<br>JACKSONVILLE, NC 28540 |
| LORRIE FELDHOUSE<br>C/O HEDIN HALL LLP<br>1395 BRICKELL AVE., SUITE 1140<br>MIAMI, FL 33131 | MARCUM LLP<br>730 THIRD AVENUE<br>NEW YORK, NY 10017 | MAUREEN STEELE<br>PO BOX 1097<br>CONDON, MT 59826 |
| LOS ANGELES PARTYWORKS INC<br>9712 ALPACA STREET<br>SOUTH EL MONTE, CA 91733 | MARCUS MONROE<br>303 E. 94TH STREET APT L<br>NEW YORK, NY 10128 | MINDTRUST LABS<br>470 JAMES STREET STE 11<br>NEW HAVEN, CT 06513 |
| LOVITT & TOUCHE - MESH & MCLENNAN AGENCY<br>PO BOX 741259<br>LOS ANGELES, CA 90074-1259 | MARIA GALVAO DUARTE DUTRA<br>2714 COUNTY ROAD A14<br>DECORAH, IA 52101 | MNDTRST INC<br>470 JAMES STREET, STE 11<br>NEW HAVEN, CT 06513 |
| LUKAS MADON<br>CYSTERSOW 20E/50<br>KRAKOW 31-553<br>POLAND | MARIO GRILLO<br>4966 BROADWAY, APT 35<br>NEW YORK, NY 10034 | MORVILLO ABRAMOWITZ GRAND PA<br>565 FIFTH AVENUE<br>NEW YORK, NY 10017 |
| LUMEN<br>1025 ELDORADO BLVD<br>BROOMFIELD, CO 80021 | MARK C BAKER<br>901 SE ALGONQUIAN CT<br>PRINEVILLE, OR 97754 | NCUBE LIMITED<br>86-90 PAUL STREET<br>LONDON, EC2A4NE<br>UNITED KINGDOM |
| LUMEN<br>LEVEL 3 COMMUNICATIONS LLC<br>PO BOX 910182<br>DENVER, CO 80291-0182 | MARK WILLIAMS<br>19805 BETHPAGE CT<br>ASHBURN, VA 20147 | NEARSHORE TECHNOLOGY COM LL<br>1353 RIVERSTONE PARKWAY, SU 12<br>CANTON, GA 30114 |
| LUMINATE MEDIA INC.<br>68 OLIVE AVENUE<br>TORONTO<br>ON M6G1V1<br>CANADA | MARSH & MCLENNAN AGENCY LLC<br>PO BOX 741259<br>LOS ANGELES, CA 90074-1259 | NEVADA DEPT OF TAXATION<br>1550 COLLEGE PARKWAY, SUITE #1<br>CARSON CITY, NV 89706 |

