**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Parlement Technologies, Inc., <br> (f/k/a Parler LLC, f/k/a Parler Inc.), <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-10755 (CTG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR MAY 29, 2024 AT 3:00 P.M.(EASTERN TIME)**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-tgoldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**I)   RESOLVED MATTERS:**

1. Debtor's Motion for Extension of Time to File Lists, Schedules, and Statements (Filed: April 29, 2024; Docket No. 7).

   Objection/Response Deadline: May 17, 2024 at 4:00 p.m. (prevailing Eastern Time).

   Related Documents:

   A. Certificate of No Objections (Filed: May 23, 2024; Docket No. 38); and

   B. Order Extending Time to File Lists, Schedules, and Statements (Entered: May 23, 2024; Docket No. 41).

   Objections/Responses Received: None.

   Status: The Court has entered an order on this matter. No hearing is necessary.

2. Debtor's Application for Appointment of Reliable Companies as Claims and Noticing Agent (Filed: May 1, 2024; Docket No. 11).

   Objection/Response Deadline: May 17, 2024 at 4:00 p.m. (prevailing Eastern Time).

Related Documents:

A. Supplemental Declaration of Justin K. Edelson in Support of Debtor's Application for Appointment of Reliable Companies as Claims and Noticing Agent (Filed: May 23, 2024; Docket No. 33);

B. Certification of Counsel Regarding Order Authorizing Retention and Appointment of Reliable Companies as Claims and Noticing Agents (Filed: May 23, 2024; Docket No. 37); and

C. Order Authorizing Retention and Appointment of Reliable Companies as Claims and Noticing Agent (Entered: May 23, 2024; Docket No. 40)

Objections/Responses Received: Informal comments received from the Office of the United States Trustee.

Status: The Court has entered an order on this matter. No hearing is necessary.

3. Application of the Debtor for an Order Authorizing the Debtor to Employ and Retain (A) Craig R. Jalbert as Chief Restructuring Officer for the Debtor, (B) Verdolino & Lowey, P.C. to Provide Services to the CRO and Debtor as Necessary, *Nunc Pro Tunc* to the Petition Date, and (C) Granting Related Relief (Filed: May 1, 2024; Docket No. 12).

Objection/Response Deadline: May 17, 2024 at 4:00 p.m. (prevailing Eastern Time).

Related Documents:

A. Supplemental Declaration of Craig R. Jalbert in Support of the Application of the Debtor for an Order Authorizing and Approving the Retention of Craig R. Jalbert as Chief Restructuring Officer and Verdolino & Lowey, P.C. to Provide Services to the CRO and Debtor as Necessary for the Debtor Nunc Pro Tunc to the Petition Date (Filed: May 23, 2024; Docket No. 34);

B. Certification of Counsel Regarding Order Authorizing and Approving the Retention of (A) Craig A. Jalbert, CIRA as Chief Restructuring Officer for the Debtor, (B) Verdolino & Lower, P.C. to Provide Services to the CRO and Debtor as Necessary, *Nunc Pro Tunc* to the Petition Date, and (C) Granting Related Relief (Filed: May 23, 2024; Docket No. 36); and

C. Order Authorizing and Approving the Retention of (A) Craig R. Jalbert, CIRA as Chief Restructuring Officer for the Debtor, (B) Verdolino & Lowey, P.C. to Provide Services to the CRO and Debtor as Necessary, Nunc Pro Tunc to the Petition Date, and (C) Granting Related Relief (Entered: May 23, 2024; Docket No. 43).

Objections/Responses Received: Informal comments received from the Office of the United States Trustee.

<u>Status</u>: The Court has entered an order on this matter. No hearing is necessary.

4. Application to Employ and Retain Bielli & Klauder, LLC as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date (Filed: May 1, 2024; Docket No. 13).

   <u>Objection/Response Deadline</u>: May 17, 2024 at 4:00 p.m. (prevailing Eastern Time).

   <u>Related Documents</u>:

   A. Supplemental Declaration of David M. Klauder, Esq. on Behalf of Bielli & Klauder, LLC in Support of Application to Employ and Retain Bielli & Klauder, LLC as Counsel for the Debtor Nunc Pro Tunc to the Petition Date (Filed: May 23, 2024; Docket No. 32);

   B. Certification of Counsel Regarding Order (I) Approving the Retention of Bielli & Klauder, LLC as Counsel for the Debtor Effective *Nunc Pro Tunc* to the Petition Date, and (II) Granting Related Relief (Filed: May 23, 2024; Docket No. 35); and

   C. Order (I) Approving the Retention of Bielli & Klauder, LLC as Counsel for the Debtor Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief (Entered: May 23, 2024; Docket No. 44).

   <u>Objections/Responses Received</u>: Informal comments received from the Office of the United States Trustee.

   <u>Status</u>: The Court has entered an order on this matter. No hearing is necessary.

II) **<u>MATTERS GOING FORWARD:</u>**

5. Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (Filed: May 14, 2024; Docket No. 28).

   <u>Objection/Response Deadline</u>: May 22, 2024 at 4:00 p.m. (prevailing Eastern Time) and extended to May 23, 2024 at 4:00 p.m. for the senior secured creditor of the Debtor.

   <u>Related Documents</u>: None.

   <u>Objections/Responses Received</u>:

   A. Objection to Debtor's Motion to Establish Interim Compensation Procedures (Filed: May 23, 2024; Docket No. 39).

   <u>Status</u>: This matter is going forward.

6. Status Conference

   <u>Objection/Response Deadline</u>: N/A.

   <u>Related Documents</u>:

   A. Declaration of Craig Jalbert in Support of the Debtor's Chapter 11 Petition and Bankruptcy Case (Filed: May 23, 2024; Docket No. 42).

   <u>Objections/Responses Received</u>: N/A.

   <u>Status</u>: The Status Conference is going forward.

Dated: May 24, 2024  
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

<u>/s/ David M. Klauder</u>  
David M. Klauder, Esquire (No. 5769)  
1204 N. King Street  
Wilmington, DE 19801  
Phone: (302) 803-4600  
Email: dklauder@bk-legal.com

*Counsel to the Debtor*