**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Parlement Technologies, Inc.,<br>(f/k/a Parler LLC, f/k/a Parler Inc.), | Case No. 24-10755 (CTG) |
| Debtor. | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Parlement Technologies, Inc. ("Parlement") in the above-captioned chapter 11 case (the "Debtor") are filing their Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement" or "SOFA") in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding the Debtor's Schedules and Statement (the "Global Notes") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statement. These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statement.

The Debtor's Chief Restructuring Officer, Craig Jalbert, and his team Verdolino & Lowey P.C., prepared the Schedules and Statement with the assistance of their advisors and other professionals. The Schedules and Statement are unaudited and subject to potential adjustment. In preparing the Schedules and Statement, the Debtor relied on financial data derived from their books and records that was available at the time of preparation. The Debtor's management team and advisors have made reasonable efforts to ensure that the Schedules and Statement are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statement and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtor does not undertake any obligation or commitment to update the Schedules and Statement. The Debtor team notes that the information and documentation they received from the Debtor's record systems when they were engaged shortly before the Petition Date was minimal. The Debtor understands that certain third parties are in possession of control of the Debtor's books and records, and while certain information and documentation has been voluntarily turned over, the Debtor has not received a complete set of its books and records, therefore demand has been made on a third party for turnover of all the Debtor's books and records. While the Debtor and its representatives have made extensive efforts and inquiries to receive all of the Debtor's books and records, the Debtor and its representatives are aware of significant data and records to which it has not been granted, including, but not limited to: contracts, bank statements, e-mails, general ledgers, and trial balances. The Debtor reserves all rights with respect to this issue.

The Debtor reserves all rights to amend or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statement as to amount, liability, classification, identity of debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules or Statement shall constitute a waiver of any of the Debtor's rights or an admission with respect to their chapter 11 case, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

**The Schedules, Statement, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtor or their affiliates.**

1.  **Description of the Case.** On April 15, 2024 (the "Petition Date"), the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code.

2.  **Basis of Presentation.** The Schedules and Statement are unaudited and reflect the Debtor's reasonable efforts to report certain financial information on an unconsolidated basis. These Schedules and Statement neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor.

3.  **Reporting Date.** Unless otherwise noted in the specific responses, the Schedules and Statement reflect the Debtor's books and records as of the close of business on April 14, 2024. The liability values are as of the Petition Date.

4.  **Current Values.** The assets and liabilities of the Debtor are listed on the basis of the book value of the asset or liability in the Debtor's accounting books and records. Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statement.

5.  **Confidentiality.** There may be instances where certain information is not included due to the nature of an agreement between the Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual. The omissions are limited to only what is necessary to protect the Debtor or a relevant third party and will provide interested parties with sufficient information to discern the nature of the listing.

6.  **Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtor should evaluate this financial information in light of the purposes for which it was prepared. The

Debtor is not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtor based on this financial information or any other information.

7.    **Net Book Value of Assets.** In many instances, current market valuations are not maintained by or readily available to the Debtor. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtor to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values as of Petition Date are presented. When necessary, the Debtor has indicated that the value of certain assets is "Unknown." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtor reserves all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statement.

8.    **Unknown Amounts.** Claim amounts that could not readily be quantified by the Debtor are scheduled as "unknown." The description of an amount as "unknown" is not intended to reflect upon the materiality of the amount.

9.    **Excluded Assets and Liabilities.** The Debtor believes that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules. The Debtor has excluded the following items which may be excluded in their GAAP financial statements from the Schedules: certain accrued liabilities, including, without limitation, accrued salaries, employee benefit accruals, and certain other accruals, certain pre-paid and other current assets considered to have no market value. Other immaterial assets and liabilities may also have been excluded.

10.    **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtor reserves all of their rights as to the legal status of all intellectual property rights.

11.    **Totals.** All totals that are included in the Schedules and Statement represent totals of all the known amounts included in the Schedules and Statement and exclude items identified as "unknown." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12.    **Currency.** All amounts shown in the Schedules and Statement are in U.S. Dollars, unless otherwise indicated.

13.    **Other Paid Claims.** To the extent the Debtor has reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtor's Schedules and Statement, and shall be enforceable by all parties, subject to Bankruptcy Court approval. To the extent the Debtor pay any of the claims listed in the Schedules and Statement pursuant to any orders entered by the Bankruptcy Court, the Debtor

reserves all rights to amend and supplement the Schedules and Statement and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

14.     **Setoffs.** The Debtor may incur certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, customer programs, returns, warranties, refunds, and other disputes between the Debtor and their customers and/or suppliers. These routine setoffs are consistent with the ordinary course of business in the Debtor's industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtor to regularly document. Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary-course setoffs are not independently accounted for, and, as such, are excluded from the Debtor's Schedules and Statement. Any setoff of a prepetition debt to be applied against the Debtor is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

15.     **Debtor's Reservation of Rights.** Nothing contained in the Schedules, Statement, or Notes shall constitute a waiver of rights with respect to this chapter 11 case, including, but not limited to, the following:

a.     Any failure to designate a claim listed on the Debtor's Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on its Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.     The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured priority," or (iv) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtor reserves all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

c.     In the ordinary course of their business, the Debtor may lease equipment from certain third-party lessors for use in the daily operation of their businesses. Any such leases are set forth in Schedule G and any current amounts due under such leases that were outstanding as of the Petition Date is listed on Schedule E/F. The property subject to any of such leases is not reflected in either Schedule A/B as either owned property or assets of the Debtor nor is such property or assets of third parties within the control of the Debtor. Nothing in the Schedules is or shall be construed as an admission or determination as to

the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to any of such issues, including the recharacterization thereof.

d.      The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

e.      The Debtor's business is part of a complex enterprise. Although the Debtor has exercised their reasonable efforts to ensure the accuracy of their Schedules and Statement, they nevertheless may contain errors and omissions. The Debtor hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Debtor's Schedules and Statement, and to amend and supplement the Schedules and Statement as necessary.

f.      The Debtor further reserves all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statement, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

g.      Listing a contract or lease on the Debtor's Schedules and Statement shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtor hereby expressly reserves the right to assert that any contract listed on the Debtor's Schedules and Statement does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

**Fill in this information to identify the case:**

Debtor name   **Parlement Technologies, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **24-10755**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 29, 2024**        X _____
                                        Signature of individual signing on behalf of debtor

                                        **Craig Jalbert**
                                        Printed name

                                        **Chief Restructuring Officer**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Parlement Technologies, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **24-10755**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................    $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................    $      **68,930,440.99**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................    $      **68,930,440.99**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **10,910,087.90**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $      **54,561.70**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **16,635,818.79**

4. **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b       $      **27,600,468.39**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Parlement Technologies, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **24-10755** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.  **Cash on hand** | | | **Unknown** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Studio Bankaccount ending 9377** | **Founder Checking** | **9377** | **Unknown** |
| 3.2. | **Studio Bank account ending 6698** | **Surplus Savings** | **6698** | **Unknown** |
| 3.3. | **Studio Bank account ending 2674** | **Founder Checking** | **2674** | **Unknown** |
| 3.4. | **Studio Bank account ending 5128** | **Founder Checking** | **5128** | **Unknown** |
| 3.5. | **Studio Bank account ending 0296** | **Surplus Savings** | **0296** | **Unknown** |
| 3.6. | **Studio Bank account ccount ending 0846** | **Founder Checking** | **0846** | **Unknown** |

Debtor  **Parlement Technologies, Inc.**                                    Case number *(If known)*  **24-10755**
         Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **JPMorgan Chase Bank, N.A. account ending 7696** | | 7696 | Unknown |
| 3.8. | **JPMorgan Chase Bank, N.A. account ending 0711** | **Payroll Account** | 0711 | Unknown |
| 3.9. | **JPMorgan Chase Bank, N.A. account ending 8506** | **Marketing** | 8506 | Unknown |
| 3.10. | **JPMorgan Chase Bank, N.A. accountt ending 8522** | **Chase Acct** | 8522 | Unknown |
| 3.11. | **JPMorgan Chase Bank, N.A. account ending 8525** | **Chase Platinum Business Checking** | 8525 | Unknown |
| 3.12. | **JPMorgan Chase Bank, N.A. account ending 7187** | **Chase Platinum Business Checking** | 7187 | Unknown |
| 3.13. | **JPMorgan Chase Bank, N.A.A. account ending 0729** | **Chase Platinum Business Checking** | 0729 | Unknown |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Solana (SOL) cryptocurrency** | Unknown |
| 4.2. | **Payward, Inc. (d/b/a Kraken) account ending DIFY** | Unknown |
| 4.3. | **Bitpay account** | Unknown |
| 4.4. | **Stripe, Inc. account ending nhly** | Unknown |

5.    **Total of Part 1.**                                                                                **$0.00**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Debtor    **Parlement Technologies, Inc.**                                    Case number *(If known)* **24-10755**
<br>Name

Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
<br>Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Insurance** | $57,408.14 |
| 8.2. | **Prepaid Other - LBMC Technology (Sage Intacct)** | $54,235.09 |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $111,643.23 |
|---|

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
<br>☐ Yes Fill in the information below.

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
<br>■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |

| | | | |
|---|---|---|---|
| 15.1. | **Investment in subsidiary - Parler 2022, Inc.** | **100** % | $38,398,272.76 |
| 15.2. | **Parlement Acquisition Co., LLC f/k/a Deep Red Sky, LLC** | **100** % | Unknown |
| 15.3. | **Investment in subsidiary - Dynascale, Inc.** | **100** % | $22,740,400.00 |
| 15.4. | **Investment in subsidiary - Alchemy Data Centers, LLC** | **100** % | $5,059,600.00 |
| 15.5. | **Secured Convertible Promissory Note dated April 2023 executed by Singularity Ventures, Inc.** | **100** % | $2,500,000.00 |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Debtor | **Parlement Technologies, Inc.** | Case number *(If known)* **24-10755** |
|---|---|---|
| | Name | |

Describe:

17. **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

$68,698,272.76

---

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |

Debtor    **Parlement Technologies, Inc.**                                    Case number *(If known)* **24-10755**
          Name

| | | | | |
|---|---|---|---|---|
| **parler.com**<br>**par.pw**<br>**forte.ws**<br>**deepredsky.io**<br>**parler.live**<br>**parler.me**<br>**parler.shop**<br>**parler.tech**<br>**parler.tv**<br>**parlermailer.com**<br>**seaboden.com**<br>**seabodenfarms.com**<br>**speak-free.com**<br>**parlersender.com**<br>**parlermailer3.com**<br>**parlermailer2.com**<br>**parlermailer1.com**<br>**clearbluesky.io**<br>**deepredsky.market**<br>**freespeechasaservice.com**<br>**joinparler.com**<br>**prlr.app** | **$0.00** | | | **Unknown** |
| **All website, application and mobile software**<br>**and creative design for:**<br>**parler.com**<br>**MelaniaTrump.com**<br>**USAMemorabilia.com** | **$0.00** | | | **Unknown** |

| | | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties**<br>**Telecommunication License Internet Protocol**<br>**(IP) addresses (199.231.234.0 through 255)** | **$0.00** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**Other intangible assets:**<br>**Sylized "PARLER" capital letters with stylized**<br>**"P" to the left service mark**<br>**Stylized "P" service mark**<br>**Stylized "PR" service mark**<br>**Standard character "Parler" service mark**<br>**Design followed by stylized "Deep Red Sky"**<br>**letters service mark**<br>**Standard character "DEEPREDSKY" service**<br>**mark**<br>**Design giving appearace circle of rising**<br>**through horizonal line service mark** | **$0.00** | | **Unknown** |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**                                                                           **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No

Debtor    **Parlement Technologies, Inc.**                                    Case number *(If known)*  **24-10755**
_____
          Name

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No. Go to Part 12.
       ■ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
| --- | --- | --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)

| | Total face amount | doubtful or uncollectible amount | |
| --- | --- | --- | --- |
| **4/11/2023 WIRE TRANSFER TO AMY PEIKOFF** | 15,874.00 - | 0.00 = | **$15,874.00** |
| **4/18/2023 WIRE TRANSFER TO CHRISTINA MARIE CRAVENS** | 14,842.00 - | 0.00 = | **$14,842.00** |
| **5/4/2023 WIRE TRANSFER TO MICHAEL PRESTON** | 18,806.00 - | 0.00 = | **$18,806.00** |
| **6/12/2023 WIRE TRANSFER TO MICHAEL HEBERT** | 35,663.00 - | 0.00 = | **$35,663.00** |
| **10/6/2023 Recording Loan to Patrick Gallbraith** | 35,340.00 - | 0.00 = | **$35,340.00** |

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

| | | |
| --- | --- | --- |
| **Deferred federal income tax asset** | Tax year _____ | **Unknown** |
| **Deferred state income tax assset** | Tax year _____ | **Unknown** |

73.    **Interests in insurance policies or annuities**
       **COVERAGE: Technology Errors and Omissions Liability Full Program**
       **INSURER: Associated Industries Insurance Co, Inc - Non-Admitted**
       **POLICY NUMBER: AES1231947-00**
       **POLICY TERM: 4/13/2023 - 4/13/2024**                                          **Unknown**

| Debtor | **Parlement Technologies, Inc.** | Case number *(If known)* **24-10755** |
| | <span style="font-size:smaller">Name</span> | |

| | |
|---|---|
| **EVANSTON INSURANCE COMPANY**<br>**POLICY NUMBER: 2AA375924 RENEWAL OF POLICY:**<br>**2AA354044** | **Unknown** |
| **Policy Number: 0100183508-0**<br>**Producer Number: 19103**<br>**Name and Address: RSG Specialty, LLC - Burbank, CA**<br>**3900 W. Alameda Avenue, Suite 2000**<br>**Burbank, CA 91505** | **Unknown** |
| **Landmark American Insurance Company -**<br>**Non-Admitted**<br>**POLICY NO: LCY848196**<br>**Technology Errors and Omissions Liability Full Program**<br>**1/5/2023 to 1/5/2024** | **Unknown** |
| **ALLIED WORLD SURPLUS LINES INSURANCE**<br>**COMPANY- ForceField Private Package**<br>**Policy Number: 0313-7850**<br>**Policy Period: From: 04/03/2023 To: 04/03/2024** | **Unknown** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Unpaid consideration from Olympic Media, LLC per**<br>**Asset Purchase Agreement dated April 7, 2023** | **Unknown** |
|---|---|---|

| Nature of claim | **Breach Of Contract** |
|---|---|
| Amount requested | **$2,100,000.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br><br>**Demand letter sent to Rightforge for $50,000.00** | **Unknown** |
|---|---|---|

| Nature of claim | **Collections account** |
|---|---|
| Amount requested | **$50,000.00** |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br><br>**Overpaid commissions to Red Storm** | **Unknown** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$120,525.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor  **Parlement Technologies, Inc.**                         Case number *(If known)*  **24-10755**
        Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $111,643.23 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $68,698,272.76 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $120,525.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $68,930,440.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $68,930,440.99 |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Parlement Technologies, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**24-10755**__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
| --- | --- | --- |
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Vinh Vuong** | Describe debtor's property that is subject to a lien | **$10,910,087.90** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**4200 Paradise Road
Apt 2110
Las Vegas, NV 89169**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
Sept 19, 2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Secured Promissory Note dated September 19, 2022**

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$10,910,087.90**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name **Parlement Technologies, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **24-10755**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Arizona Department of Economic Security**<br>**Unemployment Insurance**<br>**Administration**<br>**P. O. Box 29225**<br>**Phoenix, AZ 85038-9225** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Bailey Blunt**<br>**7600 Cabot Dr Apt# 1115**<br>**Nashville, TN 37209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$3,557.69** | **$3,557.69** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages 02/19/2024 through 03/03/2024** | | |
| | Last 4 digits of account number **0342**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Clark County Assessor**
**500 S. Grand Central Pkwy.**
**Las Vegas, NV 89155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0025**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Colorado Department of Labor and**
**Employm**
**Unemployment Insurance**
**Employer Services**
**P.O. Box 8789**
**Denver, CO 80201-8789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Commonwealth of Kentucky**
**Division of Unemployment**
**Insurance**
**P.O. Box 948**
**Frankfort, KY 40602-0948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Department of Labor and**
**Workforce Develo**
**1 John Fitch Plaza,**
**Trenton, NJ 08625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | Parlement Technologies, Inc. | Case number (if known) | 24-10755 |
|---|---|---|---|
| | Name | | |

---

**2.7**

Priority creditor's name and mailing address

**Department of Workforce Development**
**Unemplyment Insurance Division**
**PO Box 7942**
**Madison, Wi 53707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address

**Departmeny Of Revenue**
**Bureau of Business Trust Fund**
**Taxeas**
**PO Box 280901**
**Harrisburg, PA 17128-0901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address

**Employment Development**
**Department**
**Tax Support Division, MIC 93**
**PO Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address

**Employment Security Commission**
**1520 West Capitol St.**
**P.O. Box 1699**
**Jackson, MS 39205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Parlement Technologies, Inc. | Case number (if known) | 24-10755 |
|---|---|---|---|
| | Name | | |

**2.11** | Priority creditor's name and mailing address
**Florida Department of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**Georgia Department Of Labor**
**148 Andrew Young International**
**Blvd.**
**Suite 850**
**Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**Igor M. Shalkevich**
**5230 Margarets Place**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$13,461.54**          **$13,461.54**

