**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Parlement Technologies, Inc.<br>(f/k/a Parler LLC, f/k/a Parler Inc.) | Case No. 24-10755 (CTG) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 2, 2024 AT 3:00 P.M. (ET)**

> **This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**ADJOURNED MATTERS:**

1.   Motion of Vinh Vuong for a Determination that the Automatic Stay Does Not Apply to , or in the Alternative, for Relief from Stay to Permit Proposed Sale of Assets Debtor's Non-Filing Subsidiaries, Dynascale, Inc. and Alchemy Data Center, LLC [Docket No. 47 – filed May 28, 2024]

   Response/Objection Deadline:   June 11, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received:   None.

   Related Documents:

   A.   Corrected Notice of Hearing on Motion of Vinh Vuong for a Determination that the Automatic Stay Does Not Apply to , or in the Alternative, for Relief from Stay to Permit Proposed Sale of Assets Debtor's Non-Filing Subsidiaries, Dynascale, Inc. and Alchemy Data Center, LLC [Docket No. 57 – filed June 7, 2024]

   Status:  This matter has been adjourned to the hearing scheduled for July 11, 2024 at 2:30 p.m. (ET).

2.      Debtor's Motion for Extension of Automatic Stay to Litigation Against Non-Debtor and Related Relief [Docket No. 61 – filed June 14, 2024]

Response/Objection Deadline:          June 21, 2024 at 4:00 p.m. (ET).  Extended for John Matze until June 27, 2024.

Responses/Objections Received:

i.      Informal response from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

ii.     Objection of John Matze to Debtor's Motion for Extension of the Automatic Stay to Litigation Against Non-Debtor and Related Relief [Docket No. 70 – filed June 27, 2024]

Related Documents:          None.

Status:  This matter has been adjourned to the hearing scheduled for July 11, 2024 at 2:30 p.m. (ET).

## MATTERS UNDER CERTIFICATION:

3.      Application to Employ and Retain David J. Merrill P.C. as Special Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date [Docket No. 55 – filed June 7, 2024]

Response/Objection Deadline:          June 21, 2024 at 4:00 p.m. (ET).

Responses/Objections Received:          None.

Related Documents:

A.      Certificate of No Objection Regarding Application to Employ and Retain David J. Merrill P.C. as Special Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date [Docket No. 69 – filed June 27, 2024]

Status:  On June 27, 2024, the Debtor filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

4.      Debtor's Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Docket No. 60 – filed June 14, 2024]

Response/Objection Deadline:          June 21, 2024 at 4:00 p.m. (ET).

Responses/Objections Received:          None.

Related Documents:

A.      Certificate of No Objection Regarding Debtor's Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Docket No. 71 - filed June 28, 2024]

Status:  On June 28, 2024, the Debtor filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

**MATTER GOING FORWARD:**

5.      Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Debtor to Obtain Post-Petition Financing and to Grant Security Interests and Super-Priority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105, 364(c) and 364(d); (B) Utilize Cash Collateral and Pay Certain Related Fees and Charges; (C) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [*To Be Filed*]

Response/Objection Deadline:          At the hearing.

Responses/Objections Received:       None.

Related Documents:

A.      Declaration of Stephen Gray in Support of Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Debtor to Obtain Post-Petition Financing and to Grant Security Interests and Super-Priority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105, 364(c) and 364(d); (B) Utilize Cash Collateral and Pay Certain Related Fees and Charges; (C) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [*To Be Filed*]

Status:  The Debtor intends to file the above-referenced motion and declaration along with a motion to shorten before the hearing.  This matter will be going forward.

*[Remainder of Page Intentionally Left Blank]*

3

Dated: June 28, 2024
      Wilmington, Delaware

Respectfully submitted,

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: jryan@potteranderson.com
      rmcneill@potteranderson.com
      srizvi@potteranderson.com

*Proposed Counsel for the Debtor and Debtor in Possession*

IMPAC 11571516v.1