# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 1

CASE NUMBER: 24-10755   CASE NAME: Parlement Technologies, Inc.   DATE: 7/11/2024 (2:30 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing | NDMascent, LLC |
| Carl Kunz III | Morris James LLP | John Matze |
| Christopher Donnelly | Morris James LLP | " |
| Linda Richenderfer | UST | UST |
| R. Stephen McNeill | Potter Anderson & Corroon | Debtor |
| Jeremy Ryan | " | " |

Parlement Technologies, Inc.
24-10755

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Rick | Archer | Law360 | | Audio Only |
| William | Baldiga | Brown Rudnick LLP | NDMascendant Funding LLC | Video and Audio |
| Todd | Bice | Pisanelli Bice, PLLC | John Matze | Video and Audio |
| Emily | Buchwald | Pisanelli Bice, PLLC | John Matze | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Stephen | Gray | Gray & Company LLC | President and CEO of Parlement Technologies, Inc | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Lauren | Huber | Potter Anderson & Corroon LLP | Debtor | Video and Audio |
| Craig | Jailbert | Verdolino & Lowey, P.C. | Chief Restructuring Officer | Video and Audio |
| R. | McNeill | Potter Anderson & Corroon LLP | Debtor | Video and Audio |
| Jake | Risener | Potter Anderson & Corroon LLP | Debtor | Video and Audio |
| Sameen | Rizvi | Potter Anderson & Corroon LLP | Debtor | Video and Audio |
| Annasofia | Roig | Baker McKenzie | Marbell AG | Video and Audio |
| Maura | Russell | Leichtman Law PLLC | | Video and Audio |
| Jeremy | Ryan | Potter Anderson & Corroon | Debtor | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Tal | Unrad | ArentFox Schiff LLP | Vinh Vuong | Video and Audio |
| Christopher | Wong | Arent Fox LLP | Vinh Vuong | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |