**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> PARLEMENT TECHNOLOGIES, INC, (f/k/a Parler LLC, f/k/a Parler, Inc.), <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-10755 (CTG) <br><br> **Related Docket No. 61** |

**ORDER DENYING DEBTOR'S MOTION
FOR A PRELIMINARY INJUNCTION**

For the reasons set forth in the Memorandum Opinion [D.I. 102], the motion for a preliminary injunction [D.I. 61] is hereby DENIED.

Dated: July 15, 2024

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE