# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Parlement Technologies, Inc.<br>(f/k/a Parler LLC, f/k/a Parler Inc.) | Case No. 24-10755 (CTG) |
| Debtor. | **Re: Docket No. 124** |

## CERTIFICATE OF NO OBJECTION REGARDING JOINT MOTION TO APPROVE SETTLEMENT AND COMPROMISE CONTROVERSY

The undersigned hereby certifies that on August 1, 2024, the above-captioned debtor and debtor in possession (the "Debtor") and Premier Productions, LLC ("Premier") and Ink Ventures, LLC ("Ink," and together with Premier, the "Landlords") filed the *Joint Motion to Approve Settlement and Compromise Controversy* [Docket No. 124] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit A was a proposed form of order approving the relief requested in the Motion (the "Proposed Order").

Any objection or response to the relief requested in the Motion was to be filed and served so as to be received by no later than August 19, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").

The undersigned further certifies that as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by the Debtor or has appeared on the Court's docket in this case.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtor respectfully requests that the Proposed Order, attached to the Motion, be entered at the earliest convenience of the Court.

Dated: August 27, 2024  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Jeremy W. Ryan*  
Jeremy W. Ryan (No. 4057)  
R. Stephen McNeill (No. 5210)  
**POTTER ANDERSON & CORROON LLP**  
1313 North Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email: jryan@potteranderson.com  
rmcneill@potteranderson.com

*Counsel for the Debtor and Debtor in Possession*

-and-

*/s/ Garvan F. McDaniel*  
Garvan F. McDaniel (DE Bar No. 4167)  
**HOGAN♦McDANIEL**  
1311 Delaware Avenue  
Wilmington, Delaware 19806  
Telephone: 302.656.7540  
Facsimile: 302.656.7599  
Email: gfmcdaniel@dkhogan.com

*Counsel for the Landlords*