**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Parlement Technologies, Inc.<br>(f/k/a Parler LLC, f/k/a Parler Inc.)<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10755 (CTG)<br><br>**Hearing Date: November 20, 2024 at 2:30 p.m. (ET)**<br>**Objection Deadline: At or prior to the Hearing** |

**NOTICE OF DEBTOR'S MOTION (I) TO ENFORCE STIPULATED
ORDER AND (II) FOR SANCTIONS IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Debtor's Motion (I) to Enforce Stipulated Order and (II) For Sanctions in Connection Therewith* [Docket No. 208] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Contemporaneously therewith, the Debtors filed the *Debtor's Motion for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Debtor's Motion (I) to Enforce Stipulated Order and (II) for Sanctions in Connection Therewith* [Docket No. 209] (the "Motion to Shorten"). **Copies of the Motion and Motion to Shorten have previously been served.**

**PLEASE TAKE FURTHER NOTICE** that on November 12, 2024, the Court entered the *Order Shortening the Notice and Objection Periods With Respect to the Debtors' Motion (I) to Enforce the Stipulated Order and (II) for Sanctions in Connection Therewith* [Docket No. 210] (the "Order"). **A copy of the order approving the Motion to Shorten is being served with this Notice.**

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be either (i) **filed with the court prior to the Hearing**, or (ii) **raised at the Hearing**. Any objections to the Motion filed prior to the Hearing should be in writing and can be filed with the Clerk of the United

States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 1980 and served upon and received by the undersigned counsel for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Craig T. Goldblatt at the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 on **November 20, 2024 at 2:30 p.m. (ET)**.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  November 12, 2024
       Wilmington, Delaware

Respectfully submitted,

*/s/ James R. Risener III*
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
James R. Risener III (No. 7334)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: jryan@potteranderson.com
      rmcneill@potteranderson.com
      jrisener@potteranderson.com
      srizvi@potteranderson.com

*Counsel for the Debtor and Debtor in Possession*