**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Parlement Technologies, Inc.<br>(f/k/a Parler LLC, f/k/a Parler Inc.)<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-10755 (CTG)<br><br>**Re: Docket No. 236 & 252** |

**NOTICE OF FILING OF SECOND AMENDED
COMBINED CHAPTER 11 PLAN OF LIQUIDATION AND
DISCLOSURE STATEMENT FOR PARLEMENT TECHNOLOGIES, INC.**

**PLEASE TAKE NOTICE** that, on January 13, 2025, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case filed the *Joint Combined Chapter 11 Plan of Liquidation and Disclosure Statement for Parlement Technologies, Inc.* [Docket No. 236], with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE NOTICE** that, on June 10, 2025, the Debtor filed the *Amended Combined Chapter 11 Plan of Liquidation and Disclosure Statement for Parlement Technologies, Inc.* [Docket No. 252] (the "Amended Plan"), with the Court.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is a further amended version of the Amended Plan (the "Second Amended Plan"). For the convenience of the Court and all parties in interest, attached hereto as **Exhibit B** is a blackline reflecting modifications made to the Second Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors reserve all rights to further amend, revise, modify, or supplement the Second Amended Plan.

[*Signature page follows*]

Dated: July 3, 2025
     Wilmington, Delaware

Respectfully submitted,

*/s/ James R. Risener III*
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
James R. Risener III (No. 7334)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: jryan@potteranderson.com
       rmcneill@potteranderson.com
       jrisener@potteranderson.com
       srizvi@potteranderson.com

*Counsel for the Debtor and Debtor in Possession*

**EXHIBIT A**

**(Second Amended Plan)**

Case 24-10755-CTG    Doc 263    Filed 07/03/25    Page 3 of 4

# EXHIBIT B

**(Blackline)**