# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Parlement Technologies, Inc.<br>(f/k/a Parler LLC, f/k/a Parler Inc.) | Case No. 24-10755 (CTG) |
| Debtor. | Re: Docket Nos. 263 & 268 |

## NOTICE OF FILING OF PLAN SUPPLEMENT FOR THE SECOND AMENDED COMBINED CHAPTER 11 PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT FOR PARLEMENT TECHNOLOGIES, INC.

**PLEASE TAKE NOTICE** that, on July 3, 2025, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Second Amended Combined Chapter 11 Plan of Liquidation and Disclosure Statement for Parlement Technologies, Inc.* [Docket No. 263-1] (as it may be further amended or modified, the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, also on July 7, 2025, the Court entered the *Order (I) Granting Interim Approval of the Disclosures in the Amended Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballots; and (V) Granting Related Relief* [Docket No. 268] (the "Scheduling Order").[1]

**PLEASE TAKE FURTHER NOTICE** that, as contemplated by the Plan and the Scheduling Order, the Debtor hereby files this plan supplement (as it may be amended, modified or supplemented from time to time, the "Plan Supplement"). The Plan Supplement includes the following exhibits:

---

[1] Capitalized terms used, but not defined herein shall have the meanings ascribed to them in the Plan and Scheduling Order.

- **Exhibit A**   Identity of Trustee
- **Exhibit B**   Form of Liquidating Trust Agreement
- **Exhibit C**   Schedule of Retained Causes of Action
- **Exhibit D**   Liquidation Analysis

**PLEASE TAKE FURTHER NOTICE** that, the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. The Plan Supplement documents have not yet been approved by the Court. If the Plan is confirmed, the documents contained in the Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT** these documents remain subject to continuing negotiation in accordance with the terms of the Plan and the Restructuring Support Agreement and final versions may contain material differences from the versions filed herewith. The Debtor reserves the right to amend any exhibit or document included in the Plan Supplement (with the consent of the Required Consenting Creditors) through the Effective Date, subject to applicable requirements of the Bankruptcy Code and the Bankruptcy Rules. To the extent material amendments or modifications are made to any of these documents, the Debtor will file a redline version with the Court prior to the Confirmation Hearing (as defined below).

**PLEASE TAKE FURTHER NOTICE** that, the Court has established **4:00 p.m. (ET) seven (7) days prior to the Confirmation Hearing** (the "Confirmation Objection Deadline") as the deadline to object to the adequacy of the Disclosure Statement and/or confirmation of the Plan, including any supporting memoranda (the "Confirmation Objections"). Confirmation Objections must be in writing, be filed with the Clerk of the Court, United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801 together with proof of

service on or before the Confirmation Objection Deadline, and shall (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtor's Chapter 11 Case; (b) state with particularity the provision or provisions of the Combined Plan and Disclosure Statement objected to and for any objection asserted, the legal and factual basis for such objections; and (c) be served on the following parties: (i) counsel to the Debtor, Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, Delaware, 19801, Attn: Jeremy W. Ryan, Esq. (jryan@potteranderson.com); R. Stephen McNeill, Esq. (rmcneill@potteranderson.com); James R. Risener III Esq. (jrisener@potteranderson.com); and Sameen Rizvi Esq. (srizvi@potteranderson.com); and (ii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Timothy J. Fox, Jr., Esq. (timothy.fox@usdoj.gov) (collectively, the "Objection Recipients"); so that it is **actually received by each of the Objection Recipients on or before the Confirmation Objection Deadline.**

**PLEASE TAKE FURTHER NOTICE** that, a combined hearing (the "Confirmation Hearing") to consider the adequacy of the Disclosure Statement and confirmation of the Plan, any objections thereto, will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801, on **August 7, 2025 at 2:00 p.m. (ET)**. The Confirmation Hearing may be continued from time to time by the Court or the Debtor without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement, Plan, Plan Supplement (including any amendments thereto), and all other documents filed with the Court

are available free of charge by writing to Parlement Technologies, Inc., c/o Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, DE 19801 or to James R. Risener III at jrisener@potteranderson.com or by telephone (302) 984-6000.  You may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee via PACER at: http://www.deb.uscourts.gov.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATION PURPOSES ONLY.  IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT JAMES R. RISENER III AT THE NUMBER OR ADDRESS SPECIFIED ABOVE.  PLEASE NOTE THAT JAMES R. RISENER III CANNOT PROVIDE LEGAL ADVICE.**

Dated: July 21, 2025
      Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
James R. Risener III (No. 7334)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: jryan@potteranderson.com
      rmcneill@potteranderson.com
      jrisener@potteranderson.com
      srizvi@potteranderson.com

*Counsel for the Debtor and Debtor in Possession*