IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Parlement Technologies, Inc.<br>(f/k/a Parler LLC, f/k/a Parler Inc.) | Case No. 24-10755 (CTG) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 7, 2025 AT 2:00 P.M. (ET)**

> **This proceeding will be conducted in-person in Courtroom No. 5 on the 5th Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**CONFIRMATION:**

1. Second Amended Combined Chapter 11 Plan of Liquidation and Disclosure Statement for Parlement Technologies, Inc. [Docket No. 263-1 – filed July 3, 2025]

    Response/Objection Deadline:    July 31, 2025 at 4:00 p.m. (ET).

    Responses/Objections Received:

    i. Objection of John Matze to Debtor's Combined Amended Plan of Liquidation and Renewed Request for Grant of the Deferred Part of His Stay Relief Motion [Docket No. 278 – filed July 31, 2025]

    Related Documents:

    A. Notice of Filing of Second Amended Combined Chapter 11 Plan of Liquidation and Disclosure Statement for Parlement Technologies, Inc. [Docket No. 263 – filed July 3, 2025]

B.    Order (I) Granting Interim Approval of the Disclosures in the Amended Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballots; and (V) Granting Related Relief [Docket No. 268 – entered July 7, 2025]

C.    Notice of (I) Interim Approval of Disclosures; (II) Hearing to Consider Confirmation of the Second Amended Combined Plan and Disclosure Statement; (III) Deadline for Filing Objections to Confirmation of the Combined Plan and Disclosure Statement; and (IV) Deadline for Voting on the Combined Plan and Disclosure Statement [Docket No. 269 – filed July 7, 2025]

D.    Notice of Filing of Plan Supplement for the Second Amended Combined Chapter 11 Plan of Liquidation and Disclosure Statement for Parlement Technologies, Inc. [Docket No. 276 – filed July 21, 2025]

E.    Declaration of James R. Risener III, on Behalf of Potter Anderson & Corroon LLP, Regarding the Solicitation and Tabulation of Ballots Cast on the Second Amended Combined Chapter 11 Plan of Liquidation and Disclosure Statement for Parlement Technologies, Inc. [Docket No. 279 – filed August 4, 2025]

F.    Notice of Filing of Second Amended Modified Combined Chapter 11 Plan of Liquidation and Disclosure Statement for Parlement Technologies, Inc. [Docket No. 280 – filed August 5, 2025]

G.    Declaration of Craig R. Jalbert in Support of Confirmation of the Combined Chapter 11 Plan of Liquidation and Disclosure Statement for Parlement Technologies, Inc. [Docket No. 281 – filed August 5, 2025]

H.    Notice of Filing of Proposed Order (I) Approving the Debtor's Combined Plan and Disclosure Statement on a Final Basis and (II) Confirming the Debtor's Combined Plan and Disclosure Statement [Docket No. 282 – filed August 5, 2025]

I.    Memorandum of Law in Support of an Order (I) Approving the Debtor's Combined Plan and Disclosure Statement on a Final Basis and (II) Confirming the Debtor's Combined Plan and Disclosure Statement [Docket No. 283 – filed August 5, 2025]

<u>Status</u>:  This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

IMPAC - 12344726v.2

| | |
|---|---|
| Dated: August 5, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ James R. Risener III*<br>Jeremy W. Ryan (No. 4057)<br>R. Stephen McNeill (No. 5210)<br>James R. Risener III (No. 7334)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>          rmcneill@potteranderson.com<br>          jrisener@potteranderson.com<br>          srizvi@potteranderson.com<br><br>*Counsel for the Debtor and Debtor in Possession* |