| | | |
|---|---|---|
| NEVADA EMPLOYMENT SECURITY DIVISION<br>2800 E ST LOUIS AVE<br>LAS VEGAS, NV 89104 | NGN BUSINESS SOLUTIONS LLC<br>6600 NORTH MILITARY TRAIL<br>BOCA RATON, FL 33496 | PAMELA CALAPAI<br>504 CREEKSTONE CT<br>DICKSON, TN 37055 |
| NKAUJNAAS KUE<br>11632 GALAPAGO COURT<br>NORTHGLENN, CO 80234 | OFFICE OF UNEMPLOYMENT INSURANCE<br>P.O. BOX 69<br>HICKORY, KY 42051 | PAMELA HAZELTON<br>PO BOX 153134<br>CAPE CORAL, FL 33915 |
| NOAH BALCH LAW P.C.<br>3101 OCEAN PARK BLVD STE 100 PMB 126<br>SANTA MONICA, CA 90405 | OFFPREM TECHNOLOGY LLC<br>11675 VISIONARY WAY, SUITE 1020<br>FISHERS, IN 46038 | PARLER 2022, INC.<br>613 EWING AVENUE<br>SUITE 100D<br>NASHVILLE, TN 37203 |
| NOAH MOSHER<br>101 W 5TH AVE<br>COAL VALLEY, IL 61240 | OLEKSII ZAIAKIN<br>MAYAKOUSKOGO ST 29<br>KOSTIANTYNIVKA VILLAGE 72364<br>UKRAINE | PATRICIA MENDEZ<br>207 CHURCH ST.<br>PO BOX 125<br>ST. NAZIANZ, WI 54232 |
| NOOR AL-ENANEY<br>19 WESTERN BATTERY RD, UNIT 2906<br>TORONTO<br>ON M6K 0E3<br>CANADA | OLYMPIC INDUSTRIES LLC<br>103 AVE DE DIEGO APT 702<br>SAN JUAN, PR 00901 | PATRICK J. HAYNES III<br>230 W. MUNROE, SUITE 1920<br>CHICAGO, IL 60607 |
| NUERA CONSULTING LLC<br>14134 OAKHAM STREET<br>TAMPA, FL 33626 | OLYMPIC MEDIA LLC.<br>1881 N NASH STREET # 2301<br>ARLINGTON, VA 22209 | PATRICK WILLIAMS<br>3710 EXCHANGE GLENWOOD PLA<br>RALEIGH, NC 27012 |
| NV ENERGY<br>P.O. BOX 30073<br>RENO, NV 89520 | ON MESSAGE LLC<br>1025 1ST STREET, SE<br>WASHINGTON, DC 20003 | PATRYK CIESZKOWSKI<br>30A HIGH STREET<br>STEVENAGE SG1 3EJ<br>UNITED KINGDOM |
| NV ENERGY ACCT # 556<br>P.O. BOX 30073<br>RENO, NV 89520 | ONE TRUST LLC<br>1200 ABERNATHY RD NE<br>BUILDING 600 SUITE 300<br>ATLANTA, GA 30328 | PLANVIEW DELAWARE LLC<br>12301 RESEARCH BLVD<br>BUILDING 5M SUITE 101<br>AUSTIN, TX 78759 |
| NV ENERGY ACCT # 932<br>P.O. BOX 30073<br>RENO, NV 89520 | OUTFRONT MEDIA LLC<br>185 HIGHWAY 46<br>FAIRFIELD, NJ 07004 | PM TECH LLC<br>5331 NORTHLAND DRIVE<br>SANDY SPRINGS, GA 30342 |
| OAKS TECHNOLOGY LLC<br>2701 LANDING WAY<br>RALEIGH, NC 27615 | PAGER DUTY<br>600 TOWNSEND ST SUITE 200<br>SAN FRANSISCO, CA 94103 | POLITICAL MEDIA INC<br>1750 TYSONS BLVD, SUITE 1500<br>MCLEAN, VA 22102 |