Date or dates debt was incurred

Basis for the claim:
**Employee Wages 02/19/2024 through 03/03/2024**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Illinois Department of Employment**
**Securi**
**33 S. State Street, 10th FLoor**
**Chicago, IL 60603-2802**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Insperity**
**19001 Crescent Springs Drive**
**Center IV**
**Kingwood, TX 77339**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Benefit Plan**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0055**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Iowa Workforce Development**
**Unemplyment Insurance Tax**
**Bureau**
**1000 E Grand Ave**
**Des Moines, IA 50319-0209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Joshua Levine**
**88 Urban Club Rd**
**Wayne, NJ 07470**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Severance**

Last 4 digits of account number **0339**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kansas Department Of Labor**
**UI Tax Contributions**
**401 SW Topeka Blvd,**
**Topeka, KS 66603-3182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Massachusetts Department of**
**Workforce De**
**Division of Unemployment**
**Assistance**
**One Ashburton Place, Suite # 2112**
**Boston, MA 02108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Maureen Steele**
**PO Box 1097**
**Condon, MT 59826**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commissions from influencer management**

Last 4 digits of account number **0325**
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**NEBRASKA DEPARTMENT OF**
**LABOR**
**550 SOUTH 16TH STREET**
**P.O BOX 94600**
**STATE HOUSE STA**
**Lincoln, NE 68509-4600**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address

**Nevada Dept of Taxation**
**1550 College Parkway, Suite #115**
**Carson City, NV 89706**

Date or dates debt was incurred

Last 4 digits of account number **0082**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.24** | Priority creditor's name and mailing address

**Nevada DETR**
**Employment Security Division**
**Contributions Section**
**500 East Third Street**
**Carson City, NV 89713-0030**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.25** | Priority creditor's name and mailing address

**Nevada Employment Security**
**Division**
**2800 E St Louis Ave**
**Las Vegas, NV 89104**

Date or dates debt was incurred

Last 4 digits of account number **0083**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.26** | Priority creditor's name and mailing address

**New Hampshire Employment**
**Security**
**45 South Fruit Street**
**PO Box 2058**
**Concord, NH 03301**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

Debtor    **Parlement Technologies, Inc.**
_____    Case number (if known)    **24-10755**
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New Jersey Department of Labor**
**PO Box 058**
**Trenton, NJ 08625-0058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**North Carolina Department of**
**Commerce**
**Division of Employment Security**
**PO Box 26504**
**Raleigh, NC 27611-6504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NYS Department of Labor**
**Building 12**
**W.A. Harriman Campus**
**Albany, NY 12226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Office of Unemployment Insurance**
**P.O. Box 69**
**Hickory, KY 42051**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Oregon Department Of Revenue**
**955 Center St NE**
**Salem, OR 97301-2555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.00** | **$3,000.00**

**Rachel Colburn**
**723 Pres Ronald Reagan Wy**
**Apt 403**
**Nashville, TN 37210**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages 02/19/2024 through 03/03/2024**

Last 4 digits of account number **0365**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,769.24** | **$15,150.00**

**Ronald Gilmore (Doug Gilmore)**
**4529 Holstein Hill Dr**
**Peachtree Corners, GA 30092**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages 02/19/2024 through 03/03/2024**

Last 4 digits of account number **0338**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Sierra Health & Life Inc Co**
**2720 N Tenaya Wy**
**Las Vegas, NV 89128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Benefit Plan**

Last 4 digits of account number **0109**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,004.00** | **Unknown** |
|---|---|---|---|---|

**State of Delaware**
**Division of Revenue**
**820 N. French Street**
**Wilmington, DE 19801**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0114**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**State of Michigan**
**UIA Bankruptcy Unit**
**3024 W. Grand Blvd.**
**Ste. 12-100**
**Detroit, MI 48202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**State of Oregon**
**Employer Division**
**Tax Section/Status Unit**
**875 Union St. N.E.**
**Salem, OR 97311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**State of Rhode Island**
**Division of Taxation**
**One Capital Hill**
**STE 36**
**Providence, RI 02908-5829**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor   **Parlement Technologies, Inc.**
_____
Name

Case number (if known)   **24-10755**

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|------------------------------------------------|-------------|-------------|

| 2.39 | Priority creditor's name and mailing address<br>**Tennessee Department of Labor and Workfo**<br>**220 French Landing Dr**<br>**Nashville, TN 37243** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.40 | Priority creditor's name and mailing address<br>**Tennessee Secretary of State**<br>**312 Rosa L. Parks Avenue**<br>**7th Floor**<br>**Nashville, TN 37243-1102** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **0115**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.41 | Priority creditor's name and mailing address<br>**Tennessee State Revenue**<br>**Tennessee Department of Revenue**<br>**Andrew Jackson Building**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **0116**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.42 | Priority creditor's name and mailing address<br>**Vinh Vuong**<br>**4200 Paradise Road**<br>**Apt 2110**<br>**Las Vegas, NV 89169** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$10,769.23** | **$10,769.23** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages 02/19/2024 through 03/03/2024** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Parlement Technologies, Inc.** | | Case number (if known) | **24-10755** |
|---|---|---|---|---|

Name

**2.43**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|

**Virginia Tax**
**PO Box 1115**
**Richmond, VA 23218-1115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**14 West LLC**
**1701 Pearl Street #4**
**Waukesha, WI 53186**
Date(s) debt was incurred _
Last 4 digits of account number  **0268**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
**500 Designs LLC**
**25219 Spectrum**
**Irvine, CA 92618**
Date(s) debt was incurred _
Last 4 digits of account number  **0153**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
**901 Woodland St Tenant LLC**
**901 Woodland St**
**Nashville, TN 37206**
Date(s) debt was incurred _
Last 4 digits of account number  **0154**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Lease and Occupancy Membership Agreement**
Is the claim subject to offset? ■ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
**Adam Taylor**
**100 Walnut Hill Ct.**
**Apex, NC 27502**
Date(s) debt was incurred _
Last 4 digits of account number  **0315**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
**Administaff Companies, Inc.**
**DBA Insperity**
**1901 Crescent Springs Dr.**
**Kingwood, TX 77339**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Parlement Technologies, Inc.** | Case number (*if known*) | **24-10755** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ai Corporate Interiors Inc.**
**3017B 2nd Avenue South**
**Birmingham, AL 35233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0295**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albert Mukhutdinov**
**Kazan 20-115**
**420124**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software Programming Services**

Last 4 digits of account number  **0155**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,349.75 |
|---|---|---|---|

**Alchemy Data Center LLC**
**5955 De Soto Avenue, Suite 220**
**Woodland HIlls, CA 91367**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany receivable / (payable)**

Last 4 digits of account number  **0003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aldo Velasco Covarrubias**
**Prolongacion Caviotas #231**
**Fraco Loma Bonita**
**Durango DGO CP 34197**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software Programming Services**

Last 4 digits of account number  **0004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Blair**
**10138 Fire Ridge Court**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0156**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Rubin**
**512 Red Bud Road**
**Chapel Hill, NC 27514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Independent Contractor Agreement**

Last 4 digits of account number  **0143**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alix Partners LLP**
**909 3rd Ave**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0157**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | | Case number (if known) | **24-10755** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alma Risk Management**
**2 Eaton Gate**
**London**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0269**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ALPHASTAFF INC**
**1300 Sawgrass Corporate Parkway**
**SUITE 220**
**SUNRISE, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Altrum Honors**
**15 Maiden Lane, Suite 200**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0358**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Conservation Union Foundation**
**1199 N Fairfax St, Suite 500**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0158**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Defense International Inc.**
**1100 New York Avenue, NW**
**West Tower, Suite 630**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Media Group**
**1419 E 4th Avenue**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0006**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Nevada Realty LLC**
**dba American Nevada Realty LLC**
**2360 Corporate Circle #330**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0159**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Registry for Internet Numbers L**
**PO Box 759477**
**Baltimore, MD 21275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0007**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amos Gwa**
**1340 Troy Street**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0160**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Peikoff**
**10900 Research Blvd. 160C, #172**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0351**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANC Village View LLC**
**dba ANC Village View LLC**
**460 Bush Street**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0161**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anderson Kill LLP**
**1717 Pennsylvania Ave NW Suite 200**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0162**

Basis for the claim:  **Legal Counsel**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andras Andrii Munkacsi**
**Marszalkowska 111**
**warszawa**
**POLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0009**

Basis for the claim:  **Software Programming Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Fleshman**
**9551 Calument Court**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0335**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number *(if known)* | **24-10755** |
|---|---|---|---|

Name

---

**3.27** | Nonpriority creditor's name and mailing address
**Andrew Soulsby**
**Honeypots Solutions**
**6 Monaco Street**
**Parkdale VIC 3195**
**AUSTRALIA**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0010**

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Andy Ngo**
**6235 SE Grant Street**
**Portland, OR 97215**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0289**

Basis for the claim: **Influencer Agreement date 8/25/2022**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
**Anna Paulina Luna**
**10601 Gandy Blvd N Apt 3204**
**St Petersburg, FL 33702**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0163**

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**Antonio Fernandes**
**75 Tremont Street**
**Braintree, MA 02184**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0164**

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
**Apple Inc.**
**Developer Relations Legal**
**One Apple Park Way**
**169-4ISM**
**Cupertino, CA 95014**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Apple Developer Program License Agreement**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
**Arelion / Formerly Telia Carrier**
**2325 Dulles Corner Blvd # 550**
**Herndon, VA 20171**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0239**

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address
**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0288**

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address
**Atlassian Pty LTD**
**Level 6, 341 George Street**
**Sydney**
**NSW 2000**
**AUSTRALIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0165**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address
**AWS**
**410 Terry Ave North**
**Seattle, WA 98109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Confidential Settlment Agreement and Release dated February 3, 2024 providing for the closure of AWS accounts xxxxxxxx3740, xxxxxxxx2380, xxxxxxxx3717, xxxxxxxx1645, and xxxxxxxx4853 as well as all resources within those accounts.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address
**AWS**
**410 Terry Ave North**
**Seattle, WA 98109**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0014**

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address
**Bailey Blunt**
**7600 Cabot Dr Apt# 1115**
**Nashville, TN 37209**

**Date(s) debt was incurred** _

**Last 4 digits of account number  RMP2**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address
**Barba CFO**
**200 Centerville Road, Unit 7**
**Warwick, RI 02886**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0366**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Temporary CFO Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address
**Barton LLP**
**1033 Demonbreun Street**
**Suite 300**
**Nashville, TN 37203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address
**Benjamain Johnson**
**dba Benny LLC**
**1505 S Georgia Ave**
**Tampa, GA 33629**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0151**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Advertising Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Best Guest Media** | ☐ Contingent | |
| | **PO Box 3034** | ☐ Unliquidated | |
| | **Wayne, NJ 07474-3034** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0166** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Blaze Media LLC fka CRTV LLC** | ☐ Contingent | |
| | **8275 S Eastern Avenue, Ste 200-245** | ☐ Unliquidated | |
| | **Las Vegas, NV 89123** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0167** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Blip** | ☐ Contingent | |
| | **1371 West 1250 South** | ☐ Unliquidated | |
| | **Orem, UT 84058** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Advertising** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Blood Sweat and Tees** | ☐ Contingent | |
| | **900 Wigwam Pkwy Suite 155** | ☐ Unliquidated | |
| | **Henderson, NV 89014** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0168** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Bongino Inc.** | ☐ Contingent | |
| | **2239 SW Manele Place** | ☐ Unliquidated | |
| | **Palm City, FL 34990** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0018** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brigitte Szivos** | ☐ Contingent | |
| | **209 Henderson Road** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15237** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0314** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brown Rudnick LLP** | ☐ Contingent | |
| | **PO Box 23079** | ☐ Unliquidated | |
| | **New York, NY 10087-3079** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0309** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor     **Parlement Technologies, Inc.**
_____
Name

Case number (if known)     **24-10755**
_____

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Fein**
**300 New Jersey Avenue NW Ste 900**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0169**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Saltzman**
**1135 Deerfield Pt**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Calfo Eakes**
**1301 2nd Ave #2800**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Counsel**

Last 4 digits of account number  **0171**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Canva**
**110 Kippax St**
**NSW 2010**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Parler Marketing's team subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capital HQ LLC**
**320 East 58th Street, Apt 2B**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0172**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlie Shea McMahon**
**1028 Cherrybrook Dr**
**Harrisonburg, VA 22802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0304**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CARLSBERG DATA CENTER**
**1880 CENTURY PARK EAST**
**STE 1410**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carlsberg LAX Center, LLC vs. Alchemy Data Centers, LLC et. al.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Parlement Technologies, Inc.**

Name

Case number (if known)   **24-10755**

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Castle Global, Inc.**
**575 Market Street**
**15th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Visual and Text Moderation Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CenturyLink**
**PO Boc 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CDN Delivery Services Bundle**

Last 4 digits of account number  **0021**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cerebral Partners LLC**
**688 Cardium Street**
**Sanibel, FL 33957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Independent Contractor Agreement dated September 15, 2022**

Last 4 digits of account number  **0360**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cesar Perez-Zaldivar**
**1705 Mt Hood St**
**Las Vegas, NV 89156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0173**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chalmers & Adam LLC**
**5805 State Bridge Rd G77**
**Johns Creek, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0174**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chandler Crump**
**265 Mitchell Rd.**
**#324**
**Norcross, GA 30091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Influencer Agreement date 7/21/2022**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chase Card Services**
**201 N. Walnut Street**
**De1-0153**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Chase Credit Card Acct 0275**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chase Card Services**
**201 N. Walnut Street**
**De1-0153**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Chase Credit Card Acct 2255**

Last 4 digits of account number  **0023**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chase Haynes**
**230 W. Munroe, Suite 1920**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cherry Bekaert Advisory Holdco LLC**
**3800 Glenwood Avenue**
**Suite 200**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,350.00 |
|---|---|---|---|

**Cherry Bekaert LLP**
**Attn: Accounts Receivable**
**P.O. Box 25549**
**Richmond, VA 23260-5500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **CPA firm**

Last 4 digits of account number  **0337**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christina Miller**
**17170 Harbour Point Drive #632**
**Fort Meyers, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0175**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CIB Studios - Cam Briones**
**11487 Fisher Ave.**
**Warren, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0270**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cirtual LLC**
**2843 Bitting Road**
**Winston-Salen, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0176**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Parlement Technologies, Inc.**                          Case number (if known)   **24-10755**
_____
Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cision US Inc**
**12051 Indian Creek Court**
**Beltsville, MD 20705**

Date(s) debt was incurred _

Last 4 digits of account number  **0144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clear Link Systems Inc**
**5211 Linbar Drive Suite 500**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number  **0290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ubiquiti AC Pro - Wireless Solution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CohnReznick LLP**
**14 Sylvan Way 3rd Floor**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number  **0177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MASTER SERVICES AGREEMENT of January 14, 2022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Convergent Outsourcing Inc**
**PO Box 9004**
**Renton, WA 98057**

Date(s) debt was incurred _

Last 4 digits of account number  **0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cox Business**
**PO Box 53262**
**Phoenix, AZ 85072-3262**

Date(s) debt was incurred _

Last 4 digits of account number  **0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRGO Global**
**950 Peninsula Corporate Circle Suite 300**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **0332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CSC**
**P.O. Box 7410023**
**Chicago, IL 60674-5023**

Date(s) debt was incurred _

Last 4 digits of account number  **0350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|

Name

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CT Corporation**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0300**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Datadog Inc**
**620 8th Ave 45 Th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0029**

Basis for the claim: **Committed Services Subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Datavail Corporation**
**11800 Ridge Parkway, Suite 125**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0030**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David J. Merrill, P.C.**
**10161 Park Run Drive, Suite 150**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0362**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Delanoye Strategies LLC**
**1407 Green Avenue #257**
**Orange, TX 77630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0178**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Dell Marketing LP**
**500 First Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0036**

Basis for the claim: **Engineering Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Design Bunnies Inc**
**4952 S Rainbow Blvd # 339**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0179**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | | Case number (if known) | **24-10755** |
|---|---|---|---|---|
| | Name | | | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Designers Management Agency**
**68 White Street 3rd Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Independent Contractor Agreement 

Last 4 digits of account number  0038 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Doug Fuller**
**50 Maynard St. Apt 135**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0329 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Drain the Swamp Media LLC**
**PO Box 13454**
**4520 W. Oakellar Ave**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0283 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Duello Creative LLC**
**5844 Fairstone Ct. SE**
**Salem, OR 97306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0271 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dustin Mena**
**1093 Secretariat Drive**
**Mount Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0363 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,213,867.41**

**Dynascale Inc**
**2640 Main Street**
**Irvine, CA 92614**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Intercompany receivable / (payable) 

Last 4 digits of account number  0041 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,262.92**

**E78 Partners, LLC**
**1301 W. 22nd St.**
**Suite 410**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Temporary CFO Services 

Last 4 digits of account number  0356 

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Electrolift Creative LLC**<br>**75 West Street, PH B**<br>**New York, NY 10006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0180** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Element 78 Partners, LLC**<br>**1301 W. 22nd St.**<br>**Suite 410**<br>**Oak Brook, IL 60523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Eric Gajnak**<br>**3123 Avalon Way**<br>**Shrewsbury, MA 01545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0313** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Everything Promo**<br>**One Liberty Plaza**<br>**165 Broadway, Suite 2301**<br>**New York, NY 10006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Marketing** | |
| | Last 4 digits of account number  **0272** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Evon Onusic**<br>**dba Onusic LLC**<br>**760 Homer Avenue**<br>**Palo Alto, CA 94607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0181** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Figma Inc.**<br>**760 Market Street Floor 10**<br>**San Francisco, CA 94102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0045** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **For Such A Time As This LLC**<br>**4834 Sminole Avenue**<br>**Alexandria, VA 22312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0182** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fragomen, DelRey, Bersen & Loewy LLP**
**90 Matawan Road**
**PO Box 2001**
**Matawan, NJ 07747**