| | | |
|---|---|---|
| PREMIER PGR USA INC<br>7310 MANCHACA ROAD<br>PO BOX # 152950<br>AUSTIN, TX 78715 | REDIRON PR<br>DBA REDIRON PR<br>43561 MICHIGAN SQUARE<br>LEESBURG, VA 20176 | RONALD POUSSON<br>104 LOCUST DR<br>LINCOLN UNIVERSITY, PA 19352 |
| PREMIER PRODUCTIONS LLC<br>707 WESTCHESTER DR, STE 202<br>HIGH POINT, NC 27262 | REGISTERED AGENT SOLUTIONS INC /<br>REGISTERED AGENT SOLUTIONS, INC.<br>PO BOX 7410517, DEPT. 5021<br>CHICAGO, IL 60674-0517 | RUSSELL PERKINS<br>675 PRINCETON WAY<br>ROCKWALL, TX 75087 |
| PREY INC<br>548 MARKET ST #30152<br>SAN FRANCISCO, CA 94104 | REMOTE DEV FORCE<br>DBA REMOTE DEV FORCE<br>4952 S RAINBOW BLVD STE 339<br>LAS VEGAS, NV 89118 | RYAN J MATZE<br>10583 JOPLIN STREET<br>COMMERCE CITY, CO 80022 |
| QA MENTOR INC.<br>17112 WANDERING WAVE AVE<br>ATTN: RUSLAN DESYATNIKOV<br>BOCA RATON, FL 33496-5624 | REZA POURMOHAMMADI PC<br>299 BROADWAY, SUITE 607<br>NEW YORK, NY 10007 | SAGEMONT REAL ESTATE<br>2222 12TH AVE S, SUITE 300<br>NASHVILLE, TN 37204 |
| RACHEL COLBURN<br>723 PRES RONALD REAGAN WY<br>APT 403<br>NASHVILLE, TN 37210 | RICK SPARGUR<br>3131 TRINITY DRIVE<br>COSTA MESA, CA 92626 | SALESFORCE.COM INC<br>PO BOX 203141<br>DALLAS, TX 75320 |
| RAMP BUSINESS CORPORATION<br>28 WEST 23RD STREET<br>FLOOR 2<br>NEW YORK, NY 10010 | ROBERT R STERBA<br>603 HILLTOP COURT<br>KENNEDALE, TX 76060 | SALESLOFT<br>1180 W PEACHTREE ST NW SUITE 160<br>ATLANTA, GA 30309 |
| RAYMOND WONG<br>5145 GOLF RD.<br>MERCED, CA 95340 | ROBINS KAPLAN LLP<br>800 LASALLE AVENUE STE 2800<br>MINNEAPOLIS, MN 55402 | SAMUEL LIPOFF (SAM)<br>2877 PARADISE ROAD, APT 205<br>LAS VEGAS, NV 89109 |
| RB STAFFING LLC<br>2460 HIGHLAND SPRINGS RD<br>BLAINE, TN 37709 | ROCK CREEK ADVISORS LLC<br>888 17TH STREET NW SUITE 810<br>WASHINGTON, DC 20006 | SANDRA MAYES<br>6006 SPLITROCK TRAIL<br>APEX, NC 27539 |
| REBEKAH MERCER<br>901 WOODLAND ST., SUITE 104<br>NASHVILLE, TN 37206 | ROGAN O'HANDLEY<br>3306 W. WYOMING CIRCLE<br>TAMPA, FL 33611 | SCHAERR JAFFE LLP<br>1717 K STREET NW, SUITE 900<br>WASHINGTON, DC 20006 |
| RED SPARK STATEGY<br>1922 S POLLARD STREET<br>ARLINGTON, VA 22204 | RONALD GILMORE (DOUG GILMORE)<br>4529 HOLSTEIN HILL DR<br>PEACHTREE CORNERS, GA 30092 | SCYLLADB INC<br>2445 FABER PLACE, SUITE 200<br>PALO ALTO, CA 94303 |