Date(s) debt was incurred _

Last 4 digits of account number  **0183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank J. Kinney. III**
**3550 Royal Tern Circle**
**Boynton Beach, FL 33436**

Date(s) debt was incurred _

Last 4 digits of account number  **0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Freedom Recruiter, LLC**
**2900 N Government Way**
**#517**
**Attn: Anthony Polenski**
**Coeur D Alene, ID 83815**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freedom Recruiter Recruitment Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gentry Gevers**
**116718 235th Ave se**
**Issaquah, WA 98027**

Date(s) debt was incurred _

Last 4 digits of account number  **0324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Farmer**
**901 Woodland St., Suite 104**
**Nashville, TN 37206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GHN Consulting LLC**
**1010 Brickell Avenue Unit 4409**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  **0184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gideon 300 LLC**
**PO Box 452418**
**Grove, OK 74344**

Date(s) debt was incurred _

Last 4 digits of account number  **0185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.104** | Nonpriority creditor's name and mailing address
**Goddard Consulting**
**125 Sage Way**
**Napa, CA 94559**

Date(s) debt was incurred  _
Last 4 digits of account number  **0367**

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address
**Golub, LaCapra, Wilson & DeTiberiis LLP**
**2 Roosevelt Avenue**
**Port Jefferson Station, NY 11776**

Date(s) debt was incurred  _
Last 4 digits of account number  **0186**

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CPA firm**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address
**Grantley Godwin**
**6052 Elysian Avenue**
**Pensacola, FL 32507**

Date(s) debt was incurred  _
Last 4 digits of account number  **0187**

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address
**Graves Garrett LLC**
**1100 Main St**
**Kansas City, MO 64105**

Date(s) debt was incurred  _
Last 4 digits of account number  **0188**

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Counsel**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address
**Greenberg Traurig LLP**
**200 Park Avenue**
**New York, NY 10166**

Date(s) debt was incurred  _
Last 4 digits of account number  **0189**

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address
**GTT Americas LLC**
**7900 Tysons One Pl Suite 1450**
**Mclean, VA 22102**

Date(s) debt was incurred  _
Last 4 digits of account number  **0046**

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address
**Harmon Research Group, LLC**
**1050 S Miles Court**
**Anaheim, CA 92808**

Date(s) debt was incurred  _
Last 4 digits of account number  **0331**

As of the petition filing date, the claim is: *Check all that apply.*                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Parlement Technologies, Inc.**                    Case number (if known)   **24-10755**
        _____
        Name

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Headwater Media**

**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0048**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Nydam**
**315 West Poplar Street**
**Stockton, CA 95203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hero Brands**
**100 E Pine Street Ste 110**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0049**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hive / Formerly Castle Global Inc**
**100 1st St**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0255**

Basis for the claim:  **Engineering Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Holland & Hart**
**555 17th Street, Suite 3200**
**Denvor, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0190**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Igor and Elita Shalkevich Trust**
**159 North Berwick Lane**
**Franklin, TN 37069**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **March post-closing consideration payment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $356,802.29 |
|---|---|---|---|

**Igor M. Shalkevich**
**5230 Margarets Place**
**Brentwood, TN 37027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Post-closing consideration payable - I.Shalkevich**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address
**img.ly Gmbh**
**Kortumstr. 68**
**44787 Bochum**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number  **0051**

As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address
**Inculture Inc**
**dba Freeminds**
**2929 E 12th Street**
**Austin, TX 78702**

Date(s) debt was incurred _

Last 4 digits of account number  **0052**

As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MASTER SERVICE AGREEMENT dated May 19, 2022**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address
**Ink Ventures LLC**
**2222 12th Ave S, Suite 300**
**Nashville, TN 37215**

Date(s) debt was incurred _

Last 4 digits of account number  **0273**

As of the petition filing date, the claim is: Check all that apply.                  **$15,875.15**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Termination Agreement  regarding lease Agreement dated June 30, 2022 as assigned pursuant to that certain Consent to Assignmnet and Assumption of Lease dated January 31, 2023 re 613 Ewing Avenue, Suite 1D, Nashville, Tennessee.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address
**Insperity PEO Services, L.P.**
**1901 Crescent Springs Dr.**
**Kingwood, TX 77339**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workforce Optimization Client Services Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address
**Invictavox Corp.**
**1906 Glen Echo Road**
**PO Box 158076**
**Nashville, TN 37125**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invictavox Social Networking Software Assignment Agreement dated July 30, 2021**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address
**IPFS Corporation**
**PO Box 100391**
**Pasadena, CA 91189-0391**

Date(s) debt was incurred _

Last 4 digits of account number  **0054**

As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address
**Isabella DeLuca**
**1205 Half St. SE**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Influencer Agreement date 7/18/2022**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|

Name

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jackson Lewis PC**
**10701 Parkridge Blvd STE 300**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number  **0193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Counsel**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Cody Dumay**
**4916 Tradewinds Terrace**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number  **0274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Fafreniere**
**2391 Granny Wright Lane**
**Hermitage, TN 37076**

Date(s) debt was incurred _

Last 4 digits of account number  **0194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Independent Contractor Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Karlinski Jr**
**3135 S Mojave Road #209**
**Las Vegas, NV 89121**

Date(s) debt was incurred _

Last 4 digits of account number  **0195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamie McFarling**
**14897 Parker Ranch Rd**
**Bismarck, ND 58503**

Date(s) debt was incurred _

Last 4 digits of account number  **0318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeanetta Kathleen Stone**
**223 Killian Loop**
**Hutto, TX 78634**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeanetta Stone**
**223 Killian Loop**
**Hutto, TX 78634**

Date(s) debt was incurred _

Last 4 digits of account number  **0057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | | Case number (if known) | **24-10755** |
|---|---|---|---|---|

Name

---

**3.132** | Nonpriority creditor's name and mailing address

**Jed Rubenfeld**
**1031 Forest Rd**
**New Haven, CT 06515**

Date(s) debt was incurred _

Last 4 digits of account number __0196__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address

**Jeffrey Wernick**
**354 Westbourne Drive**
**West Hollywood, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number __0197__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address

**Jesse R. Benton**
**4003 Woodstone Way**
**Louisville, KY 40241**

Date(s) debt was incurred _

Last 4 digits of account number __0198__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address

**JLK Political Strategies**
**PO Box 14662**
**Richmond, VA 23221**

Date(s) debt was incurred _

Last 4 digits of account number __0305__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MUTUAL CONFIDENTIALITY AGREEMENT dated__
__9/15/2022__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address

**Jobot LLC**
**18578 Jamboree Rd, Suite 600**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number __0199__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Jobot Client Recruiting Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address

**John M. Posobiec III**
**7711 Mount Blanc Road**
**Hanover, MD 21076**

Date(s) debt was incurred _

Last 4 digits of account number __0192__

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address

**John Matze**
**C/O PISANELLI BICE PLLC**
**400 SOUTH 7TH ST**
**STE 300**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*              $10,000,000.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __John Matze v. Parler LLC,__
__et al.__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Jon Wierzbowski**<br>**3003 W Ballast Point Blvd**<br>**Tampa, FL 33611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0319** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Jonathan Cosby**<br>**505 Hampton Ridge Road**<br>**Norcross, GA 30093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0145** | Basis for the claim:  **Independent Contractor Agreement**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Jordan Fuller**<br>**Jordan Peterson Podcast**<br>**Celebrity Talent International**<br>**3651 Lindell Road Suite D423A**<br>**Las Vegas, NV 89103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Select Influencer Agreement dated 2/1/2022**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Joseph P Monks**<br>**4121 NE 8th Pl**<br>**Cape Coral, FL 33909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0282** | Basis for the claim:  **Independent Contractor Agreement**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Julianne Shinto dba Imprimatur**<br>**269 S. Beverly Drive #145**<br>**Beverly Hills, CA 90212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0191** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kari Jo Ritacco Walker**<br>**43561 Michigan Square**<br>**Leesburg, VA 20176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Karina Lysenko**<br>**UA 64703 Kharkivs'ks Oblast**<br>**Kharkiv Pozdovzhnya St 1**<br>**92**<br>**UKRAINE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0200** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Parlement Technologies, Inc.** | Case number *(if known)* | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karli Karandos**
**501 NE 31st Apt 3207**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Independent Contractor Agreement**

Last 4 digits of account number  **0201**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karol Pysniak**
**Rogowskiego 9, apt 78**
**Lublin**
**POLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Independent Contractor Agreement**

Last 4 digits of account number  **0063**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karolis Jurgelevicius**
**5321 Old Stage Road**
**Angier, NC 27501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0202**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katherine N. Brown**
**200 North Fairfax Street, Ste 3**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0170**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Wereb**
**134 Wahie Ln. Apt 305**
**Lahaina, HI 96761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0320**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katie McKernan**
**2913 Lockridge Rd SW**
**Roanoke, VA 24014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Independent Contractor Agreement**

Last 4 digits of account number  **0203**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katten Muchin Rosenman LLP**
**525 W Monroe Street**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Counsel**

Last 4 digits of account number  **0204**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address
**Kemet Electric LLC**
**556 No Eastern - Ste D-167**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number  **0064**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address
**Kenneth W Mayo**
**98 Troon Way**
**Aiken, SC 29803**

Date(s) debt was incurred _

Last 4 digits of account number  **0205**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address
**KLDiscovery Ontrack LLC**
**PO Box 845823**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number  **0152**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address
**Kory Harvey**
**459 Beechwood Circle**
**Burns, TN 37029**

Date(s) debt was incurred _

Last 4 digits of account number  **0347**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address
**Las Vegas Expo Inc**
**4075 East Post Road**
**Las Vegas, NV 89120**

Date(s) debt was incurred _

Last 4 digits of account number  **0275**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address
**Laura Virginia Ferry**
**10218 N 3900 W**
**Cedar Hills, UT 84062**

Date(s) debt was incurred _

Last 4 digits of account number  **0206**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address
**Law Office of Alex Kozinski**
**33 Marguerite Dr**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _

Last 4 digits of account number  **0207**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|--------|-----------------------------------|------------------------|--------------|
| | Name | | |

---

**3.160** | Nonpriority creditor's name and mailing address

**Layer Cake Social Kitchen**
**127 3rd Ave S.**
**Nashville, TN 37201**

Date(s) debt was incurred _

Last 4 digits of account number  **0303**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address

**LBMC Staffing Solutions LLC**
**PO Box 1869**
**Brentwood, TN 37024**

Date(s) debt was incurred _

Last 4 digits of account number  **0066**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address

**LBMC Technology Solutions LLC**
**PO Box 1869**
**Brentwood, TN 37024-1869**

Date(s) debt was incurred _

Last 4 digits of account number  **0257**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$5,487.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sage Intacct Advantage Program**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address

**Leichtman Law PLLC**
**228 East 45th Street, Suite 605**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number  **0208**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address

**Lorrie Feldhouse**
**c/o Hedin Hall LLP**
**1395 Brickell Ave., Suite 1140**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lorrie Feldhouse vs. Parler Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address

**Los Angeles PartyWorks Inc**
**9712 Alpaca Street**
**South El Monte, CA 91733**

Date(s) debt was incurred _

Last 4 digits of account number  **0276**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address

**Lovitt & Touche - Mesh & McLennan Agency**
**PO Box 741259**
**Los Angeles, CA 90074-1259**

Date(s) debt was incurred _

Last 4 digits of account number  **0327**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | | Case number (if known) | **24-10755** |
|---|---|---|---|---|
| | Name | | | |

---

**3.167** | **Nonpriority creditor's name and mailing address**
**Lukas Madon**
**Cystersow 20E/50**
**Krakow 31-553**
**POLAND**

Date(s) debt was incurred __

Last 4 digits of account number  **0068**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Independent Contractor Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**
**Lumen**
**1025 Eldorado Blvd**
**Broomfield, CO 80021**

Date(s) debt was incurred __

Last 4 digits of account number  **0070**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Information and Contract Acct
5SGTVHSFL**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address**
**Lumen**
**Level 3 Communications LLC**
**PO Box 910182**
**Denver, CO 80291-0182**

Date(s) debt was incurred __

Last 4 digits of account number  **0069**

As of the petition filing date, the claim is: *Check all that apply.*              **$200,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Customer Information and Contract Acct
5RNQGF5CC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**
**Luminate Media Inc.**
**68 Olive Avenue**
**Toronto**
**ON M6G1V1**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number  **0072**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**
**Mail Montior Inc**
**215 S Broadway**
**Salem, NH 03079**

Date(s) debt was incurred __

Last 4 digits of account number  **0073**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address**
**Marbell AG**
**Luzernerstrasse 1**
**Rotkreuz 6343**
**SWITZERLAND**

Date(s) debt was incurred __

Last 4 digits of account number  **0074**

As of the petition filing date, the claim is: *Check all that apply.*              **$400,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Service and Partnership Agreement dated October
20, 2021,**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address**
**Marc A McInnis**
**49910 Rosenlund Rd**
**Hancock, MI 49930**

Date(s) debt was incurred __

Last 4 digits of account number  **0343**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.174** | **Nonpriority creditor's name and mailing address**
**Marcum LLP**
**730 Third Avenue**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number  **0075**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address**
**Marcus Monroe**
**303 E. 94th Street Apt L**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number  **0330**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Influencer Agreement dated 10/26/2022**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address**
**Mariana Galvao Duarte Dutra**
**2714 County Road A14**
**Decorah, IA 52101**

Date(s) debt was incurred _

Last 4 digits of account number  **0209**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address**
**Mario Grillo**
**4966 Broadway, Apt 35**
**New York, NY 10034**

Date(s) debt was incurred _

Last 4 digits of account number  **0277**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Independent Contractor Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**
**Mark C Baker**
**901 SE Algonquian Ct**
**Prineville, OR 97754**

Date(s) debt was incurred _

Last 4 digits of account number  **0210**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**
**Mark Williams**
**19805 Bethpage Ct**
**Ashburn, VA 20147**

Date(s) debt was incurred _

Last 4 digits of account number  **0211**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Independent Contractor Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**
**Marsh & McLennan Agency LLC**
**PO Box 741259**
**Los Angeles, CA 90074-1259**

Date(s) debt was incurred _

Last 4 digits of account number  **0212**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Matt Fradd LLC**
**Catholic Booking C/O Matt Fradd**
**1112 West Laredo**
**Avenue Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0294**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Matthew Miller**
**10138 Fire Ridge Ct**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0213**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Maureen Smith**
**109 Moss Creek Drive**
**Jacksonville, NC 28540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0310**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Maureen Steele - Sarina**
**1631 Coyote Forest Ln**
**PO Box 1097**
**Condon, MT 57826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**MindTrust Labs**
**470 James Street Ste 11**
**New Haven, CT 06513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0214**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534,304.84

**Mireille Rostamian**
**20950 Warner Center Ln**
**Woodland Hills, CA 91367**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Post-closing consideration payable - M.Rostamian**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**MKT World LLC**
**3503 Summit Blvd.**
**Attn: Melania Trump**
**West Palm Beach, FL 33406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Letter agreement dated March 15, 2023**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.188**

**Nonpriority creditor's name and mailing address**
MNDTRST Inc
470 James Street, Ste 11
New Haven, CT 06513

**Date(s) debt was incurred** _

**Last 4 digits of account number  0078**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.189**

**Nonpriority creditor's name and mailing address**
Morvillo Abramowitz Grand Iason & Anello
565 Fifth Avenue
New York, NY 10017

**Date(s) debt was incurred** _

**Last 4 digits of account number  0215**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.190**

**Nonpriority creditor's name and mailing address**
Ncube Limited
86-90 Paul Street
London,  EC2A4NE
UNITED KINGDOM

**Date(s) debt was incurred** _

**Last 4 digits of account number  0216**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CONSULTANCY AGREEMENT DATED 12 OCTOBER 2020

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.191**

**Nonpriority creditor's name and mailing address**
NDMAscendant, LLC
209 South Stephanie Street
Suite B135
Henderson, NV 89012

**Date(s) debt was incurred  3/22/2024, 4/3/2024, and 4/4/2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Expense reimbursements

Is the claim subject to offset? ■ No  ☐ Yes

$220,000.00

---

**3.192**

**Nonpriority creditor's name and mailing address**
NearShore Technology Company LLC
1353 Riverstone Parkway, Suite 120-335
Canton, GA 30114

**Date(s) debt was incurred** _

**Last 4 digits of account number  0261**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Master Services Agreement dated July 8, 2020

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.193**

**Nonpriority creditor's name and mailing address**
Nkaujnaas Kue
11632 Galapago Court
Northglenn, CO 80234

**Date(s) debt was incurred** _

**Last 4 digits of account number  0146**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.194**

**Nonpriority creditor's name and mailing address**
Noah Balch Law P.C.
3101 Ocean Park Blvd Ste 100 PMB 166
Santa Monica, CA 90405

**Date(s) debt was incurred  15-Apr-24**

**Last 4 digits of account number  0353**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Outstanding balance per Invoice #46