| | | |
|---|---|---|
| SEABODEN SOFTWARE<br>209 S STEPHANIE ST, B135<br>HENDERSON, NV 89012 | SIERRA HEALTH & LIFE INC CO<br>2720 N TENAYA WY<br>LAS VEGAS, NV 89128 | STEPHANIE NASH<br>3983 HWY 41A N<br>CHAPEL HILL, TN 37034 |
| SEAN O'DEA<br>7835 VIA MAZARRON ST.<br>LAS VEGAS, NV 89123 | SIGNS FIRST<br>2461 BRANSFORD AVE.<br>NASHVILLE, TN 37204 | STEPHEN GERBER<br>3945 SENDERO DR.<br>AUSTIN, TX 78735 |
| SECUREDOCS INC<br>6500 HOLLISTER AVENUE SUITE 110<br>GOLETA, CA 93117 | SIKYUNG CHUNG<br>9634 EMERAUDE AVE<br>LASVEGAS, NY 89147 | STIMULUS TECHNOLOGIES<br>DBA STIMULUS TECHNOLOGIES<br>PO BOX 50563<br>HENDERSON, NV 89016 |
| SETH DILLON<br>901 WOODLAND ST., SUITE 104<br>NASHVILLE, TN 37206 | SKYSILK<br>21601 DEVONSHIRE STREET UNITE 116<br>CHATSWORTH, CA 91311 | STITES & HARBISON PLLC<br>401 COMMERCE STREET SUITE 8<br>NASHVILLE, TN 37219 |
| SHAMIS & GENTILE, P.A.<br>14 NE 1ST AVE SUITE 705<br>MIAMI, FL 33132 | SNELL & WILMER<br>1 EAST WASHINGTON ST SUITE 2700<br>PHOENIX, AZ 85004 | STRATEGIC RUSH LLC<br>4428 TANEY AVUE #402<br>ALEXANDRIA, VA 22304 |
| SHARIKA SAWER<br>73917 BUENA VISTA DR<br>TWENTYNINE PLAMS, CA 92277 | SNOWDOZER LLC<br>10138 FIRE RIDGE CT<br>LAS VEGAS, NV 89148 | SWITCH LTD<br>PO BOX 400850<br>LAS VEGAS, NV 89140 |
| SHAWNEE DIGITAL LLC<br>15 KNOLL RIDGE CT<br>BREWSTER, NY 10509 | SONITROL OF SOUTHERN NEVADA<br>3520 E CHARLESTON BLVD<br>PO BOX 43052<br>LAS VEGAS, NV 89104 | TENANT BUILDING GROUP LLC TB<br>2414 CRUZEN ST.<br>NASHVILLE, TN 37211 |
| SHELDON GABRIEL<br>814 E 160TH PLACE<br>SOUTH HOLLAND, IL 60473 | SOROKAC LAW OFFICE PLLC<br>8965 SOUTH EASTERN AVENUE, SUITE 382<br>LAS VEGAS, NV 89123 | TENNESSEE DEPARTMENT OF LW<br>220 FRENCH LANDING DR<br>NASHVILLE, TN 37243 |
| SHIRLEY AND MCVICKER<br>DBA SHIRLEY AND MCVICKER<br>1225 KING STREET SUITE 300<br>ALEXANDRIA, VA 22314 | SPARKLETTS & SIERRA SPRINGS<br>PO BOX 660579<br>DALLAS, TX 75266 | TENNESSEE SECRETARY OF ST<br>312 ROSA L. PARKS AVENUE<br>7TH FLOOR<br>NASHVILLE, TN 37243-1102 |
| SHOOBX INC.<br>292 NEWBURY STREET #322<br>BOSTON, MA 02115 | STATE OF DELAWARE<br>DIVISION OF REVENUE<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 | TENNESSEE STATE REVENUE<br>TENNESSEE DEPARTMENT OF RE<br>ANDREW JACKSON BUILDING<br>500 DEADERICK STREET<br>NASHVILLE, TN 37242 |