Is the claim subject to offset? ■ No  ☐ Yes

$27,259.43

---

| Debtor | **Parlement Technologies, Inc.** | Case number (*if known*) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Noah Mosher**
**101 W 5th Ave**
**Coal Valley, IL 61240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0346**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Noor Al-Enaney**
**19 Western Battery Rd, Unit 2906**
**Toronto**
**ON M6K 0E3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0334**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Nuera Consulting LLC**
**14134 Oakham Street**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0299**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**NV Energy**
**P.O. Box 30073**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0087**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**NV Energy Acct # 556**
**P.O. Box 30073**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0085**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**NV Energy Acct # 932**
**P.O. Box 30073**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0086**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Oaks Technology LLC**
**2701 Landing Way**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0218**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ODP Business Solutions LLC**
**6600 North Military Trail**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0278**

Basis for the claim:  **Credit Agreement dated May 1, 2022**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Offprem Technology LLC**
**12175 Visionary Way, Suite 1020**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0219**

Basis for the claim:  **Salesforce Implementation Service Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oleksii Zaiakin**
**Mayakouskogo St 29**
**Kostiantynivka Village 72364**
**UKRAINE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0088**

Basis for the claim:  **Software Programming Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oleksii Zaiakin**
**Alma-Atynska St.**
**Build. 43-57, fl 99**
**Kyiv**
**UKRAINE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olympic Industries LLC**
**103 Ave De Diego Apt 702**
**San Juan, PR 00901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0279**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olympic Media LLC.**
**1881 N Nash Street # 2301**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0220**

Basis for the claim:  **MASTER SERVICES AGREEMENT dated 11/4/2021**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**On Message LLC**
**1025 1st Street, SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0221**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.209**

**Nonpriority creditor's name and mailing address**

**One Trust LLC**
**1200 Abernathy Rd NE**
**Building 600 Suite 300**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number **0089**

As of the petition filing date, the claim is: *Check all that apply.*               $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210**

**Nonpriority creditor's name and mailing address**

**Outfront Media LLC**
**185 Highway 46**
**Fairfield, NJ 07004**

Date(s) debt was incurred _

Last 4 digits of account number **0284**

As of the petition filing date, the claim is: *Check all that apply.*               $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertiser Agreement dated 6/8/2022**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211**

**Nonpriority creditor's name and mailing address**

**Pager Duty**
**600 Townsend St Suite 200**
**San Franscisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number **0090**

As of the petition filing date, the claim is: *Check all that apply.*               $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212**

**Nonpriority creditor's name and mailing address**

**Pamela Calapai**
**504 Creekstone Ct**
**Dickson, TN 37055**

Date(s) debt was incurred _

Last 4 digits of account number **0321**

As of the petition filing date, the claim is: *Check all that apply.*               $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213**

**Nonpriority creditor's name and mailing address**

**Pamela Hazelton**
**PO Box 153134**
**Cape Coral, FL 33915**

Date(s) debt was incurred _

Last 4 digits of account number **0222**

As of the petition filing date, the claim is: *Check all that apply.*               $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214**

**Nonpriority creditor's name and mailing address**

**Parler 2022, Inc.**
**613 Ewing Avenue**
**Suite 100D**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $234,059.16

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Intercompany receivable / (payable)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215**

**Nonpriority creditor's name and mailing address**

**Patricia Mendez**
**207 Church St.**
**PO Box 125**
**St. Nazianz, WI 54232**

Date(s) debt was incurred _

Last 4 digits of account number **0311**

As of the petition filing date, the claim is: *Check all that apply.*               $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.216** | Nonpriority creditor's name and mailing address
**Patrick J. Haynes III**
**230 W. Munroe, Suite 1920**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.217** | Nonpriority creditor's name and mailing address
**Patrick Williams**
**3710 Exchange Glenwood Place**
**Raleigh, NC 27012**

Date(s) debt was incurred _

Last 4 digits of account number  **0223**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.218** | Nonpriority creditor's name and mailing address
**Patryk Cieszkowski**
**30a High Street**
**Stevenage SG1 3EJ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number  **0092**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Programming Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.219** | Nonpriority creditor's name and mailing address
**Planet Equity Group, LLC**
**2100 Sanders Road**
**Suite 150**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES AGREEMENT dated 7/1/2021**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.220** | Nonpriority creditor's name and mailing address
**Planview Delaware LLC**
**12301 Research Blvd**
**Building 5m Suite 101**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number  **0224**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LeanKit Master Service Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221** | Nonpriority creditor's name and mailing address
**PM Tech LLC**
**5331 Northland Drive**
**Sandy Springs, GA 30342**

Date(s) debt was incurred _

Last 4 digits of account number  **0225**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.222** | Nonpriority creditor's name and mailing address
**Political Media Inc**
**1750 Tysons Blvd, Suite 1500**
**McLean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number  **0226**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Parlement Technologies, Inc.**
_____
Name
Case number (if known)   **24-10755**

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Premier PGR USA Inc**
**7310 Manchaca Road**
**PO Box # 152950**
**Austin, TX 78715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0307**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Premier Productions LLC**
**707 Westchester Dr, Ste 202**
**High Point, NC 27262**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Sublease Termination Agreement re Lease Agreement dated August 30, 2021 with Ink Ventures, LLC as Landlord, as amended by that certain First Amendment to Lease Agreement dated March 15, 2022 re approximately 3,590 renatble square feet in Su**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,846.34 |

**Premier Productions LLC**
**707 Westchester Dr, Ste 202**
**High Point, NC 27262**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Sublease Agreement dated June 30, 2022 re 613 Ewing Avenue, Suites 1B & 1C, Nashville, Tennessee.**

Last 4 digits of account number  **0286**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Prey Inc**
**548 Market St #30152**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0095**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**QA Mentor Inc.**
**17112 Wandering Wave Ave**
**Attn: Ruslan Desyatnikov**
**Boca Raton, FL 33496-5624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0326**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.48 |

**Ramp Business Corporation**
**28 West 23rd Street**
**Floor 2**
**New York, NY 10010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0357**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Wong**
**5145 Golf Rd.**
**Merced, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0333**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RB Staffing LLC**
**2460 Highland Springs Rd**
**Blaine, TN 37709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0359**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rebekah Mercer**
**901 Woodland St., Suite 104**
**Nashville, TN 37206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Red Spark Stategy**
**1922 S Pollard Street**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0097**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RedIron PR**
**dba RedIron PR**
**43561 Michigan Square**
**Leesburg, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing Services**

Last 4 digits of account number  **0098**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Registered Agent Solutions Inc / RASi**
**Registered Agent Solutions, Inc.**
**PO Box 7410517, Dept. 5021**
**Chicago, IL 60674-0517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0297**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Remote Dev Force**
**dba Remote Dev Force**
**4952 S Rainbow Blvd Ste 339**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0039**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | | Case number (if known) | **24-10755** |
|---|---|---|---|---|
| | Name | | | |

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Reza Pourmohammadi PC**
**299 Broadway, Suite 607**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0227**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Rick Spargur**
**3131 Trinity Drive**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0312**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Robert R Sterba**
**603 Hilltop Court**
**Kennedale, TX 76060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0101**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Robins Kaplan LLP**
**800 LaSalle Avenue Ste 2800**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0228**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Rock Creek Advisors LLC**
**888 17th Street NW Suite 810**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0229**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Rogan O'Handley**
**3306 W. Wyoming Circle**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0103**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Ronald Pousson**
**104 Locust Dr**
**Lincoln University, PA 19352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0340**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.243** | Nonpriority creditor's name and mailing address
**Russell Perkins**
675 Princeton Way
Rockwall, TX 75087

Date(s) debt was incurred _
Last 4 digits of account number  **0147**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Independent Contractor Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address
**Ryan J Matze**
10583 Joplin Street
Commerce City, CO 80022

Date(s) debt was incurred _
Last 4 digits of account number  **0230**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address
**Sagemont Real Estate**
2222 12th Ave S, Suite 300
Nashville, TN 37204

Date(s) debt was incurred _
Last 4 digits of account number  **0296**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Exclusive Agency Agreement dated March 2,2023 re 613 Ewing Avenue, Nashville, TN**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address
**Salesforce.com Inc**
PO Box 203141
Dallas, TX 75320

Date(s) debt was incurred _
Last 4 digits of account number  **0262**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ExactTarget - Pro Edition Subscription Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address
**SalesLoft**
1180 W Peachtree St NW Suite 600
Atlanta, GA 30309

Date(s) debt was incurred _
Last 4 digits of account number  **0104**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subscription Services Agreement re Salesloft Enterprise User**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address
**Samuel Lipoff (Sam)**
2877 Paradise Road, Apt 205
Las Vegas, NV 89109

Date(s) debt was incurred _
Last 4 digits of account number  **0341**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address
**Sandra Mayes**
6006 Splitrock Trail
Apex, NC 27539

Date(s) debt was incurred _
Last 4 digits of account number  **0317**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.250** | Nonpriority creditor's name and mailing address
**Schaerr Jaffe LLP**
**1717 K Street NW, Suite 900**
**Washington, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number  **0231**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.251** | Nonpriority creditor's name and mailing address
**ScyllaDB Inc**
**2445 Faber Place, Suite 200**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number  **0105**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.252** | Nonpriority creditor's name and mailing address
**Seaboden Software**
**209 S Stephanie St, B135**
**Henderson, NV 89012**

Date(s) debt was incurred _

Last 4 digits of account number  **0106**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.253** | Nonpriority creditor's name and mailing address
**Sean O'Dea**
**7835 Via Mazarron St.**
**Las Vegas, NV 89123**

Date(s) debt was incurred _

Last 4 digits of account number  **0352**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.254** | Nonpriority creditor's name and mailing address
**SecureDocs Inc**
**6500 Hollister Avenue Suite 110**
**Goleta, CA 93117**

Date(s) debt was incurred _

Last 4 digits of account number  **0258**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.255** | Nonpriority creditor's name and mailing address
**Seth Dillon**
**901 Woodland St., Suite 104**
**Nashville, TN 37206**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.256** | Nonpriority creditor's name and mailing address
**Shamis & Gentile, P.A.**
**14 NE 1st Ave Suite 705**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number  **0355**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharika Sawer**
**73917 Buena Vista Dr**
**Twentynine Plams, CA 92277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0232**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shawnee Digital LLC**
**15 Knoll Ridge Ct**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0233**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sheldon Gabriel**
**814 E 160th Place**
**South Holland, IL 60473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0148**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shirley and McVicker**
**dba Shirley and McVicker**
**1225 King Street Suite 300**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0108**

Basis for the claim:  **Public Relations Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shoobx Inc.**
**292 Newbury Street #322**
**Boston, MA 02115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0349**

Basis for the claim:  **Pricing Agreement dated January 6, 2022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shopify**
**151 O'Connor Street**
**Ground floor**
**Ottawa ON K2P 2L8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim:  **store owner of Parler-Dev**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Signs First**
**2461 Bransford Ave.**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0344**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (*if known*) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.264** | Nonpriority creditor's name and mailing address
**Sikyung Chung**
**9634 Emeraude Ave**
**LasVegas, NY 89147**

Date(s) debt was incurred _

Last 4 digits of account number  **0234**

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address
**Skysilk**
**21601 Devonshire Street Unite 116**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number  **0110**

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rental Agreement With Purchase Option dated January 28, 2021**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address
**Snell & Wilmer**
**1 East Washington St Suite 2700**
**Phoenix, AZ 85004**

Date(s) debt was incurred _

Last 4 digits of account number  **0149**

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Counsel**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address
**Snowdozer LLC**
**10138 Fire Ridge Ct**
**Las Vegas, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number  **0235**

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address
**Softworld, Inc.**
**281 Winter Street**
**1st Floor**
**Waltham, MA 02451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting Services Agreement dated 2/22/2022**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address
**Sonitrol of Southern Nevada**
**3520 E Charleston Blvd**
**PO Box 43052**
**Las Vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number  **0111**

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address
**Sorokac Law Office PLLC**
**8965 South Eastern Avenue, Suite 382**
**Las Vegas, NV 89123**

Date(s) debt was incurred _

Last 4 digits of account number  **0236**

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Parlement Technologies, Inc.**                           Case number (if known)  **24-10755**
_____
Name

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**South Florida Injury Attorneys, PA**
**14 NE 1st Ave**
**Suite 705**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sparkletts & Sierra Springs**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0113**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephanie Nash**
**3983 hwy 41a N**
**Chapel Hill, TN 37034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0301**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Gerber**
**3945 Sendero Dr.**
**Austin, TX 78735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0316**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stimulus Technologies**
**dba Stimulus Technologies**
**PO Box 50563**
**Henderson, NV 89016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0259**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stites & Harbison PLLC**
**401 Commerce Street Suite 800**
**Nashville, TN 37219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0237**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Strategic Rush LLC**
**4428 Taney Avue #402**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0238**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

**3.278** | Nonpriority creditor's name and mailing address
**Switch LTD**
**PO Box 400850**
**Las Vegas, NV 89140**

Date(s) debt was incurred _

Last 4 digits of account number  **0260**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data Center Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address
**Tenant Building Group LLC / TBG**
**2414 Cruzen St.**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number  **0336**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address
**Teya Tietje**
**542 Truffles Street**
**Henderson, NV 89015**

Date(s) debt was incurred _

Last 4 digits of account number  **0117**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address
**The Babylon Bee LLC**
**311 W Indiantown Road Suite 200**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number  **0240**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address
**The Black Vault**
**27305 W Live Oak Blvd. Suite 1203**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number  **0293**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Influencer Agreement date 9/1/2022**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address
**The Capital Club**
**The Capital Club**
**300 First Street DE**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number  **0241**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address
**The Ewing School**
**3916 N Potsdam Ave #2614**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number  **0242**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Last American Vagabond**
1113 Murfreesboro Rd ste106-146
Franklin, TN 37064

Date(s) debt was incurred _

Last 4 digits of account number  **0302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Influencer Agreement dated 10/6/2022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Lincoln National Life Insurance Co**
PO Box 0821
Carol Stream, IL 60132

Date(s) debt was incurred _

Last 4 digits of account number  **0119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Pink Conservative**
315 West Poplar Street
Stockton, CA 95203-2516

Date(s) debt was incurred _

Last 4 digits of account number  **0323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The We Company Management Holdings L.P.**
P.O. Box 309, Ugland House
Grand Cayman, KY1-1104
CAYMAN ISLANDS

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Theo Milo Photography**
28 K St SE #324
Washington, DC 20003

Date(s) debt was incurred _

Last 4 digits of account number  **0120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thurston Fund III, LP**
230 W. Munroe, Suite 1920
att. Patrick J. Haynes III, Manager
Chicago, IL 60607

Date(s) debt was incurred  **3-May-23**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Promissory Note in the principal sum of $600,000.00 plus interest at the rate of 7%**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thurston Fund III, LP**
230 W. Munroe, Suite 1920
att. Patrick J. Haynes III, Manager
Chicago, IL 60607

Date(s) debt was incurred  **5-Jun-23**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Promissory Note  in the principal sum of $2,700,000.00 plus interest at the rate of 12%**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Parlement Technologies, Inc.**                                    Case number (if known)   **24-10755**

Name

| | | | |
|---|---|---|---|
| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Tiago Henriques**<br>**299 Ashby Road**<br>**Sydney**<br>**Nova Scotia B1P 2T5**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:  Influencer Agreement dated 10/5/2022** | |
| | Last 4 digits of account number  **0322** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Timothy Edward Young**<br>**210 M Street SW**<br>**Washington, DC 20024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:  _** | |
| | Last 4 digits of account number  **0243** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Tower59 LLC**<br>**8342 Bridlewood Ct**<br>**Clarkston, MI 48348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:  _** | |
| | Last 4 digits of account number  **0244** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Trang Cao**<br>**c/o Aarons Ward, APC**<br>**23801 Calabasaa Road**<br>**Calabasas, CA 91302** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:  Trang Cao vs. Alchemy Data Centers, LLC, et. al.** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Tribe Global**<br>**1809 Desoto Drive**<br>**McKinney, TX 75072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:  _** | |
| | Last 4 digits of account number  **0123** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Trump International Hotel**<br>**Trump International Hotel Washington DC**<br>**1100 Pennsylvania Avenue NW**<br>**Washington, DC 20004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:  _** | |
| | Last 4 digits of account number  **0125** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Twilio Inc**<br>**375 Beale Street, Suite 300**<br>**San Franscisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:  _** | |
| | Last 4 digits of account number  **0126** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Parlement Technologies, Inc.** | Case number (if known) | **24-10755** |
|---|---|---|---|
| | Name | | |

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Unicorn Wealth, LLC**
**101 Marketside Ave.**
**Ste. 404 #318**
**Ponte Verda, FL 32081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **E-Commerce Strategic Alliance Agreement dated July 19, 2021**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Upchurch Watson White & Max Mediation -**
**1400 Hand Avenue, Suite D**
**Ormond Beach, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0354**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**UPS**
**PO Box 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0130**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Venable LLP**
**750 E. Pratt Street, Suite 900**
**Attn: Cash Operations**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0298**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,940.50 |
|---|---|---|---|

**Verrill Dana, LLP**
**One Portland Square, 10th Floor**
**Portland, ME 04101-5054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0361**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victor Andres Martinez Valdes**
**Bambu 1610, Palmares Residencial**
**Monterrey, Nuevo Leon,**
**CP 64983**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software Programming Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vinson & Elkins LLP**
**1001 Fannin Suite 2300**
**Houston, TX 77002-6760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Parler Cybersecurity**