| | | |
|---|---|---|
| TEYA TIETJE<br>542 TRUFFLES STREET<br>HENDERSON, NV 89015 | THURSTON FUND III, LP<br>230 W. MUNROE, SUITE 1920<br>ATT. PATRICK J. HAYNES III, MANAGER<br>CHICAGO, IL 60607 | VENABLE LLP<br>750 E. PRATT STREET, SUITE 90<br>ATTN: CASH OPERATIONS<br>BALTIMORE, MD 21202 |
| THE BABYLON BEE LLC<br>311 W INDIANTOWN ROAD SUITE 200<br>JUPITER, FL 33458 | TIAGO HENRIQUES<br>299 ASHBY ROAD<br>SYDNEY<br>NOVA SCOTIA B1P 2T5<br>CANADA | VERRILL DANA, LLP<br>ONE PORTLAND SQUARE, 10TH F<br>PORTLAND, ME 04101-5054 |
| THE BLACK VAULT<br>27305 W LIVE OAK BLVD. SUITE 1203<br>CASTAIC, CA 91384 | TIMOTHY EDWARD YOUNG<br>210 M STREET SW<br>WASHINGTON, DC 20024 | VINH VUONG<br>4200 PARADISE ROAD<br>APT 2110<br>LAS VEGAS, NV 89169 |
| THE CAPITAL CLUB<br>THE CAPITAL CLUB<br>300 FIRST STREET DE<br>WASHINGTON, DC 20003 | TOWER59 LLC<br>8342 BRIDLEWOOD CT<br>CLARKSTON, MI 48348 | VINSON & ELKINS LLP<br>1001 FANNIN SUITE 2300<br>HOUSTON, TX 77002-6760 |
| THE EWING SCHOOL<br>3916 N POTSDAM AVE #2614<br>SIOUX FALLS, SD 57104 | TRANG CAO<br>C/O AARONS WARD, APC<br>23801 CALABASAA ROAD<br>CALABASAS, CA 91302 | VLADSLAV VCHERASHNII<br>7724 N HOUSTON PEAK ST<br>LAS VEGAS, NV 89166 |
| THE LAST AMERICAN VAGABOND<br>1113 MURFREESBORO RD STE106-146<br>FRANKLIN, TN 37064 | TRIBE GLOBAL<br>1809 DESOTO DRIVE<br>MCKINNEY, TX 75072 | VLADYSLAV KULCHYTSKYY<br>20A NW BLVD #118<br>HASHUA, NH 03063 |
| THE LINCOLN NATIONAL LIFE INSURANCE CO<br>PO BOX 0821<br>CAROL STREAM, IL 60132 | TRUMP INTERNATIONAL HOTEL<br>TRUMP INTERNATIONAL HOTEL WASHINGTON DC<br>1100 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004 | WESTWOOD ONE<br>DBA WESTWOOD ONE<br>3544 MOMENTUM PLACE<br>CHICAGO, IL 60689-5335 |
| THE OFFICER TATUM LLC<br>17255 N 82ND ST<br>SUITE 100<br>SCOTTSDALE, AZ 85255 | TWILIO INC<br>375 BEALE STREET, SUITE 300<br>SAN FRANSCISCO, CA 94105 | WHITLEY PENN<br>8343 DOUGLAS AVE<br>SUITE 400<br>DALLAS, TX 75225 |
| THE PINK CONSERVATIVE<br>315 WEST POPLAR STREET<br>STOCKTON, CA 95203-2516 | UPCHURCH WATSON WHITE & MAX MEDIATION<br>1400 HAND AVENUE, SUITE D<br>ORMOND BEACH, FL 32174 | WIX.COM USA LLC<br>6303 BLUE LAGOON DR<br>MIAMI, FL 33126 |
| THEO MILO PHOTOGRAPHY<br>28 K ST SE #324<br>WASHINGTON, DC 20003 | UPS<br>PO BOX 650116<br>DALLAS, TX 75265-0116 | WILLIAM DOYLE<br>501 SWIGHT ST #2<br>COUDERSPORT, PA 16915 |

WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050


WORDPRESS PLUGIN
DBA WORDPRESS PLUGIN
5321 OLD STAGE ROAD
ANGIER, NC 27501


WORKABLE INC
99 HIGH STREET 26TH FLOOR
BOSTON, MA 02110


X STRATEGIES, LLC
DEREK EDWARD UTLEY
250 E WISCONSIN AVENUE, 18 FL
MILWAUKEE, WI 53202


XAVIAER DUROUSSEAU
4750 TASSAJARA ROAD APT5220
DUBLIN, CA 94568


YAIR NETANYAHU
35 AZA
JERUSALEM 92383
ISRAEL


YAN ZUBRYTSKYI
YUVILEINA ST 4, 70411
VOLODYMYIVS'KE
ZAPORIZKA OBL
UKRAINE

ZACHARY RT BOYD
PO BOX 1516
HOBOKEN, NJ 07030


ZJ EVENTS LLC
591 STEWARD AVE STE 520
GARDEN CITY, NY 11530


ZOOMINFO TECHNOLOGIES LLC
805 BROADWAY ST STE 900
VANCOUVER, WA 98660