Last 4 digits of account number  **0245**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Parlement Technologies, Inc.**
_____
Name

Case number (if known) __24-10755__

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vladslav Vcherashnii**
**7724 N Houston Peak St**
**Las Vegas, NV 89166**

Date(s) debt was incurred _

Last 4 digits of account number __0246__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Vladyslav Kulchytskyy**
**20A NW Blvd #118**
**Hashua, NH 03063**

Date(s) debt was incurred _

Last 4 digits of account number __0247__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**VR AR Association**
**1543 Walnut Dr.**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Westwood One**
**dba Westwood One**
**3544 Momentum Place**
**Chicago, IL 60689-5335**

Date(s) debt was incurred _

Last 4 digits of account number __0136__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,370.00 |

**Whitley Penn**
**8343 Douglas Ave**
**suite 400**
**Dallas, TX 75225**

Date(s) debt was incurred _

Last 4 digits of account number __0368__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CPA firm__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Whitley Penn**
**8343 Douglas Ave**
**suite 400**
**Dallas, TX 75225**

Date(s) debt was incurred _

Last 4 digits of account number __0364__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WillDom Global LLC**
**6303 Blue Lagoon Drive**
**Suite 200**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Parlement Technologies, Inc.**                          Case number (if known)    **24-10755**
_____
Name

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.313**

Nonpriority creditor's name and mailing address
**WillDom USA LLC**
**6303 Blue Lagoon Dr**
**Miami, FL 33126**

Date(s) debt was incurred _
Last 4 digits of account number  **0348**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314**

Nonpriority creditor's name and mailing address
**William Doyle**
**501 Swight St #2**
**Coudersport, PA 16915**

Date(s) debt was incurred _
Last 4 digits of account number  **0248**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315**

Nonpriority creditor's name and mailing address
**Wilson Sonsini Goodrich & Rosati**
**650 Page Mill Road**
**Palo Alto, CA 94304-1050**

Date(s) debt was incurred _
Last 4 digits of account number  **0249**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316**

Nonpriority creditor's name and mailing address
**WMBE Payrolling Inc.**
**dba TargetCW**
**9475 Chesapeake Drive**
**San Diego, CA 92123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Master Services Agreement dated July 8, 2020**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317**

Nonpriority creditor's name and mailing address
**WordPress Plugin**
**dba WordPress Plugin**
**5321 Old Stage Road**
**Angier, NC 27501**

Date(s) debt was incurred _
Last 4 digits of account number  **0250**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318**

Nonpriority creditor's name and mailing address
**Workable Inc**
**99 High Street 26th Floor**
**Boston, MA 02110**

Date(s) debt was incurred _
Last 4 digits of account number  **0138**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.319**

Nonpriority creditor's name and mailing address
**X Strategies, LLC**
**Derek Edward Utley**
**250 E Wisconsin Avenue, 18 FL**
**Milwaukee, WI 53202**

Date(s) debt was incurred _
Last 4 digits of account number  **0251**

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Parlement Technologies, Inc.**                          Case number (if known)  **24-10755**
        Name

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Xaviaer DuRousseau**
**4750 Tassajara Road APT5220**
**Dublin, CA 94568**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0308**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yair Netanyahu**
**35 Aza**
**Jerusalem 92383**
**ISRAEL**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0139**

Basis for the claim:  **Independent Contractor Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yan Zubrytskyi**
**Yuvileina St 4, 70411**
**Volodymyivs'ke**
**Zaporizka obl**
**UKRAINE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0140**

Basis for the claim:  **Independent Contractor Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zachary RT Boyd**
**PO Box 1516**
**Hoboken, NJ 07030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0150**

Basis for the claim:  **Independent Contractor Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZJ Events LLC**
**591 Steward Ave Ste 520**
**Garden City, NY 11530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0253**

Basis for the claim:  **Marketing and PR**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZoomInfo Technologies LLC**
**805 Broadway St Ste 900**
**Vancouver, WA 98660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0254**

Basis for the claim:  **Pro Edition Platform Subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor   **Parlement Technologies, Inc.**
Name

Case number (if known)    **24-10755**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | Total of claim amounts |
|---|---|
| 5a. Total claims from Part 1 | 5a. $ **54,561.70** |
| 5b. Total claims from Part 2 | 5b. + $ **16,635,818.79** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ **16,690,380.49** |

**Fill in this information to identify the case:**

Debtor name    **Parlement Technologies, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-10755**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
---|---

2.1. State what the contract or lease is for and the nature of the debtor's interest

**Lease and Occupancy Membership Agreement re WeWork 901 Woodland St 03-109   8 person office**

State the term remaining

List the contract number of any government contract

**901 Woodland St Tenant LLC
901 Woodland St
Nashville, TN 37206**

2.2. State what the contract or lease is for and the nature of the debtor's interest

**Independent Contractor Agreement**

State the term remaining

List the contract number of any government contract

**Alexander Rubin
512 Red Bud Road
Chapel Hill, NC 27514**

2.3. State what the contract or lease is for and the nature of the debtor's interest

**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022**

State the term remaining

List the contract number of any government contract

**Allison Santa Rita
6501 harding pike
apt d15
Nashville, TN 37205**

Debtor 1  **Parlement Technologies, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  **24-10755**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4.** State what the contract or lease is for and the nature of the debtor's interest

**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022**

State the term remaining

List the contract number of any government contract

**Ana Landsverk
130 Burges Drive
Nashville, TN 37209**

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Moving Reimbursement Addendum dated July 7, 2022**

State the term remaining

List the contract number of any government contract

**Ana Landsverk
130 Burges Drive
Nashville, TN 37209**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022**

State the term remaining

List the contract number of any government contract

**Andrew Fleshman
9551 Calumet Court
Brentwood, TN 37027**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Influencer Agreement date 8/25/2022**

State the term remaining

List the contract number of any government contract

**Andy Ngo
6235 SE Grant Street
Portland, OR 97215**

| Debtor 1 | **Parlement Technologies, Inc.** | | | Case number *(if known)* | **24-10755** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Apple Developer Program License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Apple Inc.**<br>**Developer Relations Legal**<br>**One Apple Park Way**<br>**169-4ISM**<br>**Cupertino, CA 95014** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Confidential Settlment Agreement and Release dated February 3, 2024 providing for the closure of AWS accounts xxxxxxxx3740, xxxxxxxx2380, xxxxxxxx3717, xxxxxxxx1645, and xxxxxxxx4853 as well as all resources within those accounts.** | |
|---|---|---|---|
| | State the term remaining | | **AWS**<br>**410 Terry Ave North**<br>**Seattle, WA 98109** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/28/2022** | |
|---|---|---|---|
| | State the term remaining | | **Bailey Blunt**<br>**7600 Cabot Dr**<br>**APT. 1115**<br>**Nashville, TN 37209** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Temporary CFO Services** | |
|---|---|---|---|
| | State the term remaining | | **Barba CFO**<br>**200 Centerville Road, Unit 7**<br>**Warwick, RI 02886** |
| | List the contract number of any government contract | | |

Debtor 1  **Parlement Technologies, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **24-10755**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Advertising Contract** |
| State the term remaining | **Benjamain Johnson** **1505 S Georgia Ave** **Benny LLC** **Tampa, GA 33629** |
| List the contract number of any government contract | |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022** |
| State the term remaining | **Brett Humphreys** **217 Bluebonnet Ridge** **La Vernia, TX 78121** |
| List the contract number of any government contract | |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022** |
| State the term remaining | **Cam Briones** **11587 Fisher** **Warren, MI 48089** |
| List the contract number of any government contract | |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL CONFIDENTIALITY AGREEMENT dated 5/20/2022** |
| State the term remaining | **Cam Briones** **11587 Fisher** **Warren, MI 48089** |
| List the contract number of any government contract | |

Debtor 1    **Parlement Technologies, Inc.**
    First Name       Middle Name       Last Name

Case number *(if known)*    **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Visual and Text Moderation Agreement**

State the term remaining

List the contract number of any government contract

**Castle Global, Inc.**
**575 Market Street**
**15th Floor**
**San Francisco, CA 94105**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Influencer Agreement date 7/21/2022**

State the term remaining

List the contract number of any government contract

**Chandler Crump**
**265 Mitchell Rd.**
**#324**
**Norcross, GA 30091**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022**

State the term remaining

List the contract number of any government contract

**Charles Godewyn**
**46 N Shore Dr**
**Owls Head, ME 04854**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Chase Credit Card Acct 0275**

State the term remaining

List the contract number of any government contract

**Chase Card Services**
**201 N. Walnut Street**
**De1-0153**
**Wilmington, DE 19801**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Chase Credit Card Acct 2255**

State the term remaining

List the contract number of any government contract

**Chase Card Services**
**201 N. Walnut Street**
**De1-0153**
**Wilmington, DE 19801**

---

Debtor 1  **Parlement Technologies, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest **Independent Contractor Agreement dated September 15, 2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Christina Miller**<br>**D/B/A Cerebral Partners**<br>**17170 Harbour Point Drive #632**<br>**Fort Meyers, FL 33908** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest **Ubiquiti AC Pro - Wireless Solution**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Clear Link Systems Inc**<br>**5211 Linbar Drive Suite 500**<br>**Nashville, TN 37211** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest **Contract No. 1039 (IaaS) Sales Orders dated February 9, 2021, and August 11, 2021**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cloudtrek**<br>**2640 Main St**<br>**Irvine, CA 92614** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest **MASTER SERVICES AGREEMENT of January 14, 2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CohnReznick LLP**<br>**14 Sylvan Way**<br>**3rd Floor**<br>**Parsippany, NJ 07054** |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest **MASTER SERVICES AGREEMENT of January 14, 2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CohnReznick LLP**<br>**1301 Avenue of the Americas**<br>**New York, NY 10036** |

Debtor 1   **Parlement Technologies, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**24-10755**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest | **NONDISCLOSURE AGREEMENT dated 1/4/2022** |
| State the term remaining | **CohnReznick LLP** |
| List the contract number of any government contract | **1301 Avenue of the Americas Attn: Marisa Garcia New York, NY 10036** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | **Committed Services Subscription** |
| State the term remaining | **Datadog Inc** |
| List the contract number of any government contract | **620 8th Ave 45 Th Floor New York, NY 10018** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022** |
| State the term remaining | **Denis Elmore** |
| List the contract number of any government contract | **4836 47th St 4C Woodside, NY 11377** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| State the term remaining | **Designers Management Agency** |
| List the contract number of any government contract | **68 White Street 3rd Floor New York, NY 10013** |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | **Temporary CFO Services** |
| State the term remaining | **E78 Partners, LLC** |
| List the contract number of any government contract | **1301 W. 22nd St. Suite 410 Oak Brook, IL 60523** |

Debtor 1    **Parlement Technologies, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **24-10755**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022** | |
| State the term remaining | **Emily Van Fossen** |
| List the contract number of any government contract | **2400 Charlotte Ave Apt. 416 Nashville, TN 37203** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest **Non-Disclosure Agreement dated November 18, 2021** | |
| State the term remaining | **Express VPN International Limited** |
| List the contract number of any government contract | **Mandar House 3rd Floor PO Box 2196 Johnson's Ghut, Tortola BVI** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022** | |
| State the term remaining | **Faith DeGraad** |
| List the contract number of any government contract | **3506 Markham Ct. Virginia Beach, VA 23453** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest **MUTUAL CONFIDENTIALITY AGREEMENT dated 3/9/2022** | |
| State the term remaining | **Faith DeGraad** |
| List the contract number of any government contract | **3506 Markham Ct. Virginia Beach, VA 23453** |

Debtor 1   **Parlement Technologies, Inc.**

First Name      Middle Name      Last Name

Case number *(if known)*   **24-10755**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated November 15, 2022** |
| | State the term remaining | **Frank J. Kinney. III 3550 Royal Tern Circle Boynton Beach, FL 33436** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Freedom Recruiter Recruitment Agreement** |
| | State the term remaining | **Freedom Recruiter, LLC 2900 N Government Way #517 Attn: Anthony Polenski Coeur D Alene, ID 83815** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **CONFIDENTIALITY, NON-DISCLOSURE, NON-DISPARAGEMENT , AND ARBITRATION AGREEMENT dated July 22, 2021** |
| | State the term remaining | **Gary Giulietti Lockton Companies - Hartford 76 Batterson Park Road 3rd floor Farmington, CT 06032** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 11/10/2022** |
| | State the term remaining | **George Farmer 1906 Glen Echo Road Nashville, TN 37215** |
| | List the contract number of any government contract | |

Debtor 1  **Parlement Technologies, Inc.**

First Name    Middle Name    Last Name

Case number (*if known*)  **24-10755**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hildit nn**<br>**Karina Lysenko**<br>**Kharkivs'ka oblast Kharkiv**<br>**Pozdovzhnya St, 1, 92**<br>**UKRAINE** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 9/19/2022** | |
|---|---|---|---|
| | State the term remaining | | **Igor Mark Shalkevich**<br>**159 N. Berwick Lane**<br>**Franklin, TN 37069** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICE AGREEMENT dated May 19, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Inculture Inc**<br>**2929 E 12th Street**<br>**Austin, TX 78702** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated June 30, 2022 re 613 Ewing Avenue, Suite 1D, Nashville, Tennessee.** | |
|---|---|---|---|
| | State the term remaining | | **Ink Ventures LLC**<br>**2222 12th Ave S**<br>**Suite 300**<br>**Nashville, TN 37215** |
| | List the contract number of any government contract | | |

Debtor 1   **Parlement Technologies, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest **Lease Termination Agreement regarding lease Agreement dated June 30, 2022 as assigned pursuant to that certain Consent to Assignmnet and Assumption of Lease dated January 31, 2023 re 613 Ewing Avenue, Suite 1D, Nashville, Tennessee.** | |
| State the term remaining | **Ink Ventures LLC** |
| List the contract number of any government contract | **2222 12th Ave S Suite 300 Nashville, TN 37215** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest **Workforce Optimization Client Services Agreement** | |
| State the term remaining | **Insperity PEO Services, L.P.** |
| List the contract number of any government contract | **1901 Crescent Springs Dr. Kingwood, TX 77339** |
| **2.45.** State what the contract or lease is for and the nature of the debtor's interest **Invictavox Social Networking Software Assignment Agreement dated July 30, 2021** | |
| State the term remaining | **Invictavox Corp.** |
| List the contract number of any government contract | **1906 Glen Echo Road PO Box 158076 Nashville, TN 37125** |
| **2.46.** State what the contract or lease is for and the nature of the debtor's interest **Influencer Agreement date 7/18/2022** | |
| State the term remaining | **Isabella DeLuca** |
| List the contract number of any government contract | **1205 Half St. SE Washington, DC 20003** |

Debtor 1  **Parlement Technologies, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)  **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.47.** State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022** | |
| State the term remaining | | **Jacob Mendez** |
| List the contract number of any government contract | | **W6343 Sonny Dr. Apt# 8 Menasha, WI 54952** |
| **2.48.** State what the contract or lease is for and the nature of the debtor's interest | **Exclusion Rights Agreement dated 2/9/2022** | |
| State the term remaining | | **Jacob Mendez** |
| List the contract number of any government contract | | **W6343 Sonny Dr. Apt# 8 Menasha, WI 54952** |
| **2.49.** State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
| State the term remaining | | **James A. Fafreniere** |
| List the contract number of any government contract | | **2391 Granny Wright Lane Hermitage, TN 37076** |
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL CONFIDENTIALITY AGREEMENT dated 5/20/2022** | |
| State the term remaining | | **James Cody Dumay** |
| List the contract number of any government contract | | **4916 Tradewinds Terrace Ft Lauderdale, FL 33312** |

Debtor 1   **Parlement Technologies, Inc.**                                           Case number *(if known)*   **24-10755**
_____
First Name      Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/28/2022**

State the term remaining

List the contract number of any government contract

**James Meyer**
**6227 Lakeshore Drive**
**Dallas, TX 75214**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

**Employee Confidential and Proprietary Information, Non-Competition, and Inventions Assignment Agreement dated 10/27/2022**

State the term remaining

List the contract number of any government contract

**Jason Neal**
**255 Cross Brook Ln**
**Winchester, KY 40391**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

**Confidentiality Agreement dated 1/18/2022**

State the term remaining

List the contract number of any government contract

**Jefferies LLC**
**520 Madison Avenue**
**Attn: Tina Pappas**
**New York, NY 10022**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 11/1/2022**

State the term remaining

List the contract number of any government contract

**Jeffrey Ladd**
**2575 Ventura circle**
**West Melbourne, FL 32904**

---

Debtor 1  **Parlement Technologies, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **24-10755**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.55. State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022** |
| State the term remaining | |
| List the contract number of any government contract | **Jessica Fuller 261 County Road 4015 Mt Pleasant, TX 75455** |
| 2.56. State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL CONFIDENTIALITY AGREEMENT dated 7/1/2022** |
| State the term remaining | |
| List the contract number of any government contract | **Jessica Fuller 261 County Road 4015 Mt Pleasant, TX 75455** |
| 2.57. State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL CONFIDENTIALITY AGREEMENT dated 9/15/2022** |
| State the term remaining | |
| List the contract number of any government contract | **Jimmy Keady JLK Political Strategies PO Box 14662 Richmont, VA 23221** |
| 2.58. State what the contract or lease is for and the nature of the debtor's interest | **Jobot Client Recruiting Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Jobot LLC 18575 Jamboree Rd, Suite 600 Irvine, CA 92612** |
| 2.59. State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL CONFIDENTIALITY AGREEMENT dated 3/9/2022** |
| State the term remaining | |
| List the contract number of any government contract | **John F. Kiehle 901 Woodland St. Nashville, TN 37206** |

Debtor 1    **Parlement Technologies, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest

**Influencer Agreement date 9/1/2022**

State the term remaining

List the contract number of any government contract

**John Greenewald
The Black Vault
27305 W Live Oak Blvd. Suite 1203
Castaic, CA 91384**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest

**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022**

State the term remaining

List the contract number of any government contract

**Jon Sault
1800 County Road 200B
Burnet, TX 78611**

---

**2.62.** State what the contract or lease is for and the nature of the debtor's interest

**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022**

State the term remaining

List the contract number of any government contract

**Jonathan Cosby
505 Hampton Ridge Rd.
Norcross, GA 30093**

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest

**MUTUAL CONFIDENTIALITY AGREEMENT dated 3/8/2022**

State the term remaining

List the contract number of any government contract

**Jordan Freeman
Marsh McLennan
1801 West End Avenue
Palmer Plaza
Nashville, TN 37203**

---

Debtor 1  **Parlement Technologies, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Select Influencer Agreement dated 2/1/2022** | |
|---|---|---|---|
| | State the term remaining | | **Jordan Fuller Jordan Peterson Podcast Celebrity Talent International 3651 Lindell Road Suite D423A Las Vegas, NV 89103** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/28/2022** | |
|---|---|---|---|
| | State the term remaining | | **Jordan Sutton 3851 W Sunny Hills Pl Tucson, AZ 85741** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated November 2, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Joseph P Monks Jr 4121 NE 8th Pl Cape Coral, FL 33909** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Justin Thomas 83 Ernest W Barret Parkway 1121 Marietta, GA 30066** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Parlement Technologies, Inc.** | | Case number *(if known)* | **24-10755** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 11/2/2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kailain Pavlovsky**<br>**1440 Riverside Drive**<br>**Fenton, MO 63026** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL CONFIDENTIALITY AGREEMENT dated 3/9/2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kailain Pavlovsky**<br>**1440 Riverside Drive**<br>**Fenton, MO 63026** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Karli Karandos**<br>**501 NE 31st. St.**<br>**Apt. #3207**<br>**Miami, FL 33137** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor Agreement dated November 1, 2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Karol Pysniak**<br>**Rogowskiego 9, apt 78**<br>**Lublin**<br>**POLAND** |

Debtor 1   **Parlement Technologies, Inc.**
　　　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*)   **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.72.** State what the contract or lease is for and the nature of the debtor's interest

**Independent Contractor Agreement dated November 2, 2022**

State the term remaining

List the contract number of any government contract

**Katie McKernan
2913 Lockridge Rd SW
Roanoke, VA 24014**

---

**2.73.** State what the contract or lease is for and the nature of the debtor's interest

**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 11/1/2022**

State the term remaining

List the contract number of any government contract

**Kevin Smothers
8325 Telescope Peak Ct.
Las Vegas, NV 89145**

---

**2.74.** State what the contract or lease is for and the nature of the debtor's interest

**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/28/2022**

State the term remaining

List the contract number of any government contract

**Kristen Edgington
613 Ewing Ave
Suite 100D
Nashville, TN 37203**

---

**2.75.** State what the contract or lease is for and the nature of the debtor's interest

**Client Agreement**

State the term remaining

List the contract number of any government contract

**LBMC Staffing Solutions LLC
PO Box 1869
Brentwood, TN 37024**

---

Debtor 1   **Parlement Technologies, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*   **24-10755**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Sage Intacct Advantage Program** | |
|---|---|---|---|
| | State the term remaining | | **LBMC Technology Solutions LLC** |
| | List the contract number of any government contract | | **PO Box 1869** |
| | | | **Brentwood, TN 37024** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL CONFIDENTIALITY AGREEMENT dated 6/30/2022** | |
|---|---|---|---|
| | State the term remaining | | **Legatum Limited** |
| | List the contract number of any government contract | | **Level 2 Legatum Plaza** |
| | | | **Dubai International Financial Center** |
| | | | **PO Box 506625 Dubai** |
| | | | **UAE** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022** | |
|---|---|---|---|
| | State the term remaining | | **Lori Resslar** |
| | List the contract number of any government contract | | **2200 Aureum Dr** |
| | | | **23406** |
| | | | **Franklin, TN 37067** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor Agreement dated November 1, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Lukasz Madon** |
| | List the contract number of any government contract | | **Na Piaski 10E/1** |
| | | | **Zielonki, malopolskie, 32-087** |
| | | | **POLAND** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Acct 5RNQGF5CC** | |
|---|---|---|---|
| | State the term remaining | | **Lumen** |
| | List the contract number of any government contract | | **Level 3 Communications LLC** |
| | | | **PO Box 910182** |
| | | | **Denver, CO 80291-0182** |

Debtor 1  **Parlement Technologies, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)  **24-10755**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.81.** State what the contract or lease is for and the nature of the debtor's interest — **Contract Acct 5SGTVHSFL**

State the term remaining

List the contract number of any government contract

**Lumen**
**1025 Eldorado Blvd**
**Broomfield, CO 80021**

---

**2.82.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022**

State the term remaining

List the contract number of any government contract

**Lyn Meredith**
**10416 9 1/2 Ave.**
**Hanford, CA 93230**

---

**2.83.** State what the contract or lease is for and the nature of the debtor's interest — **Service and Partnership Agreement dated October 20, 2021,**

State the term remaining

List the contract number of any government contract

**Marbell AG**
**Luzernerstrasse 1**
**Rotkreuz 6343**
**SWITZERLAND**

---

**2.84.** State what the contract or lease is for and the nature of the debtor's interest — **Influencer Agreement dated 10/26/2022**

State the term remaining

List the contract number of any government contract

**Marcus Monroe**
**303 E. 94th Street**
**Apt L**
**New York, NY 10128**

---

**2.85.** State what the contract or lease is for and the nature of the debtor's interest — **Independent Contractor Agreement dated August 10, 2022**

State the term remaining

List the contract number of any government contract

**Mario Grillo**
**4966 Broadway**
**Apt 35**
**New York, NY 10034**

---

Debtor 1   **Parlement Technologies, Inc.**
First Name         Middle Name         Last Name

Case number (*if known*)   **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.86.** State what the contract or lease is for and the nature of the debtor's interest — **MUTUAL CONFIDENTIALITY AGREEMENT dated 7/5/2022**

State the term remaining

List the contract number of any government contract

**Mario Grillo**
**4966 Broadway**
**Apt 35**
**New York, NY 10034**

**2.87.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022**

State the term remaining

List the contract number of any government contract

**Mark Townsend**
**1037 Rock Church Road**
**Dickson, TN 37055**

**2.88.** State what the contract or lease is for and the nature of the debtor's interest — **MUTUAL CONFIDENTIALITY AGREEMENT dated 5/11/2022**

State the term remaining

List the contract number of any government contract

**Mark Townsend**
**1037 Rock Church Road**
**Dickson, TN 37055**

**2.89.** State what the contract or lease is for and the nature of the debtor's interest — **Independent Contractor Agreement dated November 2, 2022**

State the term remaining

List the contract number of any government contract

**Mark Williams**
**19805 Bethpage Ct**
**Ashburn, VA 20147**

Debtor 1   **Parlement Technologies, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.90. State what the contract or lease is for and the nature of the debtor's interest **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Mason Ballowe** <br> **309 E Morehead St** <br> **Apt 912** <br> **Charlotte, NC 28202** |
| 2.91. State what the contract or lease is for and the nature of the debtor's interest **MUTUAL CONFIDENTIALITY AGREEMENT dated 10/5/2022** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Matthew Rothschild** <br> **613 Ewing Ave** <br> **Nashville, TN 37203** |
| 2.92. State what the contract or lease is for and the nature of the debtor's interest **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 12/12/2022** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Michael Preston** <br> **1838 Windemere Drive, NE** <br> **Atlanta, GA 30324** |
| 2.93. State what the contract or lease is for and the nature of the debtor's interest **Letter agreement dated March 15, 2023** <br><br> State the term remaining <br><br> List the contract number of any government contract | **MKT World LLC** <br> **3503 Summit Blvd.** <br> **Attn: Melania Trump** <br> **West Palm Beach, FL 33406** |

Debtor 1   **Parlement Technologies, Inc.**
   First Name      Middle Name      Last Name

Case number *(if known)*   **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.94.** State what the contract or lease is for and the nature of the debtor's interest — **CONSULTANCY AGREEMENT DATED 12 OCTOBER 2020**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ncube Limited**<br>**86-90 Paul Street**<br>**London,  EC2A4NE**<br>**UNITED KINGDOM** |
| **2.95.** State what the contract or lease is for and the nature of the debtor's interest — **Mutual Cooperation Agreement dated March 29, 2024**<br><br>State the term remaining<br><br>List the contract number of any government contract | **NDMAscendant, LLC**<br>**209 South Stephanie Street**<br>**Suite B135**<br>**Henderson, NV 89012** |
| **2.96.** State what the contract or lease is for and the nature of the debtor's interest — **Master Services Agreement dated July 8, 2020**<br><br>State the term remaining<br><br>List the contract number of any government contract | **NearShore Technology Company LLC**<br>**1353 Riverstone Parkway, Suite 120-335**<br>**Canton, GA 30114** |
| **2.97.** State what the contract or lease is for and the nature of the debtor's interest — **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Noah Mosher**<br>**4824 52nd Ave**<br>**Moline, IL 61265** |
| **2.98.** State what the contract or lease is for and the nature of the debtor's interest — **Independent Contractor Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Noah Mosher**<br>**101 W 5th Ave**<br>**Coal Valley, IL 61240** |

Debtor 1  **Parlement Technologies, Inc.**

First Name       Middle Name       Last Name

Case number *(if known)*  **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.99.** State what the contract or lease is for and the nature of the debtor's interest — **Credit Agreement dated May 1, 2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ODP Business Solutions LLC<br>6600 North Military Trail<br>Boca Raton, FL 33496** |
| **2.100.** State what the contract or lease is for and the nature of the debtor's interest — **Salesforce Implementation Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Offprem Technology LLC<br>12175 Visionary Way, Suite 1020<br>Fishers, IN 46038** |
| **2.101.** State what the contract or lease is for and the nature of the debtor's interest — **Contractor Agreement dated November 21, 2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Olekii (Alex) Zaikin<br>Dniprovkiy District<br>Almatynska St. 43/47<br>Kyviv<br>UKRAINE** |
| **2.102.** State what the contract or lease is for and the nature of the debtor's interest — **MASTER SERVICES AGREEMENT dated 11/4/2021**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Olympic Media LLC<br>1881 N Nash Street # 2301<br>Arlington, VA 22209** |

| Debtor 1 | **Parlement Technologies, Inc.** | | Case number *(if known)* | **24-10755** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement dated April 7, 2023 including certain contracts, intellectual property, programmers' notes and logs, and all social media accounts of wholly owned subsidiary Parler 2022, Inc., in exchange for assumption of certain liabilities, $200,000.00 cash at closing plus a percent of future net revenue not less than $2.1 million or more than $3 million.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Olympic Media LLC.**<br>**1881 N Nash Street # 2301**<br>**Arlington, VA 22209** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL CONFIDENTIALITY AGREEMENT dated 2/23/2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Oracle America, Inc.**<br>**500 Oracle Parkway**<br>**Redwood Shores, CA 94065** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Oracle Cloud Services Agreement v040119 for Oracle America, Inc.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Oracle America, Inc.**<br>**500 Oracle Parkway**<br>**Redwood Shores, CA 94065** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Advertiser Agreement dated 6/8/2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Outfront Media Inc.**<br>**185 Highway 46**<br>**Fairfield, NJ 07004** |

| Debtor 1 | **Parlement Technologies, Inc.** | | Case number (*if known*) | **24-10755** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/29/2022** | |
|---|---|---|---|
| | State the term remaining | | **Pamela Hazelton** |
| | List the contract number of any government contract | | **4121 NE 8th Pl** **Cape Coral, FL 33909** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 12/13/2022** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Galbraith** |
| | List the contract number of any government contract | | **608 Jarmany Hill Rd.** **Sharon, NH 03458** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Premier Services v1.1 Agreement** | |
|---|---|---|---|
| | State the term remaining | | **PGR USA Inc** **Tower 49** **15th Floor,** |
| | List the contract number of any government contract | | **12 E 49th St** **New York, NY 10017** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT dated 7/1/2021** | |
|---|---|---|---|
| | State the term remaining | | **Planet Equity Group, LLC** **2100 Sanders Road** **Suite 150** |
| | List the contract number of any government contract | | **Northbrook, IL 60062** |

| Debtor 1 | **Parlement Technologies, Inc.** | | | Case number *(if known)* | **24-10755** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **LeanKit Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Planview Delaware LLC**<br>**12301 Research Blvd**<br>**Building 5m Suite 101**<br>**Austin, TX** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement dated June 30, 2022 re 613 Ewing Avenue, Suites 1B & 1C, Nashville, Tennessee.** | |
|---|---|---|---|
| | State the term remaining | | **Premier Productions LLC**<br>**707 Westchester Dr.**<br>**Ste 202**<br>**High Point, NC 27262** |
| | List the contract number of any government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Termination Agreement re Lease Agreement dated August 30, 2021 with Ink Ventures, LLC as Landlord, as amended by that certain First Amendment to Lease Agreement dated March 15, 2022 re approximately 3,590 renatble square feet in Su** | |
|---|---|---|---|
| | State the term remaining | | **Premier Productions LLC**<br>**707 Westchester Dr, Ste 202**<br>**High Point, NC 27262** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Publisher Agreement** | |
|---|---|---|---|
| | State the term remaining | | **REVCONTENT, LLC**<br>**1689 2nd Street**<br>**Sarasota, FL 34236** |
| | List the contract number of any government contract | | |

Debtor 1   **Parlement Technologies, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **24-10755**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.115.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Rita Yao**<br>**391 Marina Dr**<br>**Brea, CA 92821** |
| **2.116.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ron Pousson**<br>**104 Locust Drive**<br>**Lincoln University, PA 19352** |
| **2.117.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ronald Jack Jenkins Jr**<br>**30478 Saint Onge Circle**<br>**Warren, MI 48088** |
| **2.118.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Independent Contractor Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Russell Perkins**<br>**675 Princeton Way**<br>**Rockwall, TX 75087** |

Debtor 1  **Parlement Technologies, Inc.**
_____
First Name         Middle Name          Last Name

Case number (*if known*)   **24-10755**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Influencer Agreement dated 10/6/2022** | |
|---|---|---|---|
| | State the term remaining | | **Ryan Cristian**<br>**The Last AmericanVagabond**<br>**1113 Murfreesboro Rd.**<br>**Ste 106-146**<br>**Franklin, TN 37064** |
| | List the contract number of any government contract | | |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Agency Agreement dated March 2, 2023** | |
|---|---|---|---|
| | State the term remaining | | **Sagemont Real Estate**<br>**2222 12th Ave S, Suite 300**<br>**Nashville, TN 37204** |
| | List the contract number of any government contract | | |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Agency Agreement dated March 2,2023 re 613 Ewing Avenue, Nashville, TN** | |
|---|---|---|---|
| | State the term remaining | | **Sagemont Real Estate**<br>**2222 12th Ave S, Suite 300**<br>**Nashville, TN 37204** |
| | List the contract number of any government contract | | |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **ExactTarget - Pro Edition Subscription Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Salesforce.com Inc**<br>**PO Box 203141**<br>**Dallas, TX 75320** |
| | List the contract number of any government contract | | |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Services Agreement re Salesloft Enterprise User** | |
|---|---|---|---|
| | State the term remaining | | **SalesLoft**<br>**1180 W Peachtree St NW**<br>**Suite 600**<br>**Atlanta, GA 30309** |
| | List the contract number of any government contract | | |

Debtor 1  **Parlement Technologies, Inc.**
_____

First Name          Middle Name          Last Name

Case number (*if known*)    **24-10755**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.124.** State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022** | |
| State the term remaining | |
| List the contract number of any government contract | **Samantha Von Voigt** **3219 Gardendale Drive** **Franklin, TN 37064** |
| **2.125.** State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022** | |
| State the term remaining | |
| List the contract number of any government contract | **Samuel Ferguson-Ward** **6525 Elm Springs Ct** **Las Vegas, NV 89148** |
| **2.126.** State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 11/1/2022** | |
| State the term remaining | |
| List the contract number of any government contract | **Sean O'Dea** **7835 Via Mazarron St** **Las Vegas, NV 89123** |

Debtor 1   **Parlement Technologies, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)   **24-10755**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.127. State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022** |
| State the term remaining<br><br>List the contract number of any government contract | **Shaun Jackson<br>1036 Elmshade Ln<br>Nashville, TN 37211** |
| 2.128. State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022** |
| State the term remaining<br><br>List the contract number of any government contract | **Shayne SantaLucia<br>229 Leah ct<br>Gallatin, TN 37066** |
| 2.129. State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement dated January 6, 2022** |
| State the term remaining<br><br>List the contract number of any government contract | **Shoobx Inc.<br>292 Newbury Street #322<br>Boston, MA 02115** |
| 2.130. State what the contract or lease is for and the nature of the debtor's interest | **store owner of Parler-Dev** |
| State the term remaining<br><br>List the contract number of any government contract | **Shopify<br>151 O'Connor Street<br>Ground floor<br>Ottawa ON K2P 2L8<br>CANADA** |

Debtor 1   **Parlement Technologies, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.131.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Rental Agreement With Purchase Option dated January 28, 2021**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Skysilk Cloud Services**<br>**21601 Devonshire Street Unite 116**<br>**Chatsworth, CA 91311** |
| **2.132.** State what the contract or lease is for and the nature of the debtor's interest — **Mutual Confidentiality And Non-Disclosure Agreement dated 1/21/2021**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Skysilk Inc.**<br>**7663 N. San Fernando Rd**<br>**Attn: Kevin D, Matossian, CEO**<br>**Burbank, CA 91505** |
| **2.133.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Services Agreement dated 2/22/2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Softworld, Inc.**<br>**281 Winter Street**<br>**1st Floor**<br>**Waltham, MA 02451** |
| **2.134.** State what the contract or lease is for and the nature of the debtor's interest — **NFT Design and Sales Agreement dated June 24, 2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **The Officer Tatum LLC**<br>**17255 N 82nd St**<br>**Suite 100**<br>**Scottsdale, AZ 85255** |
| **2.135.** State what the contract or lease is for and the nature of the debtor's interest — **Confidentiality And Non-Disclosure Agreement dated 6/21/2021**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Thurston Group, LLC**<br>**230 W. Munroe, Suite 1920**<br>**Chicago, IL 60607** |

Debtor 1   **Parlement Technologies, Inc.**                                    Case number *(if known)*   **24-10755**
　　　　　　First Name　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.136. State what the contract or lease is for and the nature of the debtor's interest<br><br>　State the term remaining<br><br>　List the contract number of any government contract<br><br>**Influencer Agreement dated 10/5/2022** | **Tiago Henriques**<br>**299 Ashby Road**<br>**Sydney**<br>**Nova Scotia B1P 2T5**<br>**CANADA** |
| 2.137. State what the contract or lease is for and the nature of the debtor's interest<br><br>　State the term remaining<br><br>　List the contract number of any government contract<br><br>**EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/31/2022** | **Tim Cook**<br>**1246 E Cambridge St.**<br>**Springfield, MO 65804** |
| 2.138. State what the contract or lease is for and the nature of the debtor's interest<br><br>　State the term remaining<br><br>　List the contract number of any government contract<br><br>**MUTUAL CONFIDENTIALITY AGREEMENT dated 7/5/2022** | **Tim Cook**<br>**1246 E Cambridge St.**<br>**Springfield, MO 65804** |
| 2.139. State what the contract or lease is for and the nature of the debtor's interest<br><br>　State the term remaining<br><br>　List the contract number of any government contract<br><br>**MUTUAL CONFIDENTIALITY AGREEMENT dated 6/23/2022** | **Turning Point USA**<br>**4940 East Beverly Road**<br>**Attn: Tyler Bowyer, COO**<br>**Phoenix, AZ 85044** |
| 2.140. State what the contract or lease is for and the nature of the debtor's interest<br><br>　State the term remaining<br><br>　List the contract number of any government contract<br><br>**E-Commerce Strategic Alliance Agreement dated July 19, 2021** | **Unicorn Wealth, LLC**<br>**101 Marketside Ave.**<br>**Ste. 404 #318**<br>**Ponte Verda, FL 32081** |

Debtor 1    **Parlement Technologies, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.141.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Contractor Agreement dated November 1, 2022** <br><br> **Victor Andres Martinez Valdes** <br> **Bambu 1610, Palmares Residential** <br> **Monterrey, Nuevo Leon,** <br> **CP 64983** <br> **MEXICO** |
| **2.142.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **MUTUAL CONFIDENTIALITY AGREEMENT dated 6/8/2022** <br><br> **Victor Andres Martinez Valdes** <br> **Bambu 1610, Palmares Residential** <br> **Monterrey, Nuevo Leon,** <br> **CP 64983** <br> **MEXICO** |
| **2.143.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Mutual Cooperation Agreement dated March 29, 2024** <br><br> **Vincent Vuong** <br> **4200 Paradise Road** <br> **Apt 2110** <br> **Las Vegas, NV 89169** |
| **2.144.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 9/14/2022** <br><br> **Vinh Duc Vuong** <br> **422 Paradise Road** <br> **Apt 2110** <br> **Las Vegas, NV 89169** |

Debtor 1    **Parlement Technologies, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **24-10755**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.145.** State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022** | |
| State the term remaining | | **Vlad Kulchitski** |
| List the contract number of any government contract | | **20A NW Blvd #118 Nashua, NH 03063** |
| **2.146.** State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE CONFIDENTIAL AND PROPRIETARY INFORMATION, NON-COMPETITION, AND INVENTIONS ASSIGNMENT AGREEMENT dated 10/27/2022** | |
| State the term remaining | | **Vlad Vcherashnii** |
| List the contract number of any government contract | | **7724 Houston Peak Str Las Vegas, NV 89166** |
| **2.147.** State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated July 8, 2020** | |
| State the term remaining | | **WMBE Payrolling Inc.** |
| List the contract number of any government contract | | **dba TargetCW 9475 Chesapeake Drive San Diego, CA 92123** |
| **2.148.** State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
| State the term remaining | | **Yair Netanyahu** |
| List the contract number of any government contract | | **Hadar 69 Caesarea ISRAEL** |

Debtor 1    **Parlement Technologies, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **24-10755**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor Agreement dated November 1, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Yan Zubrytskyi Yuvileina St 4, 70411 Volodymyivs'ke Zaporizka obl UKRAINE** |
| | List the contract number of any government contract | | |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated March7, 2022** | |
|---|---|---|---|
| | State the term remaining | | **Zachary R.T. Boyd 975 Sherman Avenue Apt 43N Bronx, NY 10456** |
| | List the contract number of any government contract | | |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **MUTUAL CONFIDENTIALITY AGREEMENT dated 7/11/2022** | |
|---|---|---|---|
| | State the term remaining | | **Zachary R.T. Boyd 975 Sherman Avenue Apt 43N Bronx, NY 10456** |
| | List the contract number of any government contract | | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Pro Edition Platform Subscription** | |
|---|---|---|---|
| | State the term remaining | | **ZoomInfo Technologies LLC 805 Broadway St. Suite 900 Vancouver, WA 98660** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Parlement Technologies, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **24-10755**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Parlement Technologies, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **24-10755** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,202,211.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$15,520,540.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$8,340,666.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Parlement Technologies, Inc.**                                    Case number (if known) **24-10755**

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Igor and Elita Shalkevich Trust 159 North Berwick Lane Franklin, TN 37069 Officer family trust** | **4/28/2023 $356,802.31 6/6/2023 $356,802.31 6/27/2023 $356,802.31 7/28/2023 $356,802.31 8/28/2023 $356,802.31** | **$1,784,011.55** | **Post-closing consideration payments** |
| 4.2. **Mireille O Rostamian 12168 Woodley Ave Granada Hills, CA 91344-2845 Officer of affiliate** | **4/28/2023 $180,555.56 5/31/2023 $180,555.56 6/27/2023 $180,555.56 7/28/2023 $180,555.56 8/28/2023 $180,555.56** | **$902,777.80** | **Post-closing consideration payments** |
| 4.3. **THE VUONG FAMILY REVOCABLE TRUST 4200 Paradise Road Apt 2110 Las Vegas, NV 89169 Officer family trust** | **5/17/2023 $20,000.00 6/9/2023 $478,680.10 7/5/2023 $25.00 7/5/2023 $95,463.27** | **$594,168.37** | **Post-closing consideration payments** |
| 4.4. **Unknown** | **Unknown** | **Unknown** | **Debtor has had no access to the following bank accounts to determine the value of any payments to insider creditors during the last 90 days: Studio Bank accounts ending 9377, 6698, 2674, 5128, 0296, 0846; JPMorgan Chase Bank account ending 7696, 0711, 8506, 8522, 8525, 7187, 0729; Payward, Inc. (d/b/a Kraken) account, Bitpay account and Stripe account.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

| Debtor | Parlement Technologies, Inc. | Case number (if known) | 24-10755 |
|---|---|---|---|

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **46 Labs v. Parler LLC**<br>**2:21-cv-01006** | **Filed on May 26, 2021, and alleges violations of the Lanham Act (statutory trademark and false association), in addition to similar state law claims. 46 Labs claims that Seller's "P" mark, which Seller used through the late winter of 2021 before discontinuing it, infringed on 46 Labs' "Peeredge" "P" mark, which 46 Labs claims is almost identical.** | **U.S. Dist. Ct. D. Nev.**<br>**400 S. Virginia St**<br>**Reno, NV 89501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **John Matze v. Parler LLC, et al.**<br>**A-21-831556-B** | **Filed on March 22, 2021. Matze is a former member, manager, and CEO of Parler LLC, predecessor to Seller. In connection with Parler LLC's purchase of his full membership interest, Matze asserts that he did not engage in misconduct and disputes the purchase price of his membership interest.** | **Clark County, NV, 8th Judicial District** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Parlement Technologies, Inc.**                    Case number *(if known)*  **24-10755**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **Parler LLC v. Amazon Web Services. Inc.**<br>**KCSC No. 21-2-02856-6 SEA** | **On March 2, 2021, Parler LLC sued Amazon in Washington state court for numerous violations of Washington law committed by Amazon in connection with Amazon's termination of its web services to Parler LLC in January of 2021.** | **Washington State King County Superior Co**<br>**516 Third Avenue**<br>**Seattle, WA 98104** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4.  **Migliano v. Parler Inc.**<br>**0:22-cv-61805-RKA** | **Action alleges Parler, Inc. is liable for alleged violations of the federal Telephone Consumer Protection Act, as well as the Florida Telephone Solicitation Act. Parler, Inc.and Migliano agreed to a settlement which has been paid and the case has been voluntarily dismissed (with prejudice as to Migliano).** | **Fed. D. Ct., S. D. of Florida** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5.  **Golden v. Parler Inc.** | **TCPA litigation based on a series of text messages its vendor Olympic Media sent to users in 2022** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6.  **Copeland v. Parler Inc.** | **TCPA litigation based on a series of text messages its vendor Olympic Media sent to users in 2022** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Parlement Technologies, Inc.** | | Case number *(if known)* **24-10755** |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **FTC v. Meta Platforms, Inc.**<br>**1:20-cv-03590** | **On April 4, 2022 and May 17, 2022, Parler, Inc. received non-party subpoenas from Meta and the FTC, respectively, in connection with the FTC's antitrust case against Meta. The subpoenas sought various policies and financial and business planning documents, as well as user usage metrics. Parler, Inc. agreed to provide a narrow scope of responsive documents to Meta and the FTC.** | **D.D.C. 2021** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **House Oversight Committee** | **Parler, Inc. engaged outside counsel to respond to the House Oversight Committee, and provided such response on March 25, 2021. After providing a final response to a small set of follow-up questions from the House Oversight Committee on April 8, 2021, Parler, Inc. has not received any further requests and does not expect further inquiries.** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor  **Parlement Technologies, Inc.**                                    Case number *(if known)*  **24-10755**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **House Select Committee** | **Parler, Inc. engaged outside counsel to respond to the House Select Committee and made a voluntary document production to the House Select Committee on September 9, 2021. In March 2022, the House Select Committee contacted Parler, Inc. again to obtain additional information and to request an interview of a Parler, Inc. employee. Parler, Inc. did not receive a subpoena from the House Select Committee before the committee disbanded and does not expect further contact.** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **California Attorney General** | **On November 19, 2020, Parler, Inc. received a letter from the California Attorney General's Office requesting that it voluntarily provide information about its compliance with the California Consumer Privacy Act. Parler, Inc. amended its CCPA policy in late 2020 and submitted a response to the California AG's inquiries on May 18, 2021. Parler, Inc. has not received and does not expect any further requests.** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    Parlement Technologies, Inc.                               Case number *(if known)*  24-10755

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | **FTC** | **On February 16, 2021, Parler, Inc. received a confidential Civil Investigative Demand from the Federal Trade Commission requesting information and documents relating to a public scraping incident on Parler's platform on or around January 10, 2021 and Parler, Inc.'s data security practices. Parler, Inc. submitted responses to the CID on March 31, 2021 and June 4, 2021 and on September 3, 2021. The FTC informed Parler, Inc. that FTC staff does not anticipate taking any further action.** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | **Flynn, et al. v. Cable News Network<br>1 :2 1 -cv-02587** | **On April 22, 2022, Parler, Inc. received a third-party subpoena demanding production of certain information. Parler, Inc. produced responsive documents and does not expect any further demands** | **S.D.N.Y<br>500 Pearl St<br>New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | **Smocks v. Parler LLC et al<br>4:2023cv00462** | **Personal injury negligence relating to censorship** | **US District Court Eastern District of TX<br>Jack Brooks Federal Building and United<br>300 Willow Street<br>Suite 104<br>Beaumont, TX 77701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Parlement Technologies, Inc.**                         Case number *(if known)*    **24-10755**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14. | **Trang Cao vs. Alchemy Data Centers, LLC, et. al.**<br>**23stcv16150** | **Employee Litigation-Wrongful Termination** | **Superior Court of California County of Los Angeles**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Carlsberg LAX Center, LLC vs. Alchemy Data Centers, LLC et. al.**<br>**23stcv31270** | **Voidable Transfer** | **Superior Court of California County of Los Angeles**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Lorrie Feldhouse vs. Parler Inc.** | **Lead plaintiff in class action lawsuit re Florida Telephone Solicitation Act** | **Sixth Judicial Circuit Court Pinellas County**<br>**14250 49th St N**<br>**Clearwater, FL 33762** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Parlement Technologies, Inc.**                                    Case number *(if known)*  **24-10755**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bielli & Klauder**<br>**1204 N. King Street**<br>**Wilmington, DE 19801** | | **3/22/2024** | **$100,000.00** |
| | **Email or website address**<br>**bk-legal.com** | | | |
| | **Who made the payment, if not debtor?**<br>**NDMAscendant LLC** | | | |
| 11.2. | **Verdolino & Lowey PC**<br>**Pine Brook Office Park**<br>**124 Washington St.**<br>**Foxboro, MA 02035** | | **4/3/2024** | **$60,000.00** |
| | **Email or website address**<br>**vlpc.com** | | | |
| | **Who made the payment, if not debtor?**<br>**NDMAscendant LLC** | | | |
| 11.3. | **Gray & Company LLC**<br>**207 Union Wharf**<br>**Boston, MA 02109** | | **4/4/2024** | **$60,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**NDMAscendant LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Debtor | Parlement Technologies, Inc. | | Case number *(if known)* | **24-10755** |
|---|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Olympic Media LLC.**<br>**1881 N Nash Street # 2301**<br>**Arlington, VA 22209** | **Certain contracts, intellectual property,<br>programmers' notes and logs, and all<br>social media accounts of wholly owned<br>subsidiary Parler 2022, Inc., in exchange<br>for assumption of certain liabilities,<br>$200,000.00 cash at closing plus a<br>percent of future net revenue not less<br>than $2.1 million or more than $3 million,<br>as set forth in that Asset Purchase<br>Agreement dated April 7, 2023.** | **April 7, 2023** | **$3,000,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Amy Peikoff**<br>**10900 Research Blvd. 160C,**<br>**#172**<br>**Austin, TX 78759** | **WIRE TRANSFER TO AMY PEIKOFF** | **4/11/2023** | **$15,874.00** |
| | Relationship to debtor<br>**Chief Policy Officer** | | | |
| 13.3. | **Christina Cravens**<br>**c/o Redjack**<br>**8403 Colesville Road**<br>**Suite #307**<br>**Silver Spring, MD 20910** | **WIRE TRANSFER TO CHRISTINA MARIE<br>CRAVENS** | **4/18/23** | **$14,842.00** |
| | Relationship to debtor<br>**Chief Marketing Officer** | | | |
| 13.4. | **Michael Preston**<br>**1838 Windemere Drive, NE**<br>**Atlanta, GA 30324** | **WIRE TRANSFER TO MICHAEL<br>PRESTON** | **5/4/2023** | **$18,806.00** |
| | Relationship to debtor<br>**Chief Product Officer** | | | |
| 13.5. | **Michael Hebert**<br>**901 Woodland St., Suite 104**<br>**Nashville, TN 37206** | **WIRE TRANSFER TO MICHAEL HEBERT** | **6/12/2023** | **$35,663.00** |
| | Relationship to debtor<br>**Chief Operating Officer** | | | |
| 13.6. | **Patrick Gallbraith**<br>**608 Jarmany Hill Rd.**<br>**Sharon, NH 03458** | **Recording Loan to Patrick Gallbraith** | **10/16/23** | **$35,340.00** |
| | Relationship to debtor<br>**Chief Information Officer** | | | |

| Debtor | Parlement Technologies, Inc. | Case number (if known) | 24-10755 |
|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.7. | | Rights to all outstanding shares of<br>Dynascale, Inc. and Alchemy Data<br>Centers, LLC pledged as Collateral to<br>that certainTransaction Agreement dated<br>September 19, 2022. | | |
| | **Vinh Vuong<br>4200 Paradise Road<br>Apt 2110<br>Las Vegas, NV 89169** | **On March 6, 2024 a strategic investor<br>with signifcant industy experience<br>submitted a Letter Of Intent to acquire<br>substantially all of the Collateral for $16<br>million.** | **February 20,<br>2024** | **$16,000,000.00** |
| | Relationship to debtor<br>**Chief Technology Officer** | | | |

---

### Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **209 South Stephanie Street<br>B212<br>Henderson, NV 89012** | **May 17, 2018 - August 2, 2021** |
| 14.2. | **901 Woodland Street<br>Suite 104<br>Nashville, TN 37206** | **August 2, 2021 - July 21, 2022** |
| 14.3. | **2640 Main Street<br>Irvine, CA 92614** | **Sept 19, 2022 - Feb 20, 2024** |
| 14.4. | **5955 De Soto Avenue<br>Suite 220<br>Woodland Hills, CA 91367** | **Sept 19, 2022 - Feb 20, 2024** |
| 14.5. | **2 Roosevelt Avenue<br>Port Jefferson Station, NY 11776** | **2019 - 2020** |

---

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

---

| Debtor | Parlement Technologies, Inc. | | Case number *(if known)* | 24-10755 |
|---|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

   **Name and address**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **Insperity 401K Plan** | EIN: |

   Has the plan been terminated?
   ■ No
   ☐ Yes

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Studio Bank**<br>**124 12th Avenue South**<br>**Suite 400**<br>**Nashville, TN 37203** | **XXXX-0846** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |
| 18.2. | **Studio Bank**<br>**124 12th Avenue South**<br>**Suite 400**<br>**Nashville, TN 37203** | **XXXX-9377** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |
| 18.3. | **Studio Bank**<br>**124 12th Avenue South**<br>**Suite 400**<br>**Nashville, TN 37203** | **XXXX-6698** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |

| Debtor | **Parlement Technologies, Inc.** | | Case number *(if known)* | **24-10755** |
|---|---|---|---|---|

| | **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|---|
| 18.4. | **Studio Bank**<br>**124 12th Avenue South**<br>**Suite 400**<br>**Nashville, TN 37203** | **XXXX-2674** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |
| 18.5. | **Studio Bank**<br>**124 12th Avenue South**<br>**Suite 400**<br>**Nashville, TN 37203** | **XXXX-5128** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |
| 18.6. | **Studio Bank**<br>**124 12th Avenue South**<br>**Suite 400**<br>**Nashville, TN 37203** | **XXXX-0296** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |
| 18.7. | **JPMorgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH 43218-2051** | **XXXX-7696** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |
| 18.8. | **JPMorgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH 43218-2051** | **XXXX-0711** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Payroll** | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |
| 18.9. | **JPMorgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH 43218-2051** | **XXXX-8506** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Marketing** | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |
| 18.10. | **JPMorgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH 43218-2051** | **XXXX-8522** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |
| 18.11. | **JPMorgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH 43218-2051** | **XXXX-8525** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2024 (see transfer to Vinh Vuong question 13.7)** | **Unknown** |

| Debtor | Parlement Technologies, Inc. | | Case number (if known) | 24-10755 |
|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.12. | JPMorgan Chase Bank, N.A. PO Box 182051 Columbus, OH 43218-2051 | XXXX-7187 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | February 20, 2024 (see transfer to Vinh Vuong question 13.7) | Unknown |
| 18.13. | JPMorgan Chase Bank, N.A. PO Box 182051 Columbus, OH 43218-2051 | XXXX-0729 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | February 20, 2024 (see transfer to Vinh Vuong question 13.7) | Unknown |
| 18.14. | Payward, Inc. (d/b/a Kraken) 237 Kearny St., #102 San Francisco, CA 94108 | XXXX-DIFY | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other__ | February 20, 2024 (see transfer to Vinh Vuong question 13.7) | Unknown |
| 18.15. | BitPay, Inc. 1201 W Peachtree St NW Ste 2625, PMB 91017 Attn: General Counsel Atlanta, GA 30309-3499 | XXXX-Unk | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other__ | February 20, 2024 (see transfer to Vinh Vuong question 13.7) | Unknown |
| 18.16. | Stripe, Inc. 354 Oyster Point Boulevard South San Francisco, CA 94080 | XXXX-nhly | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other__ | February 20, 2024 (see transfer to Vinh Vuong question 13.7) | Unknown |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **Parlement Technologies, Inc.**                                    Case number *(if known)*  **24-10755**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **All Storage Anthem**<br>**2620 Horizon Ridge Parkway**<br>**Unit B405**<br>**Henderson, NV 89052** | **Tiffany Petrillo**<br>**805 Addagio St.**<br>**Henderson, NV 89052**<br><br>**Kevin Smothers**<br>**Parler**<br>**2620 West Horizon Ridge Parkway**<br>**Henderson, Nevada 89052** | | ■ No<br>☐ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Debtor   Parlement Technologies, Inc. _____   Case number (if known)   24-10755

Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Parler LLC**<br>**209 South Stephanie Street**<br>**Suite B135**<br>**Henderson, NV 89012** | **Social Media Platform** | EIN: **83-0626094**<br><br>From-To **May 17, 2018 - August 2, 2021** |
| 25.2. **Parler Inc.**<br>**901 Woodland Street**<br>**Suite 104**<br>**Nashville, TN 37206** | **Social Media Platform** | EIN: **87-2245216**<br><br>From-To **August 2, 2021 - July 21, 2022** |
| 25.3. **Parler 2022, Inc.**<br>**613 Ewing Avenue**<br>**Suite 100D**<br>**Nashville, TN 37203** | **Social Media Platform** | EIN: **88-3096091**<br><br>From-To **Formed June 27, 2022** |
| 25.4. **Parlement Acquisition Co., LLC**<br>**631 Ewing Avenue**<br>**Suite 1D**<br>**Nashville, TN 37203** | **NFT Development and Marketing f/k/a Deep Red Sky, LLC** | EIN:<br><br>From-To **February 4, 2022** |
| 25.5. **Dynascale Inc**<br>**2640 Main Street**<br>**Irvine, CA 92614** | **Internet Cloud Hosting Services** | EIN: **35-2579669**<br><br>From-To **Sept 19, 2022 - Feb 20, 2024** |
| 25.6. **Alchemy Data Centers, LLC**<br>**2640 MAIN STREET**<br>**Irvine, CA 92614** | **Data Center** | EIN:<br><br>From-To **Sept 19, 2022 - Feb 20, 2024** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Jacqui James Varga, CPA**<br>**Golub, LaCapra, Wilson & DeTiberiis LLP**<br>**2 Roosevelt Avenue**<br>**Port Jefferson Station, NY 11776** | **2018 - 2021** |
| 26a.2. **Stephanie Brunjes**<br>**Golub, LaCapra, Wilson & DeTiberiis LLP**<br>**2 Roosevelt Avenue**<br>**Port Jefferson Station, NY 11776** | **2018 - 2023** |
| 26a.3. **Kory Harvey**<br>**459 Beechwood Circle**<br>**Burns, TN 37029** | **2022 - 2023** |

| Debtor | Parlement Technologies, Inc. | Case number *(if known)* | 24-10755 |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.4. **Rita Yao**<br>391 Marina Dr<br>Brea, CA 92821 | **2022 - 2023** |
| 26a.5. **Andrew Fleshman**<br>9551 Calumet Court<br>TN 37000 | **2022 - 2023** |
| 26a.6. **LBMC Staffing Solutions LLC**<br>PO Box 1869<br>Brentwood, TN 37024 | **2022 - 2023** |
| 26a.7. **Whitley Penn**<br>8343 Douglas Ave<br>suite 400<br>Dallas, TX 75225 | **2022 - 2023** |
| 26a.8. **Barba CFO**<br>200 Centerville Road, Unit 7<br>Warwick, RI 02886 | **2023** |
| 26a.9. **E78 Partners, LLC**<br>1301 W. 22nd St.<br>Suite 410<br>Oak Brook, IL 60523 | **2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Golub, LaCapra, Wilson & DeTiberiis LLP**<br>2 Roosevelt Avenue<br>Port Jefferson Station, NY 11776 | **2018 - 2023** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **CohnReznick LLP**<br>1301 Avenue of the Americas<br>New York, NY 10036 | **MASTER SERVICES AGREEMENT of January 14, 2022** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Cherry Bekaert LLP**<br>Attn: Accounts Receivable<br>P.O. Box 25549<br>Richmond, VA 23260-5500 | **2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Golub, LaCapra, Wilson & DeTiberiis LLP**<br>2 Roosevelt Avenue<br>Port Jefferson Station, NY 11776 | |

Debtor    **Parlement Technologies, Inc.** _____    Case number (if known) **24-10755**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Vinh Vuong**<br>**4200 Paradise Road**<br>**Apt 2110**<br>**Las Vegas, NV 89169** | |
| 26c.3.    **Verdolino & Lowey PC**<br>**Pine Brook Office Park**<br>**124 Washington St.**<br>**Foxboro, MA 02035** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen S. Gray | 207 Union Wharf<br>Boston, MA 02109 | Director,  President and CEO, Treasurer, and Secretary | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Craig R. Jalbert | Verdolino & Lowey, P.C.<br>124 Washington St.<br>Foxboro, MA 02035 | Chief Restructuring Officer | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| George Farmer | 3041 Sidco Drive<br>Unit SAH159<br>Nashville, TN 37204 | Director, President and CEO | December 2021 - May 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Patrick J. Haynes III | 230 W. Munroe, Suite 1920<br>Chicago, IL 60607 | Chariman of the Board of Directors | Resigned February 29, 2024 |

Debtor    **Parlement Technologies, Inc.**                          Case number *(if known)*  **24-10755**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Chase Haynes** | **230 W. Munroe, Suite 1920 Chicago, IL 60607** | **Director** | **Resigned February 29, 2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James Denaut** | | **Director** | **Resigned February 29, 2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ronald Gilmore (Doug Gilmore)** | **4529 Holstein Hill Dr Peachtree Corners, GA 30092** | **Chief Operating Officer** | **Resigned March 1, 2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Igor M. Shalkevich** | **5230 Margarets Place Brentwood, TN 37027** | **CEO** | **Resigned March 4, 2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Rebekah Mercer** | **901 Woodland St., Suite 104 Nashville, TN 37206** | **Director** | **Resigned April 14, 2024** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | **Debtor has had no access to the following bank accounts to determine the value of any insider payments, distributions, or withdrawals during the last year: Studio Bank accounts ending 9377, 6698, 2674, 5128, 0296, 0846; JPMorgan Chase Bank account ending 7696, 0711, 8506, 8522, 8525, 7187, 0729; Payward, Inc. (d/b/a Kraken) account, Bitpay account and Stripe account.** | | |
| | **Unknown** | | **Unknown** | **Unknown** |
| | Relationship to debtor **Unknown** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | Parlement Technologies, Inc. | Case number *(if known)* | 24-10755 |
| --- | --- | --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2024**

| See next page. | **Craig Jalbert** |
| --- | --- |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name **Parlement Technologies, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **24-10755**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2024**

Signature of individual signing on behalf of the debtor

**Craig Jalbert**
Printed name

Position or relationship to debtor   **Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## District of Delaware

In re    **Parlement Technologies, Inc.**                                 Case No.    **24-10755**

Debtor(s)                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Amy Peikoff<br>10900 Research Blvd. 160C, #172<br>Austin, TX 78759 | Exercised Options | 613 | |
| Andrew Northwall<br>c/o Trump Media & Technology Group Corp<br>401 N. Cattlemen Rd., Ste. 200<br>Sarasota, FL 34232 | Class A (voting) Common Stock ("Class A") | 696 | |
| Bongino, Inc.<br>2239 SW Manele Place<br>Palm City, FL 34990 | Class A (voting) Common Stock ("Class A") | 100 | |
| Christina Cravens<br>c/o Redjack<br>8403 Colesville Road<br>Suite #307<br>Silver Spring, MD 20910 | Exercised Options | 613 | |
| Frank Sports Corp.<br>c/o Oliver Grace<br>55 BROOKVILLE RD<br>GLEN HEAD, NY 11545 | Series A Preferred ("as if converted") | 278 | |
| George Farmer<br>3041 Sidco Drive<br>Unit SAH159<br>Nashville, TN 37204 | Class A (voting) Common Stock ("Class A") and Exercised Options | 12571 | |
| Hanley Trust | Series A Preferred ("as if converted") | 418 | |
| Igor Shalkevich<br>5230 Margarets Place<br>Brentwood, TN 37027 | Project Storm Rollover | 952 | |
| Jacqui Varga<br>Golub, LaCapra, Wilson & DeTiberiis LLP<br>2 Roosevelt Avenue<br>Port Jefferson Station, NY 11776 | Class A (voting) Common Stock ("Class A") and Exercised Options | 1740 | |

Sheet 1 of 4 in List of Equity Security Holders

In re:  **Parlement Technologies, Inc.**                                    Case No.  **24-10755**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joel Adams** | **Series A Preferred ("as if converted")** | **279** | |
| **Lafayette, LLC**<br>**c/o Boris Jordan**<br>**420 Lexington Avenue**<br>**Ste. 2035**<br>**New York, NY 10170** | **Series A Preferred ("as if converted")** | **418** | |
| **Madison Investments LLC**<br>**550 Science Drive**<br>**Madison, WI 53711** | **Series A Preferred ("as if converted")** | **557** | |
| **Matthew Richardson**<br>**601 Thirteenth Street NW**<br>**Suite 600**<br>**Washington, DC 20005** | **Class A (voting) Common Stock ("Class A") and Exercised Options** | **1044** | |
| **Michael Hebert**<br>**901 Woodland St., Suite 104**<br>**Nashville, TN 37206** | **Exercised Options** | **1103** | |
| **Michael Lord Farmer**<br>**c/o Samantha Callan, Parliamentary Advisor**<br>**House of Lords**<br>**London SW1A 0PW**<br>**UNITED KINGDOM** | **Series A Preferred ("as if converted") and Class A Round (Sep. '22) - Series B** | **6186** | |
| **Michael Preston**<br>**1838 Windemere Drive, NE**<br>**Atlanta, GA 30324** | **Exercised Options** | **613** | |
| **NDMAscendant, LLC**<br>**209 South Stephanie Street**<br>**Suite B135**<br>**Henderson, NV 89012** | **Class A (voting) Common Stock ("Class A")** | **54507** | |
| **Parlement Nashville II LLC**<br>**c/o Cogency Global Inc.**<br>**850 New Burton Road**<br>**Suite 201**<br>**Dover, DE 19904** | **Class A Round (Sep. '22) - Series B** | **13714** | |

List of equity security holders consists of 4 total page(s)

In re:  **Parlement Technologies, Inc.**                                    Case No.  **24-10755**
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Parlement Nashville, LLC f.k.a. Parler N**<br>**230 W. Munroe, Suite 1920**<br>**Chicago, IL 60607** | **Series A Preferred ("as if converted")** | **47320** | |
| **Patrick Galbraith**<br>**608 Jarmany Hill Rd.**<br>**Sharon, NH 03458** | **Exercised Options** | **1042** | |
| **Plandome Road, LLC**<br>**500 Plandome Rd**<br>**Manhasset, NY 11030-1944** | **Series A Preferred ("as if converted")** | **278** | |
| **Robertson Williams** | **Class B (non-voting) Common Stock** | **125** | |
| **Sam Lipoff**<br>**2877 Paradise Road, Apt 205**<br>**Las Vegas, NV 89109** | **Exercised Options** | **1532** | |
| **Shelby Steele**<br>**c/o Shelby Steele Foundation**<br>**23233 North Pima Road**<br>**Suite 113-347**<br>**Scottsdale, AZ 85255** | **Class A (voting) Common Stock ("Class A")** | **348** | |
| **Thompson IV** | **Series A Preferred ("as if converted")** | **139** | |
| **Thurston Fund II, L.P.**<br>**230 W. Munroe, Suite 1920**<br>**Chicago, IL 60607** | **Class A (voting) Common Stock ("Class A") and Series A Preferred ("as if converted")** | **31176** | |
| **Thurston Group, LLC**<br>**230 W. Munroe, Suite 1920**<br>**Chicago, IL 60607** | **Class A Round (Sep. '22) - Series B** | **1429** | |
| **Victor Davis Hanson**<br>**c/o Hoover Institution**<br>**434 Galvez Mall**<br>**Office of Victor Davis Hanson**<br>**Stanford, CA 94305-6010** | **Class A (voting) Common Stock ("Class A")** | **696** | |

List of equity security holders consists of 4 total page(s)

In re:  **Parlement Technologies, Inc.**                     Case No.  **24-10755**
                                         Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Gaynor** | **Class B (non-voting) Common Stock** | **418** | |
| **Worldwide Fabrics, LP 241 BRADLEY PLACE PALM BEACH, FL 33480** | **Series A Preferred  ("as if converted")** | **1113** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **May 29, 2024**                     Signature    See next page.
                                               **Craig Jalbert**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 4 total page(s)

## United States Bankruptcy Court
### District of Delaware

In re   **Parlement Technologies, Inc.**

Debtor(s)

Case No.   **24-10755**

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 29, 2024**

Signature

**Craig Jalbert**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Delaware

| | | | |
|---|---|---|---|
| In re | **Parlement Technologies, Inc.** | Case No. | **24-10755** |
| | Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Parlement Technologies, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 29, 2024**
Date

**Attorney Name**
Signature of Attorney or Litigant    David M. Klauder, Esq.
Counsel for    **Parlement Technologies, Inc.**
**Bielli & Klauder**
**1204 N. King Street**
**Wilmington, DE 19801**